# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.:  22-cr-392** |
| **v.** : | |
| : | **UNDER SEAL** |
| **Abu Agila Mohammad Mas'ud Kheir Al-Marimi,** : | |
| a/k/a **Abu Agila Muhammad Mas'ud Kheir Al-Marimi,** : | |
| a/k/a **Abu Agila Muhammad Mas'ud Kheir,** : | |
| a/k/a **Hasan Abu Ojalya Ibrahim,** : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant U.S. Attorney Jerome J. Teresinski is entering his appearance as counsel for the United States.

                             Respectfully submitted,

                             Matthew M. Graves
                             United States Attorney
                             D.C. Bar No. 481052

By:     _/s/ Jerome J. Teresinski_____
                             Jerome J. Teresinski
                             Special Assistant United States Attorney
                             PA Bar No.: 66235
                             601 D Street, N.W.
                             Washington, D.C. 20530
                             (216) 622-3658
                             Jerome. Teresinski2@usdoj.gov