IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| v.                                                         ) | Case No. 22CR392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD          ) | Hearing: January 10, 2023 |
| MAS'UD KHEIR AL-MARIAMI  ) | |
| Defendant.                ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING

COMES NOW the defendant, by interim counsel, Whitney E.C. Minter, Assistant Federal Public Defender, and moves this Honorable Court to continue this case to January 25 for an ascertainment of counsel hearing. The government does not oppose this request. In support of this Motion, defendant states as follows:

1. Mr. Al-Marimi is scheduled to appear before this Court for an ascertainment of counsel hearing on January 10, 2023. On December 12, 2022, this Honorable Court conducted a Rule 5 hearing and continued this matter to December 19, 2022, to determine counsel. On that date the case was continued to January 10, 2023, based on Mr. Al-Marimi's request for a further opportunity to retain counsel. The Office of the Federal Public Defender (OFPD) for the Eastern District of Virginia was appointed as interim counsel for Mr. Al-Marimi on that date.

2. Since that time, counsel has spoken with Mr. Al-Marimi's family who has indicated that a short continuance is needed to obtain the funds to retain counsel. Given the serious nature of this case, undersigned counsel submits it is important for Mr. Al-Marimi's counsel to handle all stages

of the case.

3. Accordingly, he seeks a brief continuance to permit final determinations about defense counsel to be made.

4. The government has no objection to this motion. Counsel for the government is available on January 25 for a hearing.

5. A proposed order is attached.

For all of the foregoing reasons, defendant respectfully requests that the Court continue his case to January 25, 2023[1] for a hearing to determine defense counsel in this case.

        Respectfully submitted

        By Counsel,
        Geremy C. Kamens,
        Federal Public Defender

        By: _____/s/_____
        Nathaniel Wenstrup
        Va. Bar # 96324
        Whitney E.C. Minter
        Va. Bar # 47193
        Assistant Federal Public Defenders
        Attorney for Mr. Al-Marimi
        1650 King Street, Suite 500
        Alexandria, Virginia  22314
        (703) 600-0855 (telephone)
        (703) 600-0880 (facsimile)
        Whitney_Minter@fd.org (email)

---

[1] This case is currently docketed for a hearing at 2:00 pm on January 25 for a detention hearing. The parties respectfully request that the ascertainment of counsel hearing be held at that time, that the detention hearing be removed from the docket, and that a new date for a detention hearing be set during the ascertainment of counsel hearing.