IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 22CR392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD ) | Hearing: January 10, 2023 |
| MAS'UD KHEIR AL-MARIMI ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING**

COMES NOW the defendant, by interim counsel, Whitney E.C. Minter, Assistant Federal Public Defender, and moves this Honorable Court to continue this case to January 25, 2023 for arraignment. The government does not oppose this request. In support of this Motion, defendant states as follows:

1. Mr. Al-Marimi was scheduled to appear before this Court for an ascertainment of counsel hearing and an arraignment on January 10, 2023. On January 9, 2023, this Honorable Court granted Mr. Al-Marimi's motion to continue the ascertainment of counsel hearing.

2. For the reasons stated in his motion to continue the ascertainment of counsel hearing [ECF 16], Mr. Al-Marimi hereby requests that this Honorable Court continue the arraignment as well.

3. The government has no objection to this motion. Counsel for the government is available on January 25, 2023 for a hearing.

4. A proposed order is attached.

For all of the foregoing reasons, defendant respectfully requests that the Court

continue his case to January 25, 2023[1] for arraignment.

                                               Respectfully submitted

                                               By Counsel,
Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Nathaniel Wenstrup
Va. Bar # 96324
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defenders
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia   22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

---

[1] This case was previously docketed at 2:00 pm on January 25, 2023 for a detention hearing. The parties respectfully request that the arraignment be held at that time, that the detention hearing be removed from the docket, and that a new date for a detention hearing be set during the ascertainment of counsel hearing and arraignment.