# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.:  22-cr-392** |
| : | |
| v. : | |
| : | |
| : | |
| **Abu Agila Mohammad Mas'ud Kheir** : | |
| **    Al-Marimi,** : | |
| a/k/a Abu Agila Muhammad Mas'ud Kheir : | |
| **    Al-Marimi,** : | |
| a/k/a Abu Agila Muhammad Mas'ud Kheir, : | |
| a/k/a Hasan Abu Ojalya Ibrahim, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen Campbell, Trial Attorney, National Security Division, United States Department of Justice, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     */s/ Kathleen Campbell*
Kathleen Campbell
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington DC, DC 20004
(202) 616-2868
Email: Kathleen.Campbell@usdoj.gov