IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 22CR392 (DLF) |
| | ) | |
| ABU AGILA MOHAMMAD | ) | |
| MAS'UD KHEIR AL-MARIMI | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Todd M. Richman, Assistant Federal Public Defender for the Eastern District of Virginia, hereby notes his appearance on behalf of the defendant in the above-entitled action.

Respectfully submitted

By Counsel,
Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Todd M. Richman
Va. Bar # 41834
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0845 (telephone)
(703) 600-0880 (facsimile)
Todd_Richman@fd.org (email)