UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 22-cr-392 (DLF)** |
| v. : | |
| : | |
| **ABU AGILA MOHAMMAD** : | |
| **MAS'UD KHEIR AL-MARIMI** : | |
| : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR AMENDMENT TO THE PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to add an amendment to the previously-entered protective order governing the production of discovery by the parties in the above-captioned case. The counsel for the defense has no objection to the motion or the attached amendment.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Brittany Keil*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL  (D.C. Bar No. 500054)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530