UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 22-cr-392 (DLF) |
| v. | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT AND DEFENSE JOINT UPDATE TO THE COURT REGARDING DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned Defense Counsel, hereby respectfully inform the Court of the following:

Government Updates

1. On January 30, 2023, the government transferred to the defense approximately 15,000 pages of discovery, to include trial transcripts and photos of exhibits from the trial held in Camp Zeist, the Netherlands in 2000-2001 against defendants (and co-conspirators in this case) Abdelbaset Ali Mohmed Al-Megrahi and Al Amin Khalifa Fhimah ("Camp Zeist trial"); photos and reports from the arrest of the defendant in this case, Abu Agila Mohammad Mas'ud Kheir Al-Marimi; and other items.

2. On March 16, 2023, the government received approximately 15,000 witness statements from the holdings of Police Scotland. Those statements are expected to be produced on or about May 19, 2023 in "Production 2" via hard drive to the defense pursuant to the amendment to the protective order signed on May 11, 2023. Production 2 will also include a list of potential witnesses that the defense team lodged in the Scottish trial.

1

3. On April 25, 2023, Scotland's Crown Office and Procurator Fiscal Service ("COPFS") transferred approximately 802 files to the government. The government plans to review and disclose these items in the coming weeks to the defense. COPFS will continue to organize and disclose additional items, which could number in the thousands. They have estimated that the review and disclosure process will continue through November 2023.

4. The government and the United Kingdom began negotiations with Eurojust[1] and various countries in January 2023, to obtain the requisite permissions to gain access to international evidence under the applicable treaties and those discussion continue in earnest.

5. The government and COPFS have filed multiple Mutual Legal Assistance Requests for access to evidence and witnesses from various countries. The following have been granted:

   a. A Mutual Legal Assistance Request was sent to the United Kingdom in January 2023 and was granted in February 2023; and

   b. The United Kingdom sent an initial International Letter of Request ("ILOR") to Malta in May 2023, requesting permission to share the Maltese evidence in Scottish holdings with the government. That request was granted on May 8, 2023.

6. The government and COPFS have asked for assistance from the following countries and are outstanding:

   a. Germany- initial requests made in February 2023, ILOR sent May 2023

   b. Japan- Mutual Legal Assistance Request sent April 2023, ILOR sent May 2023

   c. France- initial requests made in February 2023, ILOR sent May 2023

---

[1] Eurojust is the European Union Agency for Criminal Justice Cooperation. Eurojust brings judges and prosecutors together from across the EU and beyond, to tackle all forms of serious cross-border crime.

2

      d. Sweden- ILOR sent May 2023

      e. Czech Republic- ILOR and Mutual Legal Assistance Request sent May 2023

      f. Switzerland- initial requests made in February 2023, ILOR sent May 2023

7. Additional requests are ongoing.

8. The government in the process of receiving files from the FBI which is being processed for review and disclosure.

## Defense Updates

9. Counsel for Mr. Al-Marimi has received the discovery referenced in Paragraph 1 and has begun the process of reviewing the materials. Additionally, Defense counsel has provided a hard drive to the government in order to receive the discovery detailed in Paragraph 2 and will develop a process for review of those materials upon receipt from the government.

<u>Joint Updates</u>

10. The government and the defense continue to communicate on a regular basis about the status of discovery and the next steps in the case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

| | |
|---|---|
| */s/ Whitney C. Minter* <br> WHITNEY C. MINTER (VA Bar No. 47193) <br> TODD RICHMAN (VA Bar No. 41834) <br> Assistant Federal Public Defenders <br> Office of the Federal Public Defender <br> 1650 King Street, Suite 500 <br> Alexandria, Virginia 22314 <br> Whitney_minter@fd.org <br> (703) 600-0800 (main line) | */s/ Brittany Keil* <br> BRITTANY KEIL  (D.C. Bar No. 500054) <br> ERIK M. KENERSON (OH Bar No. 82960) <br> Assistant United States Attorneys <br> JEROME J. TERESINSKI (PA Bar No. 66235) <br> Special Assistant United States Attorney <br> National Security Section <br> United States Attorney's Office <br> 601 D Street NW <br> Washington, D.C. 20530 <br> (202) 252-7763 <br> Brittany.Keil@usdoj.gov <br><br> KATHLEEN CAMPBELL (MD Bar No. 9812170031) <br> JENNIFER BURKE (MD Bar No. 9706250061) <br> Trial Attorneys <br> Counter Terrorism Section <br> National Security Division <br> 950 Pennsylvania Avenue NW <br> Washington, D.C. 20530 |