UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 22-cr-392 (DLF) |
| v. | : | |
| | : | |
| ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI | : | |
| | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT AND DEFENSE JOINT UPDATE TO THE COURT REGARDING DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned Defense Counsel, hereby respectfully inform the Court of the following:

Government Updates

1.      As described in further detail below, the government has approached the provision of discovery in this case by prioritizing the production of the material that is likely to be the most immediately relevant to defense counsel's review.  We have additionally sought to provide materials in text-searchable, load-ready format, consistent with current discovery protocols.  We are committed to maintaining this standard for all future productions.

2.      On January 30, 2023, the government transferred "Production 1" to the defense, which consisted of approximately 15,000 pages of discovery, to include trial transcripts and photos of exhibits from the trial held in Camp Zeist, the Netherlands, in 2000-2001 against defendants (and co-conspirators in this case) Abdelbaset Ali Mohmed Al-Megrahi and Al Amin Khalifa Fhimah ("Camp Zeist trial"); photos and reports from the arrest of the defendant in this case, Abu Agila Mohammad Mas'ud Kheir Al-Marimi**;** and other items.

3. On May 23, 2023, the government transferred "Production 2" via hard drive to the defense pursuant to the amendment to the protective order signed on May 11, 2023. Production 2 included approximately 15,000 witness statements collected by Police Scotland, which equals about 60,000 pages.

4. On August 25, 2023, the government transferred "Production 3" and "Production 4" via hard drive to the defense. Production 3 consisted of 802 Scottish items that the Scottish team lodged with their indictment, comprising about 19,500 pages. Production 4 consisted of items from the Czech Republic and Sweden, comprising about 650 pages. The government also turned over summaries of the various alternative theories of who was responsible for the Pan Am 103 bombing, as well as Camp Zeist Trial Court's Opinion in its entirety which addressed its evaluation of those theories. Finally, the government turned over a 42-page document which was a list of the potential defense witnesses at the Camp Zeist trial.

5. "Production 5," which is currently being finalized for production, will consist of 487 items from Malta, as well as the 2007 and 2020 Statement of Reasons from the Scottish Criminal Cases Review Commission (SCCRC). The SCCRC is an independent body established by Scottish statute to investigate potential miscarriages of justice. The SCCRC's reviews in 2007 and 2020 resulted in fresh appeals against conviction on behalf of Megrahi, who is now deceased. The 2007 appeal was abandoned, and the 2020 appeal was heard and refused. The government expects to make that disclosure by October 13, 2023.

6. Scotland's Crown Office and Procurator Fiscal Service ("COPFS") continues to organize and produce to the government additional items, which number in the thousands. The COPFS has estimated that the review and disclosure process will continue through November 2023. Additionally, certain documents have been deemed Sensitive and/or Highly Sensitive by

Police Scotland and COPFS; we are waiting for approval from German authorities to disclose.

7.  The government and COPFS have filed multiple Mutual Legal Assistance ("MLA") Requests for access to evidence and witnesses from various countries. The following requests have been granted:

   a. An MLA Request was sent to the United Kingdom in January 2023, and was granted in February 2023;

   b. The United Kingdom sent an initial International Letter of Request ("ILOR") to Malta in May 2023, requesting permission to share the Maltese evidence in Scottish holdings with the government. That request was granted on May 8, 2023;

   c. The United Kingdom sent an ILOR to Sweden in May 2023, and that initial request was granted in May 2023; and

   d. The United Kingdom sent an ILOR to the Czech Republic in May 2023 and that initial request was granted in May 2023.

8.  The government and COPFS have also lodged MLA requests that are outstanding. A summary of those requests follows:

   a. The United Kingdom sent an ILOR to Germany in May 2023;

   b. The Government sent an MLA request to Germany in September 2023;

   c. The United Kingdom sent an ILOR to Japan in May 2023;

   d. The Government sent an MLA request to Japan in April 2023;

   e. The United Kingdom sent an ILOR to France in May 2023;

   f. The United Kingdom sent an ILOR to Switzerland in May 2023;

   g. The government sent an MLA request to Switzerland in August 2023;

   h. The government sent an MLA request to the Czech Republic in August 2023; and

          i.    The United Kingdom sent an ILOR to Ireland in September 2023.

Additional requests will be made as necessary to ensure that the government and defense have access to all appropriate materials to prepare for trial.

