**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 22-CR-392 (DLF)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' UNOPPOSED MOTION**
**TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court for a 90-day continuance of the above-captioned proceeding, and further to exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (h)(8), (B)(ii), and (B)(iv). In support of its motion, the government states as follows:

**PROCEDURAL HISTORY**

The defendant was arrested on or about December 11, 2022, and he made his initial appearance before a magistrate on December 12, 2022. Following a series of ascertainment of counsel hearings, he made his first appearance before this Court on February 28, 2023. Ahead of that hearing, the government filed an unopposed motion to designate this case as complex and to exclude time under the Speedy Trial Act. ECF 26. On February 28, 2023, the Court granted that motion in part and excluded time under the Speedy Trial Act until May 31, 2023. *See* Minute Order dated February 28, 2023. Following the next status conference, on May 31, 2023, the

Court excluded time through November 1, 2023, and ordered the parties to file a joint status update by October 1, 2023. Minute Order dated May 31, 2023. The parties filed that update on September 29, 2023, ECF 31, and in that update the parties requested a status date in December 2023. On October 2, 2023, the Court tentatively set a status conference on December 15, 2023, subject to a motion addressing the Speedy Trial Act. Minute Order dated October 2, 2023.

## ARGUMENT

The government incorporates herein all representations made in its unopposed motion to designate this case as complex and to exclude time under the Speedy Trial Act, ECF 26. It additionally incorporates herein all representations made in the two joint status reports regarding discovery, ECF 30 and 31. For the reasons stated in those pleadings, and for the reasons the Court has previously found, including the voluminous nature of discovery, the volume of evidence located in other countries, the need for the defense to determine how best to defend the case, and the possibility of litigation under the Classified Information Procedures Act, 18 U.S.C. App. 3, the case remains complex. Accordingly, the government respectfully requests that the Court exclude time under the Speedy Trial Act between November 1, 2023 and December 15, 2023, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(8), (B)(ii), and (B)(iv).

Undersigned counsel has conferred with Whitney Minter and Todd Richman, Esqs., counsel for the defendant, and they have represented that the defendant does not oppose exclusion of time under the Speedy Trial Act between November 1, 2023, and December 15, 2023.

## CONCLUSION

WHEREFORE, for the following reasons, and any additional reasons as may be cited at a hearing on this motion, the government requests that the Court exclude time under the Speedy Trial Act between November 1, 2023 and December 15, 2023, the date of the next status conference.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


_/s/ Erik M. Kenerson_
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL    (D.C. Bar No. 500054)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530