UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-392 (DLF) |
| v. : | |
| : | |
| ABU AGILA MOHAMMAD : | |
| MAS'UD KHEIR AL-MARIMI : | |
| : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF DOCUMENTS RELATED TO**
***UNITED STATES v. MOUSSAOUI***

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides the following notice, with attachments, to the Court pursuant to its Minute Order dated February 16, 2024, directing the government to file copies of orders entered by the Eastern District of Virginia that relate to the implementation of the Supplemental Appropriations Act for Further Recovery From and Response to Terrorist Attacks on the United States, Pub. L. No. 107-206, 116 Stat. 832 (2002).

Attached hereto are copies of three orders entered by the Eastern District of Virginia in *United States v. Moussaoui*, No. 01-455-A: (1) Dkt. 786, filed March 11, 2003; (2) Dkt. 1389, filed November 22, 2005; and (3) Dkt. 1638, filed March 1, 2006. The docket reflects a fourth order, Dkt. 1460, which is listed as *ex parte* and under seal. From the description in the public docket, a screenshot of which is below, it appears that Dkt. 1460 dealt with factual determinations regarding whether individuals qualified as victims as that term was defined by Pub. L. No. 107-206.[1] As of filing, the undersigned counsel have been unable to obtain a copy of that order.

---

[1]    The government in the *Moussaoui* case was directed to file any motions regarding whether

| 1460 | 01/18/2006 | Ex Parte and Under Seal ORDER granting 1439 Ex Parte and Under Seal MOTION by USA as to Zacarias Moussaoui for Determination of Eligibility to View Trial Proceedings via Closed Circuit Broadcast (CCTV); granting 1454 Ex Parte and Under Seal SUPPLEMENTAL MOTION by USA as to Zacarias Moussaoui for Determination of Eligibility to View Trial Proceedings via Closed Circuit Broadcast (CCTV); granting 1455 Ex Parte and Under Seal SECOND SUPPLEMENTAL MOTION by USA as to Zacarias Moussaoui for Determination of Eligibility to View Trial Proceedings via Closed Circuit Broadcast (CCTV). Signed by Judge Leonie M. Brinkema on 1/18/06. (karn, ) (Entered: 01/18/2006) |
|---|---|---|

The Court's Minute Order additionally directed the government to file "a detailed description of the processes and procedures that were utilized in the Moussaoui case to afford closed-circuit television access to victims." Attached hereto are copies of an Application to View Closed Circuit Broadcast of Moussaoui Trial and a letter, which were sent to potential victims. The government will also file under seal, concurrently with this notice, a copy of a separate letter sent to victims in the *Moussaoui* case who received approval to access the viewing locations. That letter provides written instructions to the victims for how to obtain a credential to attend the viewing location.

---

individuals were eligible to view the proceedings *ex parte* and under seal. *See* Attachment 2, *Moussaoui* Dkt. 1389, at 2.

Undersigned counsel diligently endeavored to locate the orders, policies, and procedures that are responsive to the Court's request and have included or referred to all such documents in this response that it has been able to locate.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


*/s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL  (D.C. Bar No. 500054)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
