**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SECOND NOTICE OF FILING OF DOCUMENTS RELATED TO**
**_UNITED STATES v. MOUSSAOUI_**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, provides the following notice, with attachments, to the Court pursuant to its Minute Order dated February 16, 2024, directing the government to file copies of orders entered by the Eastern District of Virginia that relate to the implementation of the Supplemental Appropriations Act for Further Recovery From and Response to Terrorist Attacks on the United States, Pub. L. No. 107-206, 116 Stat. 832 (2002).[1]

After filing ECF 39, the government received additional items that while they may not be technically responsive to the Court's Minute Order, are being provided in the event they are helpful to the Court. The first is a copy of a form letter which was then sent to individuals who may have qualified as victims under Pub. L. No. 107-206, which is attached hereto. The letter provides written instructions to the victims for how to obtain a credential to attend the viewing location.

---

[1] The government has already filed notice in response to this Minute Order. ECF 39. This supplemental notice contains materials that undersigned counsel received after filing ECF 39.

1

The government will also file under seal three items concurrently with this notice. The first two are copies of correspondence between the judge who presided over the *Moussaoui* trial and the U.S. Attorney's Office regarding the locations for CCTV viewing sites. The third is a copy of a letter from the judge overseeing the case to a specific victim in that case.[2]

As undersigned counsel has diligently endeavored to locate the orders, policies, and procedures that are responsive to the Court's request, the government is filing this second notice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL  (D.C. Bar No. 500054)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

---

[2] The government did receive that particular item prior to filing ECF 39, but originally was not sure it was responsive to the Court's request. In an abundance of caution, the government is including it here.