

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

*2100 Jamieson Avenue*
*Alexandria, Virginia 22314*

January 25, 2006

Hon. Leonie M. Brinkema
United States District Judge
401 Courthouse Square
Alexandria, VA 22314

*Ex Parte* – **Under Seal**

Re:   U.S. v. Zacarias Moussaoui; Crim. No. 01-455-A

Dear Judge Brinkema:

Pursuant to the Court's Order dated November 22, 2005, please find enclosed a copy of the latest letter from the Victim Witness Unit to the victims regarding CCTV procedures.

Thank you for your consideration.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By:



Assistant United States Attorneys



# U.S. Department of Justice

**United States Attorney**
**Eastern District of Virginia**

| | | |
|---|---|---|
| *PAUL J. McNULTY*<br>*UNITED STATES ATTORNEY* | *2100 Jamieson Avenue*<br>*Alexandria, Virginia 22314* | *703/299-3700*<br>*FAX: 703/299-3980* |

January 24, 2006

FIELD(FirstName) FIELD(LastName)
FIELD(Address1)
FIELD(Address2)
FIELD(Address3)
FIELD(City), FIELD(State)   FIELD(Zip Code)

    Re: <u>United States v. Zacarias Moussaoui</u>
        Criminal No. 01-00455-A

        **CCTV application approval and credential procedure**

Dear FIELD(FirstName) FIELD(LastName):

## Please read this letter carefully and completely.

Your application to view the trial proceedings in the *Moussaoui* case via Closed Circuit Broadcast (CCTV) has been approved. **I am writing to advise you of the procedure you must follow to obtain your admittance credential.**

The CCTV statute passed by Congress defines the class of victims who are eligible to view the broadcast. <u>**Admittance to the *Moussaoui* CCTV broadcast will not be permitted without the proper credential**</u>.

It is imperative that *if* you think you *might* want to attend any portion of the CCTV broadcast, <u>**you must obtain the proper credential**</u>. Obtaining a credential in no way obligates you to attend any of the CCTV broadcast. Failure to obtain the proper admittance credential before the trial begins will, however, preclude your admission.

Judge Brinkema views the CCTV courtrooms as "extensions of her courtroom" and has imposed certain requirements for the credential process to ensure that only those persons approved for admittance are permitted inside the CCTV courtroom. Only those persons entitled by the statute passed by Congress, a presiding judicial official, and Court Security Officers and/or United States Marshals will be permitted inside the CCTV courtroom.

Page Two

   In accordance with Judge Brinkema's directive, your credential will be very unique and made by special equipment; therefore, it cannot be made at a CCTV site and must be obtained before trial.

   The CCTV sites are as follows:

### Alexandria

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

### Boston

John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

### Long Island

Alfonse M. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

### Manhattan

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

### Newark

Martin Luther King Federal Building & United States Courthouse
50 Walnut Street
Newark, NJ  07102

### Philadelphia

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Page Three

**Please note that for security reasons, no electronic equipment is permitted in the courthouses, including cellular telephones.** Storage lockers are available for these items in Boston, Long Island, Manhattan, Newark and Philadelphia. **Storage lockers are NOT available in Alexandria. There is no place in Alexandria to secure cellular telephones and other electronic items (e.g., palm pilots, Blackberrys, etc.). You should leave these items in your vehicle or at home if you take public transportation.**

Court will be in session Monday through Thursday from 9:30 a.m. to approximately 5:30 p.m. The Court will take a 15 minute break mid-morning and mid-afternoon and a 60 minute lunch break at approximately 1:00 p.m. every day. These times are approximate and may vary from day to day.

In addition, it is our understanding that the CCTV sites will abide by the same courtroom decorum that the live courtroom does. This means no eating, drinking, talking, sleeping, and/or reading in the courtroom.

There will be a room outside the courtroom to which you may retreat, should that be necessary. In addition, victim/witness personnel from the United States Attorney's Office and trained mental health professionals will be available to assist you, should you need assistance.


## HOW TO OBTAIN YOUR CCTV CREDENTIAL

To obtain the unique CCTV credential, you must take this letter, along with photographic identification, to the United States Attorney's Office near you, so a digital photograph may be taken and forwarded to the entity designated by the Court to make the admittance credential. Every person approved for CCTV admittance will receive this letter and every approved person who wants to obtain the admittance credential must appear with the approval letter, photographic identification, and be photographed. We recognize that this procedure will require additional time on your part. Please know that this procedure is designed to ensure that the CCTV viewing space is not compromised and is respectful of your privacy within the CCTV sites.

Although the CCTV credential will provide you access to any and all of the six CCTV sites, it will be necessary for you to advise the person taking your photograph which CCTV site you plan to report to for the first time. You do not have to report to a CCTV site the first day of the broadcast, or ever, should you choose not to. **For security reasons, we cannot mail credentials to your residence. You will actually obtain the hard credential at the site you identify as the location you plan to attend the first time.**

Page Four

If you live or work within the area of the named CCTV sites, you should contact the following individuals to arrange for the credential processing. Please note that the United States Attorney's Office is not always within the same building as the CCTV courtroom. Please review the addresses below carefully:

### Alexandria

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

> This is a five story wing attached to the building where the CCTV courtroom is.

Contact:            REDACTED
                    REDACTED
                       REDACTED

### Boston

United States Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

> This is the same building where the CCTV courtroom is.

Contact:            REDACTED
                    REDACTED

### Long Island

United States Attorney's Office
Eastern District of New York
100 Federal Plaza
Suite 610
Central Islip, NY 11722

Page Five

This is the same building where the CCTV courtroom is.

Contact:          REDACTED
                  REDACTED

## Manhattan

United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

This is not in the same building where the CCTV courtroom is.

Contact:          REDACTED
                  REDACTED
                  REDACTED

## Newark

United States Attorney's Office
District of New Jersey
Peter Rodino Federal Building
970 Broad Street
Suite 700
Newark, NY 07102

This is not the same building where the CCTV courtroom is.

Contact:          REDACTED
                  REDACTED

## Philadelphia

United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

This is not the same building where the CCTV courtroom is.

Contact:          REDACTED
                  REDACTED

Page Six

Enclosed are directions to the United States Attorney's offices listed above. Absent any extraordinary circumstance, photographing will occur during the hours of 9:30 a.m. to 4:00 p.m. Monday through Friday. If you have a circumstance that precludes you from reporting during these hours, you should advise the contact person for the applicable site.

If you reside outside of the area identified above, please contact the United States Attorney's Office in Alexandria, toll free at 1-866-828-1834. We will assist you in identifying the local United States Attorney's Office where you may complete the process identified above.

**All photographs must be taken before February 17, 2006. This deadline cannot be extended. Failure to have your photograph taken before February 17, 2006, will preclude your admission to a CCTV site.**

The CCTV broadcast will begin on Monday, March 6, 2006.

Six CCTV sites are unprecedented in the history of our country. Our office remains committed to ensuring that the CCTV sites are handled in a manner that will be efficient, professional, and respectful of our Nation's system of justice.

Should you have any questions, please contact us at 1-866-828-1834.

Sincerely,

Paul J. McNulty
United States Attorney



BY: REDACTED
Victim/Witness Coordinator

Enclosures