I, Kara Weipz, do hereby declare as follows pursuant to 28 U.S.C. § 1786:

1. My name is Kara Marie Weipz. I live in Mount Laurel New Jersey. I am the owner of The Schoolhouse Nursey School and Kindergarten in Mount Laurel, New Jersey. This is our fifteenth year in business.

2. My brother, Richard (Rick) Paul Monetti was killed aboard Pan Am Flight 103. He was a twenty-year-old junior at Syracuse University. Rick was a Journalism major in the Newhouse School of Communications with a minor in Political Science. My brother had spent the fall semester in London studying abroad and was on his way home at the end of the semester for the holidays.

3. I was fifteen years old and a sophomore in high school when my brother was murdered on Pan Am Flight 103. I happened to be home sick from school that day and was the first to learn of the "missing" flight on the television. After some calls, my brother's girlfriend found out from Pan Am that it was my brother's flight. I had to inform both of my parents of the news that Rick's flight went missing and eventually crashed in Scotland.

4. Being so young when the bombing occurred, I wasn't involved in the earliest days of the organizing of the Victims of Pan Am Flight 103, Inc. (VPAF103) but my parents were. On February 19, 1989, my parents, Robert (Bob) and Eileen Monetti attended the organization meeting for the Victims of Pan Am Flight 103 at the Crow's Nest restaurant in Hackensack, NJ. At this meeting they elected a steering committee to serve until the June 1989 election results. My father, Bob, was given the assignment of dealing with the FAA, because of his engineering background. Bob was elected to

the Board of Directors in June and chosen to be Secretary. Bob later served at various times as Secretary, Newsletter Editor, Treasurer, Board Chair, FAA Liaison, ASAC Representative, and President.  Bob represented VPAF103 at the FAA and was a member of the FAA Aviation Security Advisory Committee.

5. In January of 1996, a fire in the Philippines uncovered a plot to blow up twelve US aircraft. It was thwarted but caused the FAA to create a working group to create a new, improved baseline security standard.  After receiving a security clearance, Bob was appointed to serve on this group with weekly meetings at the FAA. The first meeting of the group was July 16,1996, just before TWA 800 blew up over Long Island Sound.  The Baseline Working Group report was later included with the Gore Commission on Aviation Security and Terrorism report in 1997. He served on the Board of Directors or the Advisory Board of VPAF103, Inc until 2021.

6. I joined the Victims of Pan Am Flight 103, Inc. Board of Directors in October 2000 as Secretary. I served in this capacity until May 2003, when I took over the position of President. I served as President until January 2009. During that time, I led that families through the process of settling the landmark civil suit with Libya. In October 2017, I was elected President again and currently serve in this role. In May 2024, I was also elected Board Chair.

7. Over the past thirty-five years, we have prioritized four main goals for our Organization:

   - Discover the truth behind the bombing
   - Seek justice for our loved ones

- Improve aviation safety and security

- Support one another

Currently, we have added a fifth goal: Educate the public about this event.

8. Our Memorials both at Arlington National Cemetery on December 21st and our participation in the Remembrance Events at Syracuse University each year are a few of the ways we accomplish these goals.

9. Our annual December 21st Memorial Service at the Cairn in Arlington National Cemetery is an event organized by VPAF103, Inc. that allows all family members to honor and remember our loved ones. Attendance varies from over 2,000 at the groundbreaking ceremony in 1993, to approx. 200 most years. As our members have aged and fewer of them have been able to travel to DC for the service, the Remembrance, Lockerbie and Legacy scholars have begun to attend in greater numbers as have members of our government. Over the years, we are also adding generations of family members who attend. My own immediate family that was once three has now grown to eight members. At times, family members are outnumbered by those who have come to support us.

10. Syracuse University lost thirty-five students aboard Pan Am 103. The Syracuse Remembrance Scholarship award was established in 1989, but the first grants were made in 1990-1991. Syracuse University provides partial funding for thirty-five Syracuse University seniors in honor of the thirty-five Syracuse University students who perished on Pan Am 103. Scholars are required to actively remember all those lost in the bombing with remembrance events and to create programming designed

to educate the campus community about the impact of terrorism and the role individuals can play in preventing it. Individual members of the VPAF103 (families) support the Remembrance Scholarship fund. And members of VPAF103 act as resources to the Remembrance Scholars as they plan and implement their annual programs.

