UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| v. | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant by and through undersigned Defense Counsel, hereby respectfully inform the Court of the parties' position on the Speedy Trial Act, 18 U.S.C. § 3161, pursuant to the Court's Minute Order dated June 18, 2024.

The parties agree that time should be excluded under the ends-of-justice provision through at least August 30, 2024, because the ends of justice served by that delay outweigh the best interest of the public and the defendant in a speedy trial, for the reasons the Court has previously stated on the record in this complex case. *See* § 3161(h)(7)(A) & (B). Defense counsel has discussed the Speedy Trial Act with the defendant, who consents to exclusion of time under § 3161(h)(7)(A) through August 30, 2024.

1

Additionally, the parties note that the government's motion to provide victims remote access to the proceedings is pending. *See* ECF 51; 18 U.S.C. §3161(h)(1)(D). Regardless of when this motion may be resolved, the parties ask the Court to find that the ends of justice justify excluding time through August 30, 2024, as described in the previous paragraph.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Whitney C. Minter*
WHITNEY C. MINTER (VA Bar No. 47193)
TODD RICHMAN (VA Bar No. 41834)
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Whitney_minter@fd.org
(703) 600-0800 (main line)

*/s/ Brittany Keil*
BRITTANY KEIL (D.C. Bar No. 500054)
ERIK M. KENERSON (OH Bar No. 82960)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530