# Seeking Victim Information Concerning Pan American Flight 103 (The Lockerbie Scotland Bombing) United States v. Abu Agila Mohammed Mas'ud Kheir Al-Marimi Case: DC-22-cr-392-DLF

The Federal Bureau of Investigation's (FBI's) Counter Terrorism Division and the U.S. Department of Justice are engaging in an effort to identify all victims who have been affected by, and are eligible for, victim services in the case of the United States v Abu Agila Mohammed Mas'ud Kheir Al-Marimi (DC-22-cr-392-DLF), which has been set for a jury trial on May 12, 2025, in the U.S. District Court of the District of Columbia. The Defendant (Mas'ud) has been charged with destruction of an aircraft resulting in death, in violation of 18 U.S.C. §§ 32(a)(1) and (a)(2), and destruction of a vehicle used in foreign commerce by means of an explosive resulting in death, in violation of 18 U.S.C. § 844(i). 270 individuals were killed in the bombing (259 aboard the aircraft, and 11 on the ground in Lockerbie, Scotland).

The U.S. Congress has passed legislation to make remote access to court proceedings in this case available to victims. The law defines a "victim" of the attack on Pan Am Flight 103 as follows: (1) you were present at or near the scene in Lockerbie, Scotland, when the bombing occurred or immediately thereafter and you suffered direct or proximate harm (e.g., physical or emotional injury) as a result of the bombing of Pan Am Flight 103, or (2) you are the spouse, legal guardian, parent, child, brother, sister, next of kin, or other relative of someone who was killed aboard Pan Am 103 or killed or harmed on the ground in Scotland, or someone who possesses a relationship of similar significance to someone who was killed or harmed in the attack as defined above. If you believe you meet this definition of a victim and would like to receive remote access to the court proceedings and/or other victim services, please fill out this short form and click "submit" to send it to us.

We understand that this notice may be unexpected and raise questions for many who are connected to this tragedy. Please accept our apologies for any apprehensions caused by this sudden outreach, and rest assured that we have a team of dedicated individuals prepared to address any concerns you may have about this process. In the meantime, we are collecting this information in an effort to inform the court about the widespread geographic locations of our victim population, and to demonstrate how this may affect your personal and physical capabilities to access the trial proceedings in person.

Furthermore, the FBI is legally mandated to identify victims of federal crime in open FBI investigations. Identified victims are entitled to certain rights under federal and/or state law and may be eligible for certain services and restitution. Your responses to this survey are entirely **voluntary**, but will certainly assist our investigation and prosecution of this case while ensuring that you receive access to needed services as a potential victim. Based on your responses, you may be contacted by the FBI for additional information. Identifying information for all victims will be kept confidential.

Once again, please know that you may reach out to PanAm103families@fbi.gov with any questions prior to participating.

Contact Information

First Name
Middle Name
Last Name
Date of Birth
--
Phone Number
E-Mail Address
Address Line 1
Address Line 2
City
State
Country
ZIP/Postal Code

**Questionnaire**

**1. Please share the name(s) of your loved one(s) that was/were killed or suffered direct and proximate harm as a result of the attack on Pan Am Flight 103 over Lockerbie, on December 21, 1988. If you personally suffered harm from that attack and were present on the scene or immediately thereafter, please write "self."**

Pan Am Victim

2. Please provide your relationship to the victim(s) named in question number 1, if any. If you are that victim, please write "self."

3. Would you be interested in attending in person the trial and/or other court proceedings in Washington, D.C., in May of 2025?

Yes
No

4. If a weblink or application (app) was made available to you to observe the trial and/or other court proceedings, would you be interested in observing the trial and/or those proceedings virtually?

Yes
No

5. If a toll-free number, weblink, or app was made available to you to listen to the trial and/or other court proceedings, would you be interested in listening to the trial and/or other proceedings virtually?

Yes
No

6. If the trial and/or other court proceedings were made available for remote viewing at a fixed location, such as a courthouse, embassy, or police station within 50 miles (80 km) of your home, would you be interested to traveling to that location?

Yes
No

**7. Do you have physical/medical hardships or limitations that would make it difficult for you to travel to/from a courthouse, embassy, or police station to watch a closed-circuit broadcast of the trial and/or other court proceedings? [You do not need to disclose the physical/medical hardship if you do not wish to do so.]**

**8. Do you have any reason to believe that you would be unable to physically travel to or from home to a courthouse, embassy, or police station to watch a closed-circuit television broadcast of the trial and/or other court proceedings if viewing were to be made available in that type of venue? In other words, do you have any physical/medical hardships in doing so? [You do not need to disclose the nature of those physical/medical hardships if you do not wish to do so.]**

9. Would you need translation services to understand court proceedings that were held in English? If so, what language(s) do you speak?

**Privacy Act Statement**

The FBI is authorized to collect the information on this form by one or more of the following provisions: Title 28, United States Code, sections 533 and 534; Title 28, Code of Federal Regulations, section 0.85; and the Attorney General Guidelines for Victim and Witness Assistance. The information requested will assist the FBI in providing you with assistance to which crime victims are entitled under federal law. You do not have to provide the requested information; however, failure to do so may hinder the FBI in providing you with crime victim assistance. The information collected on this form is protected by the Privacy Act of 1974, as amended, Title 5, United States Code section 552a, and is maintained in the FBI's Central Records System, DOJ/FBI-002, a description of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998) and which may be viewed at www.justice.gov/opcl/doj-systems-records#doj