| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 2 | Chicago | Illinois | United States | Sister | Yes | Yes | Yes | No |
| 3 | Dresher | Pennsylvania | United States | | No | Yes | Yes | No |
| 4 | Fountain Valley | California | United States | Dad | Yes | Yes | Yes | Yes |
| 5 | Alexandria | Virginia | United States | wife | No | Yes | Yes | No |
| 6 | Birmingham | --------N/A--------- | United Kingdom | Sister | Yes | Yes | Yes | Yes |
| 7 | Hamburg | New York | United States | brither | No | No | No | No |
| 8 | Hamburg | New York | United States | Brother | Yes | Yes | Yes | Yes |
| 9 | Birmingham | --------N/A--------- | United Kingdom | Auntie | Yes | Yes | Yes | Yes |
| 10 | SCOTLAND | --------N/A--------- | United Kingdom | SELF | No | Yes | Yes | Yes |
| 11 | DUMFRIES | --------N/A--------- | United Kingdom | Granddaughter | No | Yes | Yes | Yes |
| 12 | wyndmoor | Pennsylvania | United States | sister | Yes | Yes | Yes | Yes |
| 13 | Washington | Pennsylvania | United States | Sister | Yes | Yes | Yes | Yes |
| 14 | Maricopa | Arizona | United States | Sister | Yes | Yes | Yes | Yes |
| 15 | New York | New York | United States | Brother | Yes | Yes | Yes | Yes |
| 16 | Hoboken | New Jersey | United States | Son | No | Yes | Yes | No |
| 17 | Glendale | California | United States | Brother | No | Yes | Yes | No |
| 18 | Denville | --------N/A--------- | --------N/A--------- | Wife | No | Yes | Yes | No |
| 19 | Saratoga | California | United States | Father | No | Yes | Yes | Yes |
| 20 | Moffat | --------N/A--------- | United Kingdom | Self ( firefighter) | No | No | Yes | No |
| 21 | Mountain Lakes | New Jersey | United States | Sibling | No | Yes | Yes | Yes |
| 22 | Big Pine Key | Florida | United States | Granddaughter (paternal) | Yes | Yes | Yes | Yes |
| 23 | Wayne | Pennsylvania | United States | daughter | Yes | Yes | Yes | Yes |
| 24 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | No | Yes | No |
| 25 | Ter apel | --------N/A--------- | Netherlands | niece to my uncle / Aunt and a cousin to the kids | Yes | Yes | Yes | Yes |
| 26 | Dumfries | --------N/A--------- | United Kingdom | self | No | No | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 27 | MT PROSPECT | Illinois | United States | I AM HER DAUGHTER-IN-LAW | Yes | Yes | Yes | No |
| 28 | MOUNT PROSPECT | Illinois | United States | I AM HER SON | Yes | Yes | Yes | No |
| 29 | Arlington | Virginia | United States | He is my maternal uncle. | Yes | Yes | Yes | No |
| 30 | Jefferson City | Tennessee | United States | brother | No | Yes | Yes | No |
| 31 | Winchester | Massachusetts | United States | Brother | No | Yes | Yes | No |
| 32 | New York | New York | United States | Fiancee | Yes | Yes | Yes | Yes |
| 33 | Westwood | Massachusetts | United States | Sister | No | Yes | Yes | No |
| 34 | Memphis | Tennessee | United States | Wife | Yes | Yes | Yes | Yes |
| 35 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 36 | Battle Creek | Michigan | United States | Sister | Yes | Yes | Yes | Yes |
| 37 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 38 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 39 | Lockerbie | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | No |
| 40 | Miami | Florida | United States | spouse | Yes | Yes | Yes | No |
| 41 | Annapolis | Maryland | United States | I am [redacted] aunt | Yes | Yes | Yes | No |
| 42 | Kirkbride | --------N/A--------- | United Kingdom | | No | Yes | No | No |
| 43 | Dover | Massachusetts | --------N/A--------- | Spouse | Yes | Yes | Yes | No |
| 44 | QUEENSBURY, NY | New York | United States | sister | No | Yes | Yes | No |
| 45 | Hackettstown | New Jersey | United States | Sister | No | Yes | Yes | No |
| 46 | Scottsdale | Arizona | United States | Husband | No | Yes | Yes | Yes |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | City | State | Country | Relationship to Victim | Q3 | Q4 | Q5 | Q6 |
| 47 | Boston | Massachusetts | United States | Mother in-law | No | Yes | Yes | Yes |
| 48 | Towaco | New Jersey | United States | wife/spouse | Yes | Yes | Yes | No |
| 49 | Minneapolis | Minnesota | United States | Wife | Yes | Yes | Yes | Yes |
| 50 | DETROIT | Michigan | --------N/A--------- | SISTER | No | Yes | Yes | No |
