**EXHIBIT 1-4**

**Question Number 7:** **Medical/Physical Hardship Responses from Victims**

Do you have physical/medical hardships or limitations that would make it difficult for you to travel to/from a courthouse, embassy, or police station to watch a closed-circuit broadcast of the trial and/or other court proceedings?

Responses from the victims included:

"I am a solo parent of three children and paying for childcare for them to go view trial is not in my budget. Additionally, the added time off work to travel would be too much lost income."

**"I am being treated for stage 4 metastatic colon cancer at Memorial Sloan Kettering in NYC and cannot travel far from there or my home in New Jersey."**

"No, I can drive and walk. It would be nice though if I could watch [on] my TV or computer."

"No, but my wife is recovering from a lymphoma and other ailments."

"Work may make it difficult to travel. I also do not have a car, so travel outside of NYC would require additional cost."

"Travel is difficult for me due to my arthritis."

"I live in Honolulu, Hawaii and I am 89 years old." (Two family members)

**"Yes. I'm 91 years old. In September…2024…I will be 92. I'm disabled (wheelchair bound) and can no longer travel."**

"[No] "I use a rollator…"

"I have 2 young children (2 and 4 years old respectively), and would unlikely be able to secure child care during proceedings."

"I LIVE IN THE UK."

"I suffer from C-PTSD [Complex-PTSD] and have a hearing impairment."

"No, I do not have any physical or medical hardship."

"Stage 4 cancer, limited mobility."

"I intend to attend in person."

"50 miles travel too far."

"I have childcare/transportation responsibilities that would make it very difficult, and may not allow,

**EXHIBIT 1-4**

for me to travel to another location to watch a closed-circuit broadcast."

"No, due to work commitments."

**"Yes, we all have PTSD and shouldn't be forced to travel to a public location to view the trial we should be able to watch the trial and grieve privately from our homes regardless of our proximity to D.C."**

"Yes, I am totally bed-bound."

"It would be difficult."

"I have small children."