**EXHIBIT 1-5**

**<u>Question Number 8</u>:** **Logistical and/or Other Physical Difficulty Posing Problems of Travel to Hard Sites to Observe Court**

Do you have any reason to believe that you would be unable to physically travel to or from home to a courthouse, embassy, or police station to watch a closed-circuit television broadcast of the trial and/or other court proceedings if viewing were to be made available in that type of venue?

Responses include:

"Yes, my child is medically complex and the COVID risk for that child from an in-person viewing is too high."

"No, but virtual will mean not taking off work, so it will allow me to actually follow all of it, as opposed to only occasionally being able to attend. It's a massive difference for me."

"No, I don't have problems traveling but of course it would be much better for me to see it on my TV or computer."

Would need approval from work…"

I would be unable to travel."

"Travel is difficult for me due to my arthritis."

"I'm 89 and unable to travel. My husband…. will be 92…in September…He's disabled, and I'm his caregiver."

"Yes, my age and disabilities make travel impossible for me."

"Yes, unable because of time constraints and other commitments."

"Yes, I am physically/medically handicapped and can only drive distances less than 15 miles, round trip, daily."

"No I do not have physical problems, but I would prefer to be in person in the court in the states but if it is the only option to watch the trial here in the Netherlands then I accept that."

"I do not have a car."

"It's possible that we would not be able to travel based on age, ability and medical conditions at the time of the trial. Today, we can both walk, but a fall can change that ability in a second."

"Medical condition, but, if necessary, I would make the effort to travel."

"Yes, depending on the distance…but I can travel."

"I suffer from anxiety."

"I can travel but have Parkinson's disease and chronic pain from spinal degenerative disc disease which may limit how long…"

"Yes, unfortunately, due to assisting an RAF pathologist at the ice-rink changing room in a number of post-mortems, I have severe PTSD and would not be able to watch [the trial] in the company of others."

"Travel gets harder with age. It's possible we could not travel based on age, ability and medical condition dependent on where the closed-circuit viewing was available."

"I would not travel to a remote venue."

"I also would note that the ICC provided a live stream of video during their trial, and I was very happy to follow along two decades ago."

"I LIVE IN THE UK."

"I do not have a medical or physical hardship."

**"I have a young son and my wife and I are employed full time. I am unable to travel to a remote site so it is necessary for me to have online access. It would be difficult for me to attend the entire trial in person or every day in a remote location. I think it is important for the family of every victim to have remote access. I really can't leave my home for more than a couple of hours."**

"Not at this time."

"50 miles travel [would be] too far, have a child to collect from primary school."

"I have childcare/transportation responsibilities that would make it very difficult, and may not allow, for me to travel to another location to watch a closed-circuit broadcast."

"I do not wish to travel anywhere to watch a closed-circuit broadcast."

"Yes, I have little children…[difficult]"