UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-392 (DLF) |
| v. : | |
| : | |
| ABU AGILA MOHAMMAD : | |
| MAS'UD KHEIR AL-MARIMI : | |
| : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO HOLD COURT DEADLINES IN ABEYANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and respectfully requests that the Court (1) exclude time under the Speedy Trial Act through February 15, 2025, and (2) hold court deadlines in abeyance (*nunc pro tunc* to November 15, 2024) pending further updates from the parties. The defendant, by and through his attorneys, Whitney Minter and Todd Richman, Esqs. does not oppose this motion. In support of this motion, the parties state as follows:

By Minute Order dated September 18, 2024, the Court excluded time under the Speedy Trial Act through December 6, 2024, finding, among other things, that, given "the complex nature of the case, the amount of time required to adequately prepare for pretrial proceedings and for trial, *see* 18 U.S.C. 3161(h)(7)(B)(ii), the voluminous discovery, including evidence located in other countries, id. 3161(h)(8), and the need for the defense to determine how best to defend this case, . . . the 'ends of justice outweigh the best interest of the public and the defendant in a speedy trial.' 18 U.S.C. 3161(h)(7)(A)."

The nature of the case remains complex, and the voluminous discovery and evidence located in other countries requires additional time for the parties to prepare for trial, as previously

described.  Additionally, as noted in the defendant's motion to vacate deadlines, ECF 73, the government recently provided information to the defense that the defense believes it needs to investigate to litigate a forthcoming motion to suppress. Relatedly, due to the issue discussed in the parties' recent sealed filing, *see* ECF 74, 75, the parties are temporarily constrained in their ability to effectively prepare for upcoming filing deadlines.  Thus, the government requests that the Court continue to exclude time under the Speedy Trial Act through February 15, 2025, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

      Additionally, the parties request that all pending deadlines be held temporarily in abeyance. The parties hope that they will soon possess additional information that will enable them to propose an adjusted schedule for pretrial litigation.  The parties will promptly apprise the court of any developments bearing on their ability to propose such a schedule.

WHEREFORE, for the foregoing reasons, and any additional reasons as may be cited at a hearing on this motion, the parties request that this motion be GRANTED, and that the Court sign the attached proposed order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL  (D.C. Bar No. 500054)
CONOR MULROE (NY Bar Number 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530