**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

The Court has read and considered the United States' February 21, 2025, motion for clarification regarding (1) whether the Court will authorize United States and foreign government facilities as "designated secure viewing locations," (2) the platform by which video and audio of Court proceedings will be made available for both non-evidentiary and evidentiary proceedings; (3) whether the Court will permit proceedings to be made available on a time-delayed basis to victims who reside outside the Eastern time zone; and (4) whether closing arguments and the rendering of the jury's verdict are non-evidentiary proceedings that will be made available to duly identified and verified victims under safeguards required by the Court in the same manner as other, non-evidentiary proceedings. On [**DATE**] the Court provided the additional clarification requested.

It is ORDERED that the government's request for additional time is GRANTED, and that the government shall file a reasonable and specific implementation plan on or before [**DATE + 30 DAYS**]. The defendant does not oppose the additional time sought by the government.

________________________________
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE