UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-CR-392 (DLF) |
| : | |
| : | |
| ABU AGILA MOHAMMAD : | |
| MAS'UD KHEIR AL-MARIMI, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court upon the government's Motion to Vacate Trial Date, Request a Status Hearing, and Exclude Time under the Speedy Trial Act. Upon consideration of that motion, including the representations that the defense joins the government's requests to vacate the trial date and to set a status hearing, and that the defense does not oppose the government's motion exclude time under the Speedy Trial Act, it is hereby ordered that the government's motion is **GRANTED**. It is further

**ORDERED** that the current trial date of May 12, 2025, as well as the pretrial conference dates of April 23 and 24, 2025, are **VACATED.** It is further

**ORDERED** that the parties shall appear for a status conference in Courtroom 24A, on March 12, 2025, at 3:00 p.m. The defendant may appear virtually at this status conference. Because "the Court and the parties are still working to implement the Court's December 23, 2024, Order granting victim access to Court proceedings," the Court will adopt the government's recommendation and direct the government to "take all reasonable steps to apprise the victims of any unsealed portions of the in person hearing, to the extent that victims are not otherwise able to access the proceedings." Gov't Motion at 2, n.1, Dkt. 92.

1

Based on the representations set forth in the parties' motion, as well as the parties' previous representations about the complexity of the case, the Court finds that, given the complex nature of the case, the amount of time required to adequately prepare for pretrial proceedings and for trial, see 18 U.S.C. § 3161(h)(7)(B)(ii), the voluminous discovery, including evidence located in other countries, 18 U.S.C. § 3161(h)(8), and the need for the defense to determine how best to defend this case, that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). It is further

**ORDERED** that the time period from February 27, 2025 through March 12, 2025, shall be excluded from Speedy Trial Act computations in this case.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE