**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' REQUEST FOR A ONE-DAY CONTINUANCE FOR FILING ITS IMPLEMENTATION PROPOSAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits a request for a one-day continuance – from Sunday, April 6, to Monday, April 7 – to file the Government's implementation proposal for providing access to pretrial and evidentiary proceedings to the victims pursuant to Public Law 118-37, 138 STAT. 11 STAT (2024) ("*Remote Access to Court Proceedings for Victims of the 1988 Bombing of Pan Am Flight 103 Over Lockerbie, Scotland,*" hereinafter, "the Act").

The Court has ordered that the government file its proposal on or before Sunday, April 6, 2025,[1] which is not a typical government workday. The government respectfully asks this Court to extend the filing deadline to Monday, April 7, 2025, a government workday.

Undersigned counsel conferred with Whitney Minter and Todd Richman, Esqs., counsel for the defendant, and Ms. Minter informed undersigned counsel that the defense does not oppose this one-day continuance.

[1] The Court originally required the government to provide its proposal on or before February 21, 2025, however, the government sought clarification (Doc. 89) from the Court concerning key aspects of the Court's intent regarding its December 23, 2024, ruling (Doc. 83). The Court's response on March 6, 2025 (Doc. 95) enabled the government to craft its April 6, 2025, proposal.

WHEREFORE, for the foregoing reasons, the parties request that this motion be GRANTED, and that the Court sign the attached proposed order.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

***/s/ JEROME J. TERESINSKI***
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(216) 622-3658 | (216) 633-1961
Jerome.Teresinski2@usdoj.gov