**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court upon the government's Unopposed Motion for a one-day continuance to file its implementation proposal for victim access to pretrial and evidentiary proceedings in this matter. Upon consideration of the government's motion, it is hereby ordered that the government's motion is **GRANTED**. It is further

**ORDERED** that the government shall file its victim implementation proposal on or before **Monday, April 7, 2025.**

**SO ORDERED.**

____________________________________
**DABNEY L. FRIEDRICH**
**UNITED STATES DISTRICT COURT JUDGE**