+

uscourts.gov/courtlist.html




**Division/Location:** Boston

**Date:** Monday, April 7, 2025

**Judge:** Select a judge

**You are able to register for hearings 2 days in advance. Please return back to this page if you wish to sign up for a hearing occurring at a later date.**

Registrants: It is your responsibility to check back to see if a hearing has been rescheduled or cancelled. Please check PACER for the latest on case updates and scheduling.

**Search:**

[redacted]

Search

Need assistance? Email media@mad.uscourts.gov for general information. For specific information regarding an on-line hearing, select REGISTER HERE next to the hearing you would like to register for. Then select the judge that has the hearing from the drop down Contact Information section. This will redirect you to the contact information page for each individual judge's staff.

Last Updated Monday, April 07, 2025 12:28 PM ET

| **Calendar - Monday, April 7, 2025** | | | |
|---|---|---|---|
| **Magistrate Judge M. Page Kelley - Remote Proceeding Only : Boston** | | | |
| **11:45 AM** | | | |
| 1:25-CR-[redacted] | | Arraignment | Register here |
| United States [redacted] | v. | [redacted] | |