mad.uscourts.gov/seating-signup.html?id=1%3A25-cr-10109-FDS-1MPKKelley04%2F07%2F202511%3A45%20AM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Request for Courtroom Seating/Audio Access

**Magistrate Judge [redacted]**

**Monday, April 7, 2025 at 11:45 AM**

| | | |
|---|---|---|
| 1:25-CR-[redacted] | | Arraignment |
| United States [redacted] | v. | [redacted] |

**Name of Requester:** [redacted]

**Email Address:** [redacted]@usdoj.gov

**Sign-up Type:** ○ Press ○ Public

**Telephone number:** (202) 252-[redacted]

**IMPORTANT - PLEASE READ:** To gain audio access to the hearing, the telephone number you call in on must be the same number you have submitted to us above.

## NOTE

**The access information you will receive is not to be forwarded or distributed out to any other parties.**

We direct you to **Local Rule 83.3(a)** regarding photographing, recording, and broadcasting of proceedings, which still applies to teleconference proceedings. Local Rule 83.3(a) provides:

"**Photographing, Recording, and Broadcasting Generally Prohibited.** Except as specifically provided in these rules or by order of the court, no person shall take any photograph, make any recording, or make any broadcast by radio, television, or other means,

mad.uscourts.gov/seating-signup.html?id=1%3A25-cr-10109-FDS-1MPKKelley04%2F07%2F202511%3A45%20AM

**Email Address:** [redacted]@usdoj.gov

**Sign-up Type:** ○ Press ○ Public

**Telephone number:** (202) 252-[redacted]

**IMPORTANT - PLEASE READ:** To gain audio access to the hearing, the telephone number you call in on must be the same number you have submitted to us above.

## NOTE

**The access information you will receive is not to be forwarded or distributed out to any other parties.**

We direct you to **Local Rule 83.3(a)** regarding photographing, recording, and broadcasting of proceedings, which still applies to teleconference proceedings. Local Rule 83.3(a) provides:

"**Photographing, Recording, and Broadcasting Generally Prohibited.** Except as specifically provided in these rules or by order of the court, no person shall take any photograph, make any recording, or make any broadcast by radio, television, or other means, in the course of or in connection with any proceedings in this court, on any floor of any building on which proceedings of this court are or, in the regular course of the business of the court, may be held."

**Violations of this rule may result in the suspension or revocation of the media credentials of an individual or media organization and the imposition of other sanctions upon court order.**

For questions, please contact the session. Use the dropdown below to select the judge and view their session contact information.

Select for contact information

☑ I acknowledge and understand

You must check the box above acknowledging that you have read and understand the note.

✓ I'm not a robot — reCAPTCHA Privacy - Terms

Submit Reset