eatingSignUp.pl

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**Request for Courtroom Seating Access**

**Your form has been successfully submitted. NOTE: You will receive a confirmation email with access information on the morning of the hearing (7:30 AM). If you are registering for a same-day hearing, you will receive a confirmation email with access info within 15 minutes. Before contacting the Court, please check your SPAM or JUNK email folders. The following request entry was received:**

| | |
|---|---|
| Name of Requester: | [redacted] |
| Date: | 04/07/2025 at 11:45 AM - before [redacted] |
| Email: | [redacted]@usdoj.gov |
| Sign-up Type: | Public |
| Telephone Number: | (202) 252-[redacted] |

**NOTE**

**The access information you will receive is not to be forwarded or distributed out to any other parties.**

We direct you to **Local Rule 83.3(a)** regarding photographing, recording, and broadcasting of proceedings, which still applies to teleconference proceedings. Local Rule 83.3(a) provides:

"**Photographing, Recording, and Broadcasting Generally Prohibited.** Except as specifically provided in these rules or by order of the court, no person shall take any photograph, make any recording, or make any broadcast by radio, television, or other means, in the course of or in connection with any proceedings in this court, on any floor of any building on which proceedings of this court are or, in the regular course of the business of the court, may be held."

**Violations of this rule may result in the suspension or revocation of the media credentials of an individual or media organization and the imposition of other sanctions upon court order.**

We will work to accommodate day-of requests, but urge you to sign up at least a day in advance of the proceeding.

Contact media@mad.uscourts.gov with any questions.