**EXHIBIT B-1 – EXAMPLE SCOTLAND FIXED SITE VIEWING ROOM**



