# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 22-cr-392 (DLF)** |
| v. : | |
| : | |
| **ABU AGILA MOHAMMAD** : | |
| **MAS'UD KHEIR AL-MARIMI** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files this notice on the docket attaching a partially redacted version of a Joint Update to the Court and Unopposed Motion to Continue Status Conference. The unredacted version of the joint update and motion was filed under seal at ECF 104 on May 2, 2025, and the Court granted the motion to continue by Minute Order dated May 5, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866


*/s/ Erik Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar Number 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

2