UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 22-cr-392 (DLF) |
| v. | : | |
| | : | |
| ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JOINT UPDATE TO THE COURT AND UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the status conference presently set for May 8, 2025, to May 15, 2025, if that date is available for the Court. In support of this motion, the government states as follows:

On April 8, 2025, the Court held a status conference, where the defendant's health was discussed. The Court directed the U.S. Marshals Service (USMS) to file an update regarding the defendant's health by April 29, 2025. *See* Minute Order dated April 8, 2025. The Court directed the government and defense to file a joint status report under seal, on or before May 2, 2025, addressing whether the May 8, 2025, status conference is necessary. *See* Minute Order dated April 8, 2025. USMS provided an update to the Court on April 29, 2025, with an additional update on May 1, 2025.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

███████████████████████████████████████████████████

███████████████████████████████████

Accordingly, the government proposes vacating the status conference presently scheduled for May 8, 2025, and rescheduling it for May 14, 2025, if that date is convenient for the Court. The parties submit that it would be useful to have a representative of USMS available at that hearing. The parties are also available in the afternoon on that date, but would prefer a morning hearing if possible.

Undersigned counsel have conferred with Whitney Minter and Todd Richman, Esqs., counsel for the defendant, and Ms. Minter informed undersigned counsel that the defense does not oppose continuing the presently scheduled status conference until May 14, 2025.

WHEREFORE, for the foregoing reasons, and any additional reasons as may be cited at a hearing on this motion, the government requests that this motion be GRANTED, and that the Court sign the attached proposed order.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866


*/s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar Number 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served via email on Whitney Minter and Todd Richman, counsel for defendant, on this the 2nd day of May, 2025.

                                                     */s/ Erik M. Kenerson*
                                                     Erik M. Kenerson
                                                     Assistant United States Attorney