# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,<br><br>*Defendant.* | No. 22-cr-392 (DLF) |

## PRETRIAL ORDER

In order to administer the trial of the above-captioned criminal case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in this case in the most efficient manner, it is hereby ORDERED that counsel will comply with each of the following procedures and requirements.

1. Trial is scheduled to commence on **April 20, 2026, at 9:00 a.m.** in Courtroom 24A. The following deadlines shall govern pretrial proceedings.

2. The Court is aware that it is entering this order approximately 10 months before trial is scheduled to begin. The dates in this order may need to be modified. To the extent either party believes, after entry of this order, that it will be unable to meet one of the deadlines within, the parties are ordered to meet and confer and to propose a joint modification, if possible. If the parties are unable to reach agreement, they shall file a joint status report that reflects their respective positions.

3. By July 17, 2025, the government shall file any motion regarding discovery of materials as it relates to the defendant's anticipated motion to suppress statement(s). The defendant

shall file his opposition thereto no later than July 31, 2025, and the government shall file any reply no later than July August 7, 2025.

4. The parties shall file any initial motions to conduct depositions pursuant to Fed. R. Crim. P. 15 no later than July 17, 2025. Any oppositions to those motions shall be filed no later than July 31, 2025, and any replies shall be filed no later than August 7, 2025.

5. No later than September 4, 2025, the defendant shall file any motions to suppress statement(s). The government shall file its opposition thereto no later than September 18, 2025, and the defendant shall file any reply no later than September 25, 2025.

6. No later than September 4, 2025, the parties shall file any motions in limine on major questions of admissibility, the resolution of which would materially affect the parties' preparations for trial.[1] These may include motions to admit evidence under Fed. R. Evid. 404(b), motions to authenticate exhibits, and motions to admit documents under exceptions to the rule against hearsay. If either party includes in their motion a request to introduce records pursuant to 18 U.S.C. § 3505, such a motion shall constitute notice as defined in that statute. Oppositions shall be filed no later than September 18, 2025, and any replies shall be filed by no later than three September 25, 2025.

7. As of the date of this order, the government has filed four motions pursuant to Section 4 of the Classified Information Procedures Act (CIPA). The government shall file an additional CIPA Section 4 motion no later than November 20, 2025. The government shall file another additional CIPA Section 4 motion no later than February 26, 2026.

8. No later than September 16, 2025, the government shall file a proposed schedule for any additional CIPA Section 4 motions not covered in paragraph 7 of this Order.

---

[1] The parties will have an opportunity to file additional motions *in limine* closer to trial.

9. No later than October 3, 2025, the defense shall file any motions related to the expert testimony of Allen Feraday. The government shall file its opposition thereto no later than October 17, 2025. The defendant shall file any reply no later than October 24, 2025.

10. Each party shall make expert disclosures to the opposing party pursuant to Fed. R. Crim. P. 16 for experts it reasonably expects it may seek to call in its case-in-chief by October 8, 2025. The parties will make reciprocal expert disclosures for any experts they may seek to call in response to those initial disclosures no later than December 10, 2025. By January 22, 2026, the government shall make any required expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) to rebut experts noticed by the defendant between October 8 and December 10, 2025.

11. The Defendant shall provide any notice required by Fed. R. Crim. P. 12.1, 12.2, or 12.3 by November 5, 2025.

12. No later than November 13, 2025, the parties shall file an additional proposed scheduling order for any remaining litigation and a proposed pretrial conference date.

13. The Parties shall file any motions to dismiss the indictment or counts therein, motions to challenge venue, or other dispositive motions, if any, by December 18, 2025; oppositions shall be filed by January 8, 2026; and replies shall be filed by January 15, 2026.

*Dabney L. Friedrich*
DABNEY L. FRIEDRICH
United States District Judge