## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATUS REPORT REGARDING THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant by and through undersigned Defense Counsel, hereby respectfully inform the Court of the parties' position on the Speedy Trial Act, 18 U.S.C. § 3161, pursuant to the Court's Minute Order dated August 20, 2025.

The parties agree that time should be excluded under the ends-of-justice provision, because the ends of justice served by that delay outweigh the best interest of the public and the defendant in a speedy trial, for the reasons the Court has previously stated on the record in this complex case. *See* § 3161(h)(7)(A) & (B).  In light of the Court's prior rulings and the existing trial date, the defense does not oppose excluding the time from now until April 20, 2026, from the speedy trial calculation.  Should Mr. Al-Marimi have any objection to this time being excluded from the speedy trial calculation, he will note his objection, through counsel, no later than September 2, 2025.[1]

---

[1] Due to scheduling constraints of counsel and the necessary interpreter, counsel is unable to meet directly with the defendant prior to the Court's August 26, 2025, deadline.

Therefore, the parties ask the Court to find that the ends of justice justify excluding time through April 20, 2026, as described in the previous paragraph.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

*/s/ Whitney C. Minter*
WHITNEY C. MINTER (VA Bar No. 47193)
TODD RICHMAN (VA Bar No. 41834)
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Whitney_minter@fd.org
(703) 600-0800 (main line)

*/s/ Brittany Keil*
BRITTANY KEIL  (D.C. Bar No. 500054)
ERIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY Bar No. 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530