IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No. 22CR392 (DLF) |
| | ) |
| ABU AGILA MOHAMMAD | ) |
| MAS'UD KHEIR AL-MARIAMI | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO COURT ORDER**

COMES NOW the defendant, by counsel, Whitney E.C. Minter and Todd M. Richman, Assistant Federal Public Defenders, and submits the following in response to this Court's August 26, 2025, Minute Order.

After consultation with counsel, Mr. Al-Marimi hereby informs the Court that he consents to exclude time under the Speedy Trial Act until April 20, 2026.

Respectfully submitted,

By Counsel,

Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Todd M. Richman
Va. Bar #41834
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defenders
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia    22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

1