UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,<br><br>      *Defendant.* | No. 22-cr-392 (DLF) |

**PROPOSAL REGARDING CIPA SCHEDULE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court as follows:

Pursuant to the Amended Pretrial Scheduling Order, ECF 117, entered on June 27, 2025, the government is due to file CIPA Section 4 motions on November 20, 2025, and February 26, 2026. The Scheduling Order directed the government to "file a proposed schedule for any additional CIPA Section 4 motions" by today's date. ECF 117 at 2.

Based on its current expectations for the upcoming CIPA filings, the government anticipates that the only CIPA Section 4 motion(s) remaining to be filed after February of 2026 will relate solely to Jencks Act material for the government's trial witnesses. The government therefore intends to propose a date for any such CIPA Section 4 motion(s) or before November 13, 2025, as part of the "additional proposed scheduling order for any remaining litigation and a proposed pretrial conference date." ECF 117 at 3.

WHEREFORE the government respectfully requests that the Court set no additional CIPA Section 4 motion deadlines at this time.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

*/s/ Brittany Keil*
BRITTANY KEIL  (D.C. Bar No. 500054)
ERIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY Bar No. 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530