UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 22-cr-392 (DLF) |
| | ) | |
| ABU AGILA MOHAMMAD | ) | |
| MAS'UD KHEIR AL-MARIMI, | ) | |
| Defendant. | ) | |

## Notice of Appearance

Laura J. Koenig, Assistant Federal Public Defender, hereby notes her appearance in this case on behalf of Mr. Al-Marimi.

Respectfully submitted,

By: _____/s/_____
Laura Koenig
Va. Bar # 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
(804) 565-0881
(804) 648-5033 (fax)
laura_koenig@fd.org