IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.                                                          ) | Case No. 22CR392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD              ) | |
| MAS'UD KHEIR AL-MARIMI,        ) | |
| Defendant.                             ) | |

### MR. AL-MARIMI'S MOTION TO CONTINUE TRIAL

COMES NOW Mr. Al-Marimi, by counsel, Laura Koenig, Whitney E.C. Minter, and Brooke Sealy Rupert, Assistant Federal Public Defenders, and moves this Honorable Court to continue the current trial date in this case.

In support of this Motion, defendant states as follows:

1. Mr. Al-Marimi was originally arrested and brought before this Court in December of 2022. Since that time, defense counsel has worked diligently on the case, while managing Mr. Al-Marimi's health issues, his incarceration in country that is foreign to him, and reviewing the tremendous amount of discovery

2. The Office of the Federal Public Defender (OFPD) originally staffed this case with two attorneys, two investigators, and an OFPD paralegal, as well as an outside paralegal to help catalog the discovery in the case.

3. However, as noted in a previous filing, an attorney on the defense team – who has represented Mr. Al-Marimi since the inception of this case –

1

      recently became aware of a conflict that required him to withdraw from the case.

4.   To address the loss of one defense counsel, the Office of the Federal Public Defender has assigned two additional attorneys to represent Mr. Al-Marimi, but these attorneys have not previously been involved in the case. New counsel have endeavored to reduce their caseload of existing cases and are actively working to become familiar with the facts of the case and the pending legal issues. In the past few weeks, however, it has become clear that it is not possible for Mr. Al-Marimi's new attorneys to become sufficiently versed in the case before the current trial date, given the numerous filing deadlines in the coming weeks and months and the voluminous discovery in this matter.

5.   The existing discovery in this case has come in the form of 10 productions, totaling over 356 gigabytes of data and consisting of over 413,000 separate files. The discovery includes expert evidence regarding DNA, finger and palm prints, explosives, facial recognition, and handwriting analyses; voluminous documents in multiple foreign languages; thousands of pages of prior trial transcripts; and documentation of a sprawling 37-year investigation. While some portion of the information in discovery is duplicative, it remains a very document-intensive case. This case stands in contrast to a modern-day case with voluminous discovery, where large swaths of the information

might be the result of computer or phone searches and easily searchable or excluded from review. Here, every portion of the discovery is relevant to the case and requires examination.

6. Newly-assigned counsel might very well be able to review the entirety of the discovery in the coming months, were that the only trial preparation necessary. But, as the Court is aware, there exists a continuous schedule of pleadings, as well as case-related travel, and days-long pretrial hearings through the end of this year. Notably, the existing schedule does not include nearly all the filings that will need to be accomplished before trial and may not include all the necessary travel.[1] Nor does it include hearings for several of the motions that have already been filed.

7. Given these scheduling challenges, counsel for Mr. Al-Marimi cannot become familiar with the facts and evidence in the case, while simultaneously managing the upcoming filing deadlines and trial-related hearings and other matters.

8. Mr. Al-Marimi is anxious for his trial to begin, but understands the challenges that his current attorneys face. After consultation with counsel, he consents to a reasonable continuance of the trial date.

9. Accordingly, counsel for Mr. Al-Marimi seeks the briefest continuance

---

1  As the Court is also aware, there is also one existing Rule 15 deposition that remains to be scheduled, due to challenges with the host government's schedule.

that will permit counsel to be fully prepared to effectively represent Mr. Al-Marimi at trial and fulfill all ethical obligations to provide zealous representation.

10. A proposed order is attached.

For all of the foregoing reasons, the defendant respectfully requests that the Court order, after consultation with the parties on a suitable date, that the trial in this case be continued to provide defense counsel sufficient time to prepare.

                                                Respectfully submitted
By Counsel,
Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia    22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia   23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)