## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 22CR392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| **Defendant.** | ) | |

## <u>ORDER CONTINUING TRIAL</u>

Upon consideration of Defendant's Motion to Continue Trial, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that trial in this matter will begin on

_____.

Date: October _____, 2025.