UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| v. | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jocelyn Ballantine is assigned to the case. Jocelyn Ballantine can be contacted at telephone number (202) 252-7252 and/or email address Jocelyn.Ballantine2@usdoj.gov. This is her notice of appearance in this matter on behalf of the United States.

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By: *Jocelyn Ballantine*
JOCELYN BALLANTINE
CA Bar No. 208267
Assistant United States Attorney
601 D Street N.W., 5-102
Washington, D.C. 20530