UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| v. | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### JOINT STATUS REPORT REGARDING SCHEDUILNG OF RULE 15 DEPOSITION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant by and through undersigned Defense Counsel, hereby propose that the third Rule 15 deposition in the case take place during the week of February 23, 2026, if that date is convenient for the Court.  Should the government learn that the witness is not available during the week of February 23, 2026, it will notify the defense, and the parties may seek to reschedule the deposition.

\*     \*     \*

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/ Whitney E.C. Minter* | */s/ Erik M. Kenerson* |
| WHITNEY E.C. MINTER (VA Bar No. 47193) | ERIK M. KENERSON (OH Bar No. 82960) |
| BROOKE S. RUPERT (VA Bar No. 79729) | BRITTANY KEIL (D.C. Bar No. 500054) |
| Assistant Federal Public Defenders | CONOR MULROE (NY Bar No. 5289640) |
| Office of the Federal Public Defender | Assistant United States Attorneys |
| 1650 King Street, Suite 500 | JEROME J. TERESINSKI (PA Bar No. 66235) |
| Alexandria, Virginia 22314 | Special Assistant United States Attorney |
| Whitney_Minter@fd.org | National Security Section |
| (703) 600-0800 (telephone) | United States Attorney's Office |
| | 601 D Street NW |
| LAURA KOENIG (Va. Bar No. 86840) | Washington, D.C. 20530 |
| Assistant Federal Public Defender | (202) 252-7201 |
| Attorney for Mr. Al-Marimi | Erik.Kenerson@usdoj.gov |
| 701 E. Broad Street, Suite 3600 | |
| Richmond, Virginia  23219 | KATHLEEN CAMPBELL (MD Bar No. 9812170031) |
| (804) 343-0800 (telephone) | JENNIFER BURKE (MD Bar No. 9706250061) |
| (804) 648-5033 (facsimile) | Trial Attorneys |
| Laura_Koenig@fd.org (email) | Counter Terrorism Section |
| | National Security Division |
| | 950 Pennsylvania Avenue NW |
| | Washington, D.C. 20530 |