IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:22CR392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD ) | |
| MAS'UD KHEIR AL-MARIMI, ) | |
| Defendant. ) | |

## MR. AL-MARIMI'S NOTICE OF NO OBJECTION TO GOVERNMENT'S SEALING MOTION IN ECF NO. 208

Abu Agila Al-Marimi, through counsel, notifies the Court that the defense has no objection to the government's Motion to Seal Unredacted Response to Defendant's Motion in ECF No. 208 for the reasons stated in the government's motion in ECF No. 208.

Respectfully submitted
By Counsel,
Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorneys for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia   22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

Laura Koenig

1

                                                   Va. Bar #86840
                                                   Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia   23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)