UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-392 (DLF) |
| | : | |
| ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S STATUS REPORT REGARDING WITNESS AVAILABILITY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report with an estimate for when it will be able to provide the Court a substantive update about its potential witness availability between July 15 and September 30, 2026. After consultation with law enforcement partners, the government expects to be able to file that update by December 3, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Erik M. Kenerson*
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar No. 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
601 D Street NW, Washington, D.C. 20530
(202) 252-7201 // Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys, Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW, Washington, D.C. 20530