UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-392 (DLF) |
| | : | |
| **ABU AGILA MOHAMMAD** | : | **UNDER SEAL** |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S MOTION TO SEAL
GOVERNMENT'S PLEADING REGARDING
RULE 15 AND VIDEO TESTIMONY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to seal its Pleading Regarding Rule 15 and Video Testimony. The document pertains to matters, including depositions, that the Court has already ruled are properly sealed.

The government will file a redacted version of the document to the public docket after conferring with the defense about redactions.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court issue an order to seal the document until further order of this Court.

                                  Respectfully submitted,
                                  JEANINE FERRIS PIRRO
                                  UNITED STATES ATTORNEY

By:    */s/ Conor Mulroe*
            CONOR MULROE (NY Bar No. 5289640)
            ERIK M. KENERSON (OH Bar No. 82960)
            BRITTANY KEIL (D.C. Bar No. 500054)
            Assistant United States Attorneys
            JEROME J. TERESINSKI (PA Bar No. 66235)
            Special Assistant United States Attorney
            601 D Street NW, Washington, D.C. 20530
            (202) 740-4595 // Conor.Mulroe@usdoj.gov

            KATHLEEN CAMPBELL (MD Bar No. 9812170031)
            JENNIFER BURKE (MD Bar No. 9706250061)
            Trial Attorneys, Counter Terrorism Section
            National Security Division
            950 Pennsylvania Avenue NW, Washington, D.C. 20530

I hereby certify that on this the 29th day of January, 2026, I will cause a copy of this pleading and associated documents to be served on counsel for the defendant via email.

                                  */s/ Conor Mulroe*
                                  Conor Mulroe
                                  Assistant United States Attorney