UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ABU AGILA MOHAMMAD** ) | No. 1:22-cr-392 (DLF) |
| **MAS'UD KHEIR AL-MARIMI,** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR LEAVE TO FILE MR. AL-MARIMI'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION IN LIMINE REGARDING RULE 15 DEPOSITION TESTIMONY UNDER SEAL**

The defendant, Abu Agila Mohammad Mas'ud Kheir Al-Marimi, through undersigned counsel and with no objection from the government, respectfully moves this Court for permission to file his Reply to the Government's Response to His Motion in Limine Regarding Rule 15 Deposition Testimony under seal because the brief relates to anticipated Rule 15 deposition testimony, which is a subject that remains under seal.

The Court has the inherent power to seal materials submitted to it. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

1

Because all briefing of the Rule 15 deposition testimony at issue remains under seal, counsel moves to file Mr. Al-Marimi's Reply to the Government's Response to His Motion in Limine Regarding Rule 15 Deposition Testimony under seal. Furthermore, undersigned counsel has discussed this sealing request with the government. The government has indicated that it does not oppose this sealing request.

Respectfully submitted,

ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI

By: _____/s/_____
Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorneys for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (telephone)
(703) 600-0880 (facsimile)
whitney_minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
laura_koenig@fd.org (email)