UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-392 (DLF) |
| | : | |
| **ABU AGILA MOHAMMAD** | : | **UNDER SEAL** |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL
GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY TO
DEFENDANT'S RESPONSE TO GOVERNMENT'S
NOTICE OF FILING SUPPLEMENTAL EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to seal its motion for leave to file reply to defendant's response to government's notice of filing supplemental exhibits. The document pertains to a matter that the Court has already ruled is properly sealed. The defense does not oppose sealing.

\* \* \*

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court issue an order to seal the document until further order of this Court.

                                        Respectfully submitted,
                                        JEANINE FERRIS PIRRO
                                        UNITED STATES ATTORNEY

By:    */s/ Conor Mulroe*
           CONOR MULROE (NY Bar No. 5289640)
           ERIK M. KENERSON (OH Bar No. 82960)
           BRITTANY KEIL (D.C. Bar No. 500054)
           Assistant United States Attorneys
           JEROME J. TERESINSKI (PA Bar No. 66235)
           Special Assistant United States Attorney
           601 D Street NW, Washington, D.C. 20530
           (202) 740-4595 // Conor.Mulroe@usdoj.gov

           KATHLEEN CAMPBELL (MD Bar No. 9812170031)
           JENNIFER BURKE (MD Bar No. 9706250061)
           Trial Attorneys, Counter Terrorism Section
           National Security Division
           950 Pennsylvania Avenue NW, Washington, D.C. 20530

I hereby certify that on this the 3rd day of February, 2026, I will cause a copy of this pleading and associated documents to be served on counsel for the defendant via email.

                                        */s/ Conor Mulroe*
                                        Conor Mulroe
                                        Assistant United States Attorney