Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 701 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 702 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 703 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 704 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 705 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 706 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 707 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 708 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 709 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 710 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 711 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 712 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 713 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 714 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 715 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 716 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 717 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 718 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 801 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 802 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 803 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Needs more explanation before finding that it is a business record |
| 804 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 805 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 806 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 807 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 808 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 809 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 810 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 811 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (certification notes document "appears to be" a duplicate), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 812 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 813 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 814 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient documenta nd residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 815 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 816 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 817 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 818 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 819 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 820 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification (witness checked 3 of 4 legal requirements in certification), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 821 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 822 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 823 | Malta | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 38 - Provisionally admissible as business record |
| 903 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 40 - Provisionally admissible as business record |
| 904 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 40 - Provisionally admissible as business record |
| 905 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, not a business record, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 40 - Provisionally admissible as business record |
| 906 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 40 - Provisionally admissible as business record |
| 907 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 40 - Provisionally admissible as business record |
| 908 | Czech | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, not a business record, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 - Needs evidence that hotel routinely retained letters |
| 1004 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1005 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1006 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1007 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1008 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1009 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, double hearsay (withdrawn ECF 229), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record (with police report removed) |
| 1011 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1012 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1013 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, double hearsay, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally excluded for double hearsay; tr. 52 - reserved ruling on ancient docs pending add'l briefing |
| 1014 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1015 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1016 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1017 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1018 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1019 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1020 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1022 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1024 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, double hearsay, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally excluded for double hearsay; tr. 52 - reserved ruling on ancient docs pending add'l briefing |
| 1026 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 42 - Provisionally admissible as business record |
| 1028 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |
| 1031 | Frankfurt | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 41 - Provisionally admissible as business record |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1101 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1102 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1103 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1104 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1105 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1106 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1107 | Heathrow | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 43 - Provisionally admissible as business record |
| 1301 | Japan | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, not a business record (withdrawn ECF 255), lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 47 - Provisionally admissible as business record (subject to government providing translated certificate) |
| 1302 | Japan | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 47 - Provisionally admissible as business record (subject to government providing translated certificate) |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1303 | Japan | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 47 - Provisionally admissible as business record (subject to government providing translated certificate) |
| 1403 | Senegal | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, blank evidence tag, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1513 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1514 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |
| 1515 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |
| 1519 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1520 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |
| 1525 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1526 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1529 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1530 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |
| 1531 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |
| 1533 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate  lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1534 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1537 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1539 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1541 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |
| 1546 | Switzerland | ECF148: 3505 [withdrawn], ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | [certified document argument withdrawn; ruling reserved on Ancient Documents and Residual Exception] |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1549 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1550 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1551 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1558 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1559 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1573 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1574 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1575 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1576 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks original certificate, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |

Gov'ts Motion to Admit Foreign Records - Status after 1/12/26 ruling

| No. | Series | Gov't argued basis for admission | Defense objections | Result |
|---|---|---|---|---|
| 1577 | Switzerland | ECF148: public records, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov |
| 1579 | Switzerland | ECF148: 3505, ancient docs, residual | ECF 173: inadequate certification, lacks foundational basis for ancient document and residual exceptions | 1/12/26 tr. 44 - Provisionally admissible as business record |