        9.    The government is in the process of evaluating the need for potential Rule 15 depositions.

        10.    The government is taking steps to review and produce to the defense those materials gathered by the FBI during this investigation that are subject to discovery and/or disclosure. The substance of these materials overlaps significantly with the materials produced in Productions 1-5. The government has created a database, to which it has uploaded FBI materials that exist in digital format, which are being reviewed for production in discovery. There is also a large volume of FBI materials that date back to 1988, exist only in various paper formats, and are presumptively classified. The government has conducted a manual review these materials, and it is in the process of scanning those documents to make them keyword searchable. Once these documents exist in a searchable, digital format, the government will review them and produce those documents that are not classified to defense in digital, load-ready format. The government is mindful of the fact that previous productions have been so voluminous that the defense was required to upload the material to a separate server for review. *See* May 31, 2023, Hr'g Tr. at 4. Undersigned government counsel are accordingly taking steps to ensure that the defense can review these older documents in the same way they are able to review the more modern documents that have comprised government's discovery productions to date.

        11.    The government has begun its review of classified materials held by multiple government agencies in connection with this case. The government expects to file, within the next 60 days, a proposed protective order pursuant to Section Three of the Classified Information

Procedures Act, 18 U.S.C. App. 3 at § 3.

12.     Finally, the government is aware that Police Scotland conducted DNA and fingerprint forensic testing and comparisons as part of their investigation in this case. The government intends to conduct additional testing and comparisons.

## Defense Updates

13.     Since the date of the last status hearing, defense counsel has continued to organize and review the discovery that has been provided. In order to more effectively understand the material and its role in the government's case, defense counsel met with government counsel in July for an overview of the existing discovery. Counsel has completed this process with respect to some of the discovery, but the government has continued to provide discovery on a rolling basis and has advised, as discussed above, that additional voluminous productions are expected. Defense counsel has preliminarily assessed the recent productions to develop a process and determine appropriate staffing to review and organize the material. Because the discovery consists of numerous documents spanning many subjects, an organized process for reviewing and managing the information is critical to providing an effective defense.

## Joint Updates

14.     The government and the defense continue to communicate on a regular basis about the status of discovery and the next steps in the case. The Court's Minute Order dated May 31, 2023, required the parties to "propos[e] mutually agreeable times for a status hearing in October 2023." Due to the ongoing disclosure and open communications between the parties, we respectfully jointly request a status date in December 2023 to allow further discovery productions and review and to coincide with the likely travel to the District of Columbia by victim-families for the annual memorial service for the victims of Pan Am Flight 103, which will be held at Arlington

National Cemetery on December 21, 2023. The parties request that a hearing be set on one of the following dates in December, at the Court's convenience: December 14, 15, 18, 19 (afternoon only) or 20.  If the Court wishes to hold a status conference in October, the parties are available any date during the week of October 23, 2023.[1]

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

| */s/ Whitney C. Minter* | */s/ Brittany Keil* |
|---|---|
| WHITNEY C. MINTER (VA Bar No. 47193) | BRITTANY KEIL  (D.C. Bar No. 500054) |
| TODD RICHMAN (VA Bar No. 41834) | ERIK M. KENERSON (OH Bar No. 82960) |
| Assistant Federal Public Defenders | Assistant United States Attorneys |
| Office of the Federal Public Defender | JEROME J. TERESINSKI (PA Bar No. 66235) |
| 1650 King Street, Suite 500 | Special Assistant United States Attorney |
| Alexandria, Virginia 22314 | National Security Section |
| Whitney_minter@fd.org | United States Attorney's Office |
| (703) 600-0800 (main line) | 601 D Street NW |
| | Washington, D.C. 20530 |
| | (202) 252-7763 |
| | Brittany.Keil@usdoj.gov |
| | |
| | KATHLEEN CAMPBELL (MD Bar No. 9812170031) |
| | JENNIFER BURKE (MD Bar No. 9706250061) |
| | Trial Attorneys |
| | Counter Terrorism Section |
| | National Security Division |
| | 950 Pennsylvania Avenue NW |
| | Washington, D.C. 20530 |

---

[1] The Court has already excluded time under the Speedy Trial Act through November 1, 2023.  Minute Order dated May 31, 2023.  The parties intend file a motion addressing the Speedy Trial Act as it relates the parties' requested hearing date no later than October 10, 2023.