11. Lockerbie Scholars at Syracuse Award was established in 1989, but first grants were made in 1990-1991. Two students from Lockerbie Academy in Scotland are chosen for a one year visiting scholarship at Syracuse University. All expenses are shared by Syracuse University and the Lockerbie Trust. Responsibilities of the Lockerbie Scholars are the same as the Remembrance Scholars, plus they act as representatives of Scotland during all programs.

    To date, there are 1225 Remembrance Scholars and 70 Lockerbie Scholars.

12. During Remembrance Week, the University remembers not only the thirty-five students they lost but all 270 lives that were taken tragically. They also act forward in all their memory. The week concludes with a Rose Laying Ceremony and Convocation. Afterwards, Scholars have a unique opportunity to spend time with the victims' families and learn more about what we have endured over the last three decades.

13. The Legacy Scholarship was established in 2017 by the Victims of Pan Am Flight 103, Inc. to support U.S. students pursuing advanced degrees in areas of study related to improved national security and terrorism prevention as they prepare for careers focused on keeping citizens safe from the threats of terrorism and

preventing the deaths of innocent men, women, and children. Two scholarships are awarded each year. We have had twelve awardees since 2017 (2017-2022: 1 award per year; since 2022: 2 awards per year). Awardees with 3 years prior professional experience receive a $5,000 award, those who have graduated from college (within 3 years) receive a $2,000 award.

14. The Victims of Pan Am Flight 103, Inc. is comprised of family, friends and supporters of those who lost loved ones on Pan Am Flight 103. Our current membership is approximately 1000 members but unfortunately, we have had to remove approximately 600 individuals due to death or illness (moved into nursing homes, etc.). The majority of next of kin family members are over seventy years old. This group includes parents, most of whom are in their eighties now, and widows/widowers. Siblings are in their fifties and sixties and children, who lost their parents on the plane, are mid-thirties to fifties. Siblings and children of victims have children of their own who are involved and are teenagers and early twenties. Many families are devoid of traditional next of kin family members and extended family is all that remains. Our family members live in thirty-six States, including Washington, DC and throughout the world. A few examples of travel times for family members to travel to central locations to view the trial:

Bath, Maine - 3 hours to Boston

Western Tennessee - 3 hours to Nashville

Southwestern Georgia - 2 hours to Atlanta

Northern Michigan and Fargo, ND - 9 hours to Chicago

    Central New York - 5 hours to New York City

    Rochester/Buffalo NY - 6-8 hours to New York City

    Southern California - 3 hours to Los Angelos

    Oregon - 9 hours to San Francisco or 4 hours to Seattle

    Central Pennsylvania - 3 hours to Philadelphia

    Central Ohio - 5 hours to Chicago

    Western and Northern Massachusetts - 3 hours to Boston - without traffic

    Eastern End of Long Island, NY - 3 hours to New York City - without traffic

15. With an aging demographic, we have many family members who live in assisted living communities and are not strong enough to travel 3 hours to court. We have victims who are battling stage 4 colon cancer, breast cancer, recovering from strokes, cardiac bypass surgery, congestive heart failure, diabetes, macular degeneration, have had multiple joint replacements which impairs their movement, and suffer many other illnesses and disabilities. Many of our family members use walking aides or wheelchairs to get around and are not easily transported by car or plane. A majority use hearing devices that are tied into their cell phones or computers to make hearing easier. In fact, when I brought my parents to court for what was supposed to be the arraignment, they struggled to hear and commented it was easier on the phone.

16. My parents attended the Scottish trial of two other defendants in person thanks to Kathryn Turman and the Office of Victims of Crime in the Justice Department. Bob & Eileen spent the second week of the trial at Camp Zeist. They describe being at Zeist

as emotionally ntense.  They got to see the accused up close (behind Bulletproof glass).  They saw the serious nature of a Scottish trial and spent time with the prosecution team and other victims' families.