| 51 | Bendigo | --------N/A--------- | Australia | Partner | No | Yes | Yes | No |
| 52 | Janesville | Wisconsin | United States | friend and colleague of her parents | No | Yes | Yes | Yes |
| 53 | Saratoga | California | United States | Grandfather | No | Yes | Yes | Yes |
| 54 | Boston | --------N/A--------- | --------N/A--------- | Daughter | No | No | Yes | Yes |
| 55 | Spokane | Washington | United States | Uncle | No | Yes | No | No |
| 56 | Kailua | Hawaii | --------N/A--------- | I am his nephew | Yes | Yes | Yes | Yes |
| 57 | Lancaster | --------N/A--------- | United Kingdom | Father | No | Yes | Yes | Yes |
| 58 | Chester | --------N/A--------- | United Kingdom | Niece | Yes | No | No | No |
| 59 | Kingsville | Maryland | United States | Daughter, Grandaughter, Niece | Yes | Yes | Yes | Yes |
| 60 | Edina | Minnesota | United States | I'm [redacted] daughter | Yes | Yes | Yes | Yes |
| 61 | Camillus | New York | United States | Sister, Brother-in-law | Yes | Yes | Yes | Yes |
| 62 | Seattle | Washington | United States | Son of victim | Yes | Yes | Yes | No |
| 63 | Nashua | New Hampshire | United States | Sister | Yes | Yes | No | Yes |
| 64 | Aurora | Colorado | United States | My students at [redacted] were related to above. | Yes | Yes | Yes | No |
| 65 | Brooklyn | New York | --------N/A--------- | Spouse | Yes | Yes | Yes | Yes |
| 66 | Towaco | New Jersey | United States | wife | Yes | Yes | Yes | No |
| 67 | Camillus | New York | United States | Sister to [redacted], Sister-in-law to [redacted] | Yes | Yes | Yes | Yes |
| 68 | Stamford | Vermont | United States | | Yes | Yes | Yes | Yes |
| 69 | Cranston | Rhode Island | United States | sister | Yes | Yes | Yes | Yes |
| 70 | Dedham | --------N/A--------- | --------N/A--------- | Sister | No | Yes | Yes | Yes |
| 71 | Plattsburgh | New York | United States | parent/mother | No | Yes | Yes | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | City | State | Country | Relationship to Victim | Q3 | Q4 | Q5 | Q6 |
| 72 | Twickenham | --------N/A--------- | United Kingdom | Sister | No | Yes | No | Yes |
| 73 | Oxford | --------N/A--------- | United Kingdom | Paternal aunt and first cousin | No | Yes | Yes | No |
| 74 | Birmingham | --------N/A--------- | --------N/A--------- | Sister | Yes | Yes | Yes | Yes |
| 75 | MT PROSPECT | Illinois | United States | I AM HER GRANDDAUGHTER | Yes | Yes | Yes | No |
| 76 | Riverside | California | United States | Grandfather, Grandmother, Aunt, cousin, cousin | Yes | Yes | Yes | Yes |
| 77 | Dalkeith, Midlothian | --------N/A--------- | United Kingdom | Brother of [redacted] | No | Yes | Yes | Yes |
| 78 | Twynholm | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 79 | Balfron | --------N/A--------- | United Kingdom | Self | No | No | Yes | Yes |
| 80 | Cleveland | Ohio | United States | [redacted] is my aunt | No | Yes | Yes | No |
| 81 | Dumfries | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | No |
| 82 | Plainfield | Connecticut | United States | Sister | No | No | No | No |
| 83 | River Vale | New Jersey | United States | Brother | Yes | Yes | No | No |
| 84 | Old tappan | New Jersey | United States | Wife | Yes | Yes | Yes | Yes |
| 85 | Old tappan | New Jersey | United States | Daughter | No | Yes | Yes | No |
| 86 | Peebles | --------N/A--------- | --------N/A--------- | Self | No | Yes | No | No |
| 87 | Old Lyme | Connecticut | United States | brother and brother-in-law | Yes | Yes | Yes | Yes |
| 88 | East Bridgewater | Massachusetts | United States | father | Yes | Yes | Yes | Yes |
| 89 | Webster | New York | United States | Sister | Yes | Yes | Yes | Yes |
| 90 | Reading | --------N/A--------- | United Kingdom | Uncle, Auntie, Cousin, Cousin | Yes | Yes | Yes | Yes |
| 91 | Saint Augustine | Florida | United States | Cousin | No | Yes | Yes | No |
| 92 | Ypsilanti | Michigan | United States | L[redacted] was my father | Yes | Yes | Yes | No |
| 93 | Grand Rapids | Michigan | United States | Son | No | Yes | Yes | No |
| 94 | Northville | Michigan | United States | Brother | No | Yes | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 95 | Wylam | --------N/A--------- | United Kingdom | Brother | No | Yes | No | Yes |
| 96 | Washington | District of Columbia | United States | Child | Yes | Yes | Yes | No |