17. The first week of the trial they went to the New York City downlink site (in the shadow of the World Trade Towers). They were badged into the room guarded by US Marshalls and Scottish Police.  They describe the proceedings as informative, but not as moving as actually being at the trial in person. We got to have fellowship with several family members.

18. Unfortunately, I was not able to view the first trial at Camp Zeist in person or at a downlink site. I was pregnant and couldn't travel, and then I was a new mom. I was able to read the daily summaries provided by the Syracuse Law School. I felt very disconnected from the trial, not being able to be a part of it. I almost felt as though I was an outsider and not a victim. It was a very unsatisfying to me and not justice in my eyes.

19. To have to respond or watch the subsequent multiple appeals for the Scottish courts has been one of the most traumatic experiences of my life. Many family members have been and continue to be traumatized by Scotland's compassionate release of Megrahi, but for me the appellate process in Scotland has exacerbated my anxiety over court proceedings. When calls and emails come during the middle of the night, there is no peace or justice.

20. I was present with then-Attorney General Barr when charges were announced against Abu Agela Mas'ud Kheir Al-Marimi on December 21, 2021. From then until

December 11, 2022, when the US gained custody of Mr. Al-Marimi, I fought tirelessly with other family members to ensure his turnover to US custody. We held numerous meetings every six weeks with various members of our government to ensure that this took place. I fought with every fiber of my being to ensure that this case would take place in the US and under our laws.

21. When the CARES Act ended, we knew we needed to do something to ensure that our families would not have a repeat of the first trial. Many of the victims have fought too hard not to be able to hear first-hand justice for our loved ones happening in this country. I knew we could not allow geography to prohibit them from the trial that they have longed for, and some have fought tirelessly from the time their loved ones were killed until they were not able to fight anymore. I am carrying the torch for many who have come before me and fought this battle. I am here because they cannot be, and I will continue to advocate on behalf of all those who wish to be a part of this trial.

22. This why I worked with Congress to pass this legislation. This law pertains only to our unique situation. A trial being held after more than three decades is uncommon. A trial being held approximately 3,500 miles from the crime scene is uncommon. The reason this legislation is different is because our circumstances are unique. Besides this case coming to trial over thirty-six years after the crime occurred, our diverse victim age demographic, our unprecedented distance between victims and the trial location, and the distance between the trial and where the crime occurred. We have new technology that allows our families to be able to participate in these

proceedings in a manner that accommodates their needs. Our only option to include family members in this trial was to write legislation that allows remote access. Our legislators have given the Court the authority with the correct safeguards to finally allow them to be a part of justice in our country.

23. As you can see by the examples given above, there is no one central place (or even multiple central places) that would be close enough even if families could travel. Old and young do not have the flexibility to be three to four hours away from home for multiple days. It was hard enough for many of these families to achieve this during the first trial over two decades ago. Our technology has advanced to allow for remote access. The pandemic demonstrated to us that victims could have remote access.

24. While working with Congress to pass this legislation, I was called upon to field some questions from Senators and Congressional members. Since I explained, using the facts above, why downlink sites (i.e., other designated courthouses or similar locations) which had been used in previous trial would not work in this situation, it was not questioned again by those who sponsored the legislation or brought back to me for clarification from committee. The questions all centered around what constituted a victim or family member. They were curious as to why the definition of family member was so far extending. They did not realize that all members of some immediate families had passed away over the past thirty-five years. They also did not realize that some family members, such as my children, who were present in meetings with government officials in our attempts to bring Mr. Al-Marimi to the US,

want to be able to listen. They are college age and cannot attend in person due to class requirements but can listen in the privacy of their rooms. How does a family member who lost her father participate except remotely when they currently live in Spain? She also couldn't attend the previous trial as she was in college at the time.

25. The Victims of Pan Am Flight 103, Inc. was formed in February 1989. We have worked tirelessly over the years in conjunction with DOJ and FBI victims' services to ensure that all legitimate family members are included and kept informed. I am willing to assist in this endeavor in any way that is helpful.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Kara M Weipz*

Executed on: May 30, 2024

[Date]