| 97 | Chevy Chase | Maryland | United States | spouse | Yes | Yes | | No |
| 98 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | No | Yes |
| 99 | Detroit | Michigan | United States | Brother | Yes | Yes | Yes | Yes |
| 100 | W. Bloomfield | Michigan | United States | Sister | Yes | Yes | Yes | Yes |
| 101 | Nashua | New Hampshire | United States | Son | No | Yes | Yes | No |
| 102 | Halifax | --------N/A--------- | United Kingdom | Brother | No | Yes | Yes | Yes |
| 103 | Shrewsbury | Massachusetts | United States | Sister | Yes | Yes | Yes | Yes |
| 104 | Lutterworth | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 105 | Floyd, | Virginia | United States | Brother | No | Yes | Yes | No |
| 106 | Medford | Massachusetts | --------N/A--------- | Son | Yes | Yes | Yes | No |
| 107 | Glasgow uk | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | No |
| 108 | Catterick Garrison | --------N/A--------- | United Kingdom | self | No | Yes | Yes | No |
| 109 | Hamburg | New York | United States | Sister | No | Yes | Yes | Yes |
| 110 | Hamburg | New York | United States | Sister | Yes | Yes | Yes | Yes |
| 111 | Wylie | Texas | United States | Daughter and Sibling | Yes | Yes | No | Yes |
| 112 | Dumfries | --------N/A--------- | United Kingdom | self | Yes | Yes | Yes | Yes |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 113 | Keene | New Hampshire | United States | Spouse | No | Yes | No | No |
| 114 | Long Beach | California | United States | Brother in Law | Yes | Yes | Yes | Yes |
| 115 | Long Beach | California | United States | Sister | Yes | Yes | Yes | Yes |
| 116 | East Linton | --------N/A--------- | --------N/A--------- | Self. | No | Yes | Yes | No |
| 117 | Waynesville | Ohio | United States | sister in law | Yes | Yes | Yes | |
| 118 | Waynesville | Ohio | United States | sister | Yes | Yes | Yes | Yes |
| 119 | ASHBOURNE | --------N/A--------- | United Kingdom | Self | No | No | No | No |
| 120 | Woodcliff Lake | New Jersey | United States | Wife | Yes | Yes | Yes | Yes |
| 121 | Waltham | Massachusetts | United States | Son in law | Yes | Yes | Yes | Yes |
| 122 | Waltham | Massachusetts | United States | child | Yes | Yes | Yes | Yes |
| 123 | Richland Hills | Texas | United States | Sister | Yes | Yes | Yes | Yes |
| 124 | Rockbridge Baths | Virginia | United States | Father | Yes | Yes | Yes | Yes |
| 125 | North Attleboro | Massachusetts | United States | Brother | No | Yes | Yes | No |
| 126 | Settle. BD249PE | --------N/A--------- | United Kingdom | SELF | No | Yes | Yes | No |
| 127 | HOLMESFIELD / DRONFIELD | --------N/A--------- | United Kingdom | BROTHER | No | Yes | No | No |
| 128 | SHEFFIELD | --------N/A--------- | United Kingdom | Step Daughter - Father now deceased | Yes | Yes | Yes | Yes |
| 129 | Mystic | Connecticut | United States | Son | Yes | Yes | Yes | Yes |
| 130 | Mystic | Connecticut | United States | Son | Yes | Yes | Yes | Yes |
| 131 | Oceanport | New Jersey | United States | Sister | No | Yes | Yes | No |
| 132 | Bishopton | --------N/A--------- | United Kingdom | Daughter | No | Yes | Yes | No |
| 133 | Buckie | --------N/A--------- | United Kingdom | Spouse | No | Yes | Yes | No |
| 134 | Dunfermline | --------N/A--------- | United Kingdom | Daughter | No | Yes | Yes | No |
| 135 | Carlisle | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 136 | Oban | --------N/A--------- | --------N/A--------- | | No | Yes | No | No |
| 137 | Aberdeenshire | --------N/A--------- | United Kingdom | widow | No | No | No | No |
| 138 | Nevada | Texas | United States | Sister | Yes | Yes | Yes | Yes |
| 139 | Workington | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 140 | Pacifica | California | United States | Father | No | No | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 141 | Oceanside | California | United States | Sister | Yes | Yes | Yes | Yes |
| 142 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 143 | Lockerbie | --------N/A--------- | --------N/A--------- | Self | Yes | Yes | Yes | Yes |
| 144 | New York | New York | United States | child | Yes | Yes | Yes | Yes |
| 145 | Glens Falls | New York | United States | son | Yes | Yes | Yes | Yes |
| 146 | Seattle | Washington | United States | Child | No | Yes | Yes | No |
| 147 | Washington | District of Columbia | United States | I am his daughter. | Yes | Yes | Yes | Yes |
| 148 | Rancho Santa Margarita | California | United States | Mother | Yes | No | Yes | No |
| 149 | Lockerbie | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 150 | Philadelphia | Pennsylvania | United States | [redacted] was my father | Yes | Yes | Yes | No |
| 151 | Jamestown | Rhode Island | United States | wife | Yes | Yes | Yes | No |
| 152 | Wyndmoor | Pennsylvania | United States | Niece | Yes | Yes | Yes | Yes |
| 153 | Waxhaw | North Carolina | United States | My 1st Cousin | No | Yes | Yes | Yes |
| 154 | Dundee | --------N/A--------- | United Kingdom | Mother | No | Yes | Yes | Yes |
| 155 | Dundee | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 156 | Marcy | New York | United States | Sister | Yes | Yes | Yes | Yes |
| 157 | Kells | --------N/A--------- | Ireland | Brother | No | Yes | Yes | No |
| 158 | Woking | --------N/A--------- | United Kingdom | Sister | No | Yes | Yes | No |
| 159 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 160 | Peebles | --------N/A--------- | --------N/A--------- | NA - note as above | Yes | Yes | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 161 | Meriden | Connecticut | United States | Family friend, owner of suitcase she used | No | Yes | Yes | No |
| 162 | Fauldhouse | --------N/A--------- | United Kingdom | Cousin | Yes | Yes | Yes | Yes |
| 163 | Ellon | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 164 | Goxhill | --------N/A--------- | United Kingdom | Self | No | No | No | No |
| 165 | Ave Maria | Florida | United States | Sister | No | No | No | No |
| 166 | Portland | Oregon | United States | Birth mother | Yes | Yes | Yes | Yes |
| 167 | zeist | --------N/A--------- | Netherlands | I was the [redacted] Liaison Officer on site | Yes | Yes | No | No |
| 168 | Chirnside, Berwickshire | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 169 | London | --------N/A--------- | United Kingdom | Aunt | No | Yes | No | No |
| 170 | Edinburgh | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 171 | Middlesbrough | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 172 | Brampton | --------N/A--------- | United Kingdom | self | No | Yes | No | No |
| 173 | Brighton | --------N/A--------- | --------N/A--------- | Spouse | Yes | Yes | Yes | Yes |
| 174 | Edinburgh | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 175 | Hawick | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 176 | Whitehouse Station | New Jersey | United States | Step father | Yes | Yes | No | Yes |
| 177 | Airdrie | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 178 | Cochrane | --------N/A--------- | Canada | Self | No | Yes | Yes | No |
| 179 | Tiburon | California | --------N/A--------- | wife | No | No | No | No |
| 180 | Musselburgh | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | No |
| 181 | Valencia | California | --------N/A--------- | Sister | No | Yes | Yes | Yes |
| 182 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 183 | Gretna | Alaska | --------N/A--------- | Self | No | Yes | Yes | Yes |
| 184 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 185 | London | --------N/A--------- | United Kingdom | Sister | No | Yes | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 186 | Dumfries | --------N/A--------- | United Kingdom | self | No | Yes | No | No |
| 187 | Dolton | Illinois | United States | Brother | Yes | Yes | Yes | Yes |
| 188 | Stone Mountain | Georgia | United States | Sister | No | Yes | Yes | No |
| 189 | Perry Hall | Maryland | United States | Husband | Yes | Yes | Yes | No |
| 190 | Edinburgh | --------N/A--------- | United Kingdom | | No | Yes | Yes | Yes |
| 191 | Knoxville | Tennessee | United States | cousin | No | Yes | Yes | No |
| 192 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 193 | Broseley Wood | --------N/A--------- | United Kingdom | | No | No | No | No |
| 194 | Edinburgh | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 195 | Darnick | --------N/A--------- | United Kingdom | [redacted] was my flatmate, [redacted] was his fiance | No | No | Yes | No |
| 196 | East Lansing | Michigan | United States | Sister, sister-in-law, aunt, aunt | Yes | Yes | Yes | No |
| 197 | Stony Brook | New York | United States | Niece | Yes | Yes | Yes | No |
| 198 | Greensburg | Pennsylvania | United States | Mother | No | Yes | Yes | No |
| 199 | Birmingham | --------N/A--------- | --------N/A--------- | Auntie | Yes | Yes | Yes | Yes |
| 200 | Greensburg | Pennsylvania | United States | Father | Yes | Yes | Yes | No |
| 201 | Greensburg | Pennsylvania | United States | Father | Yes | Yes | Yes | No |
| 202 | Kingsbury | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 203 | DUMFRIES | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 204 | Eastriggs | --------N/A--------- | United Kingdom | | No | Yes | No | No |
| 205 | DUMFRIES | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 206 | Lockerbie | --------N/A--------- | United Kingdom | Father | No | Yes | Yes | No |
| 207 | Peabody | Massachusetts | United States | Father of [redacted] | Yes | Yes | No | Yes |
| 208 | Athens | Georgia | United States | Cousin | No | Yes | Yes | No |
| 209 | Rose Valley | Pennsylvania | United States | Sister | No | Yes | Yes | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 210 | Lockerbie | --------N/A--------- | --------N/A--------- | Self | No | Yes | No | No |
| 211 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 212 | Des Moines | Washington | United States | 2nd Cousin | No | Yes | Yes | Yes |
| 213 | Seattle | Washington | United States | Daughter in Law | Yes | Yes | Yes | Yes |
| 214 | Brighton | --------N/A--------- | --------N/A--------- | Spousr | Yes | Yes | Yes | Yes |
| 215 | San Rafael | California | United States | Daughter | No | Yes | Yes | No |
| 216 | Praha | --------N/A--------- | Czechia | She was my sister | No | Yes | No | No |
| 217 | Brooklyn | New York | United States | Daughter | Yes | Yes | Yes | Yes |
| 218 | Ballymena | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | No |
| 219 | Inverurie | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | Yes |
| 220 | Evanston | Illinois | United States | Brother | Yes | Yes | No | No |
| 221 | Glasgow | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 222 | Kings lynn | --------N/A--------- | United Kingdom | Uncle Aunt Counsin | Yes | Yes | Yes | Yes |
| 223 | Landenberg | Pennsylvania | --------N/A--------- | Sister | No | Yes | Yes | No |
| 224 | Dumbarton | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 225 | Weston-Super-Mare | --------N/A--------- | United Kingdom | self | Yes | Yes | Yes | Yes |
| 226 | Scottsdale | Arizona | United States | Son | No | Yes | Yes | No |
| 227 | Dumfries | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 228 | Sekirk | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 229 | Haddonfield | New Jersey | United States | Sister | No | Yes | Yes | Yes |
| 230 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 231 | Perthshire | --------N/A--------- | --------N/A--------- | Self | Yes | Yes | Yes | Yes |
| 232 | bridgewater | New Jersey | United States | brother | No | Yes | Yes | Yes |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 233 | DUMFRIES | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 234 | Pitlochry | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 235 | Dumfries | --------N/A--------- | --------N/A--------- | Self | No | No | No | Yes |
| 236 | Lincoln | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 237 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 238 | Edinburgh | --------N/A--------- | --------N/A--------- | Self | Yes | Yes | No | Yes |
| 239 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 240 | Thaxton | Virginia | United States | Self | Yes | Yes | Yes | Yes |
| 241 | Huntingdon | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 242 | Edinburgh | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 243 | MARCY | New York | United States | Daughter | No | Yes | Yes | No |
| 244 | Honolulu | Hawaii | United States | My stepdaughter | No | Yes | No | No |
| 245 | Honolulu | Hawaii | United States | My daughter, my only child | No | Yes | Yes | No |
| 246 | hove | --------N/A--------- | --------N/A--------- | | Yes | Yes | Yes | No |
| 247 | Maputo | --------N/A--------- | Mozambique | Self | No | Yes | No | Yes |
| 248 | Lockerbie | --------N/A--------- | United Kingdom | Aunt and uncle | No | Yes | Yes | No |
| 249 | Lockerbie | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 250 | Cherry Hill | New Jersey | United States | I am his Mother | Yes | Yes | Yes | Yes |
| 251 | Cherry Hill | New Jersey | United States | Father-Son | Yes | Yes | Yes | No |
| 252 | Derbyshire | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 253 | Hawick | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 254 | Motherwell | --------N/A--------- | --------N/A--------- | Self | Yes | Yes | Yes | Yes |
| 255 | Reidsville | North Carolina | United States | Self | No | Yes | Yes | No |
| 256 | Moffat Dumfriesshire | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | City | State | Country | Relationship to Victim | Q3 | Q4 | Q5 | Q6 |
| 257 | Summit | New Jersey | United States | Cousin | No | No | No | No |
| 258 | Swynerton | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 259 | Mt Juliet | Tennessee | United States | step-brother | No | No | Yes | No |
| 260 | Brooklyn | New York | United States | Nephew | Yes | Yes | No | Yes |
| 261 | BOSTON | Massachusetts | United States | Sister | Yes | Yes | Yes | Yes |
| 262 | Jamesville | New York | --------N/A--------- | [redacted] liaison to families & secretary for [redacted] | No | Yes | Yes | No |
| 263 | Dumfries Scotland | --------N/A--------- | --------N/A--------- | SELF | No | Yes | Yes | No |
| 264 | W BLOOMFIELD | Michigan | United States | Sister | Yes | Yes | Yes | Yes |
| 265 | Newcastle | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 266 | Westlake Village | California | United States | Nephew | No | Yes | No | No |
| 267 | Lee-on-the-Solent | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 268 | Doylestown | Pennsylvania | United States | Sister | No | Yes | Yes | No |
| 269 | Ann Arbor | Michigan | United States | Sister | No | Yes | No | No |
| 270 | Lockerbie | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 271 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 272 | MEMPHIS | Tennessee | United States | daughter | No | Yes | Yes | No |
| 273 | Seattle | Washington | United States | son | Yes | Yes | Yes | Yes |
| 274 | Kalamazoo | Michigan | United States | Sister | Yes | Yes | Yes | Yes |
| 275 | Chester | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | Yes |
| 276 | Oban | --------N/A--------- | United Kingdom | self | No | Yes | Yes | Yes |
| 277 | Greensburg | Pennsylvania | --------N/A--------- | brother | Yes | Yes | Yes | Yes |
| 278 | Greensburg | Pennsylvania | United States | daughter | No | Yes | Yes | No |
| 279 | wakefield | Massachusetts | United States | sister | | Yes | Yes | Yes |
| 280 | Birmingham | --------N/A--------- | United Kingdom | Auntie | Yes | Yes | Yes | Yes |
| 281 | Lockerbie | --------N/A--------- | --------N/A--------- | self | No | Yes | Yes | Yes |
| 282 | New York | New York | United States | Spouse | No | Yes | No | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | City | State | Country | Relationship to Victim | Q3 | Q4 | Q5 | Q6 |
| 283 | Edinburgh | --------N/A--------- | --------N/A--------- | [redacted] was my fathers neice. | No | Yes | Yes | Yes |
| 284 | Kirkland | Washington | United States | Step-daughter | Yes | Yes | Yes | Yes |
| 285 | Quincy | Massachusetts | United States | DAUGHTER | No | Yes | Yes | No |
| 286 | Chatham | New York | United States | Step brother | No | Yes | Yes | Yes |
| 287 | Darien | Connecticut | United States | Daughter of [redacted] | Yes | Yes | Yes | Yes |
| 288 | Darien | Connecticut | United States | Husband of his daughter ([redacted]r) | Yes | Yes | Yes | Yes |
| 289 | Sandhurst | --------N/A--------- | --------N/A--------- | [redacted] my Brother, [redacted] sister in law. Nieces | No | Yes | Yes | Yes |
| 290 | MANCHESTER | --------N/A--------- | United Kingdom | Cousin | No | Yes | No | No |
| 291 | Lucas | Texas | United States | Son | No | Yes | Yes | No |
| 292 | Montvale | New Jersey | United States | Wife | No | Yes | Yes | No |
| 293 | Pennsylvania Furnace | Pennsylvania | United States | Next of Kin (niece) | Yes | Yes | Yes | Yes |
| 294 | Strongsville | Ohio | United States | Best friend, best man at wedding, virtual brother | Yes | Yes | Yes | Yes |
| 295 | Kirkconnel | --------N/A--------- | --------N/A--------- | Self | Yes | Yes | Yes | Yes |
| 296 | Lockerbie | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | No |
| 297 | | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 298 | Columbia | South Carolina | United States | Wife | Yes | Yes | Yes | Yes |
| 299 | Columbia | South Carolina | United States | Wife | Yes | Yes | Yes | Yes |
| 300 | MA!laga | --------N/A--------- | Spain | Daughter | No | Yes | Yes | No |
| 301 | Stoke on Trent | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 302 | Jacksonville | Florida | --------N/A--------- | First cousin. My fathers nephew | Yes | Yes | Yes | No |
| 303 | Giffnock | --------N/A--------- | United Kingdom | Self | No | Yes | No | No |
| 304 | Dumfries | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 305 | Pembroke | Massachusetts | United States | My brother | No | Yes | Yes | Yes |
| 306 | Lochmaben | --------N/A--------- | United Kingdom | self | No | Yes | No | No |
| 307 | Wakefield | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | No |
| 308 | Oceanport | New Jersey | United States | Mother | No | Yes | Yes | No |
| 309 | Springfield | New Jersey | United States | First cousin once removed | No | Yes | Yes | No |
| 310 | Neptune | New Jersey | United States | sister | No | Yes | | No |
| 311 | Oceanport | New Jersey | United States | father | No | Yes | Yes | No |
| 312 | Pittsburgh | Pennsylvania | United States | son | No | Yes | Yes | No |
| 313 | Great Neck | New York | United States | spouse | Yes | Yes | Yes | Yes |
| 314 | Great Neck | New York | --------N/A--------- | SPOUSE | Yes | Yes | Yes | Yes |
| 315 | Wellesley | Massachusetts | United States | Sister | Yes | Yes | Yes | Yes |
| 316 | Abington | Massachusetts | United States | wife | Yes | Yes | Yes | |
| 317 | Sarasota | Florida | United States | Father, brother, sister | Yes | Yes | | Yes |
| 318 | Mount Laurel | New Jersey | United States | My uncle | No | Yes | Yes | No |
| 319 | Mount Laurel | New Jersey | United States | Brother in Law | No | Yes | Yes | Yes |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 320 | Mt. Laurel | New Jersey | United States | Sister | Yes | Yes | Yes | No |
| 321 | Dunfermline | --------N/A--------- | United Kingdom | Self | No | Yes | Yes | Yes |
| 322 | Dalbeattie | --------N/A--------- | United Kingdom | Self | Yes | Yes | Yes | Yes |
| 323 | Pittsburgh | Pennsylvania | United States | Child | Yes | Yes | No | Yes |
| 324 | Burghead | --------N/A--------- | United Kingdom | Self rescue team leader | | | No | No |
| 325 | Carlisle England | --------N/A--------- | --------N/A--------- | Self | No | Yes | Yes | Yes |
| 326 | Westland | Michigan | United States | sister | Yes | Yes | Yes | No |
| 327 | Westland | Michigan | United States | sister | Yes | Yes | Yes | No |
| 328 | Dumfries | Scotland | Scotland | | | | | |
| 329 | Lockerbie | Dumfries and Galloway | United Kingdom | | | | | |
| 330 | Lockerbie | Dumfries and Galloway | United Kingdom | | | | | |
| 331 | Lockerbie | Dumfries and Galloway | Scotland | | | | | |
| 332 | Jenkintown | PA | United States | Daughter | | | | |
| 333 | Dunnet | Caithness | Scotland | Cousin | | | | |
| 334 | Long Lake | MN | USA | Sibling | | | | |
| 335 | Brooklyn | NY | USA | Sibling | | | | |
| 336 | Santa Barbara | CA | United States | Daughter | | | | |
| 337 | Palm Beach Gardens | Florida | USA | Step-parent | | | | |
| 338 | Lockerbie | Dumfriesshire | Scotland | | | | | |
| 339 | Berkeley | CA | USA | Spouse | | | | |
| 340 | LOCKERBIE | Dumfries & Galloway | Scotland | | | | | |
| 341 | Hamburg | New York | United States | Niece/nephew | | | | |
| 342 | Templand, Lockerbie | Dumfriesshire, Scotland | Uk | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 343 | Moffat | Dumfries and Galloway | United Kingdom | Aunt | | | | |
| 344 | Wellesley | MA | USA | Parent | | | | |
| 345 | Sausalito | California | USA | Son | | | | |
| 346 | atlanta | ga | usa | Next-of-kin | | | | |
| 347 | Bluffdale | Utah | USA | Sibling | | | | |
| 348 | Dumfries | Scotland | Unitied Kingdom | | | | | |
| 349 | Lockerbie | Dumfriesshire | United Kingdom | | | | | |
| 350 | Chevy Chase | MD | USA | Sibling | | | | |
| 351 | Bethesda | Maryland | United States | Sibling | | | | |
| 352 | Aspen | CO | United States | Son | | | | |
| 353 | Marlton | NJ | USA | Sibling-in-law | | | | |
| 354 | Petaluma | CA | United States | Uncle | | | | |
| 355 | Pittsburgh | PA | USA | Spouse | | | | |
| 356 | Dumfries and galloway | Dumfrieshire | Scotland | Aunt | | | | |
| 357 | East Kilbride | Glasgow | Scotland | Niece/nephew | | | | |
| 358 | Walnut Creek | CA | United States | Niece/nephew | | | | |
| 359 | Denholm | Scottish Borders | United Kingdom | | | | | |
| 360 | Battle Creek | MICHIGAN | United States | Parent | | | | |
| 361 | Centennial | CO | United States | Sibling | | | | |
| 362 | Coral Gables | FL | United States | Sibling | | | | |
| 363 | Sarasota | Florida | USA | Parent | | | | |
| 364 | Sarasota | Florida | USA | Sibling | | | | |
| 365 | Eastover | SC | USA | FiancÃ©/fiancÃ©e | | | | |
| 366 | Wildwood | Missouri | USA | Spouse | | | | |
| 367 | Blairstown | New Jersey | USA | Daughter | | | | |
| 368 | Marlborough | Wiltshire | United Kingdom | Niece/nephew | | | | |
| 369 | Saratoga | Californa | United States of America | Grandparent | | | | |
| 370 | Saratoga | CA | United States | Grandparent | | | | |
| 371 | South Lyon | MI | United States | Niece/nephew | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | City | State | Country | Relationship to Victim | Q3 | Q4 | Q5 | Q6 |
| 372 | San Francisco | California | United States of America | Next-of-kin | | | | |
| 373 | Birmingham | West Midlands and | United Kingdom | Niece/nephew | | | | |
| 374 | Birmingham | West Midlands | United Kingdom | Niece/nephew | | | | |
| 375 | st.Andrews | fife | scotland | Guardian | | | | |
| 376 | Montauk | NY | United States | Parent | | | | |
| 377 | Quogue | NY | USA | Sibling | | | | |
| 378 | Peebles | Scotland | Scotland | | | | | |
| 379 | Lebanon | Ohio | United States | Sibling | | | | |
| 380 | Murrells Inlet | SC | USA | Sibling | | | | |
| 381 | Lockerbie | Dumfriesshire, Scotland | Scotland | | | | | |
| 382 | Dover | Kent | Great Britain - United Kingdom | Guardian | | | | |
| 383 | Stranraer | United Kingdom | Scotland | | | | | |
| 384 | Phoenix | AZ | United States | Daughter | | | | |
| 385 | lawrence | new york | United States | Son | | | | |
| 386 | Hamburg | NY | United States | Sibling | | | | |
| 387 | East Northport | NY | USA | Son | | | | |
| 388 | East Northport | NY | USA | Spouse | | | | |
| 389 | Lockerbie | Dumfriesshire | Scotland | | | | | |
| 390 | Rockville Crntrr | New York | USA | Sibling | | | | |
| 391 | Katonah | New York | United States of America | Parent | | | | |
| 392 | Suwanee | Georgia | Gwinnett | Spouse | | | | |
| 393 | WALTHAM | Massachusetts | United States | Sibling | | | | |
| 394 | Priory | St.Ann | Jamaica | Daughter | | | | |
| 395 | Chicopee | MA | United States | Sibling-in-law | | | | |
| 396 | Scotland | United Kingdom | United Kingdom | | | | | |
| 397 | Brooklyn | New York | US | Spouse | | | | |
| 398 | Brooklyn | NY | USA | Sibling | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **City** | **State** | **Country** | **Relationship to Victim** | **Q3** | **Q4** | **Q5** | **Q6** |
| 399 | Lockerbie | Dumfriesshire | United Kingdom | | | | | |
| 400 | Dayton | Ohio | USA | Spouse | | | | |
| 401 | Orange | California | United States | Sibling | | | | |
| 402 | Orange | California | United States | Daughter | | | | |
| 403 | VERO BEACH | Florida | United States | Cousin | | | | |
| 404 | Stamford | CT | USA | Parent | | | | |
| 405 | san francisco | CA | usa | Sibling | | | | |
| 406 | Carmel | CA | USA | Sibling | | | | |
| 407 | West Lebanon | New Hampshire | USA | Son | | | | |
| 408 | lockerbie | dumfries and galloway | scotland | | | | | |
| 409 | Remsen | NY | United States | Sibling | | | | |
| 410 | Chipping Campden | Gloucestershire UK | UK | Parent | | | | |
| 411 | Chipping Campden | Gloucestershire (UK) | United Kingdom | Parent | | | | |
| 412 | Clemmons | NC | USA | Sibling | | | | |
| 413 | Detroit | Michigan | United States | Sibling | | | | |
| 414 | Fairfax | CA | United States | Sibling | | | | |
| 415 | Mendocino | California | United States | Parent | | | | |
| 416 | Lockerbie | Dumfries and Galloway. | Scotland | | | | | |
| 417 | West Nyack | NY | United States | Parent | | | | |
| 418 | Fairfield | CT | USA | Sibling | | | | |