UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-392 (DLF) |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT
REGARDING MOTIONS *IN LIMINE*
RELATED TO UPCOMING DEPOSITION**

The United States of America and the defendant, by and through their respective attorneys, respectfully submit this joint status report regarding the pending motions *in limine* related to the next scheduled Rule 15 deposition in this case.

The parties have conferred and determined that there are no disputed issues that require the Court's resolution before the deposition.


\*    \*    \*

Accordingly, the Court can deny the pending motions *in limine* as moot.

                                  Respectfully submitted,

                                  For the United States:

                                  JEANINE FERRIS PIRRO
                                  UNITED STATES ATTORNEY

By:    */s/ Conor Mulroe*
          CONOR MULROE (NY Bar No. 5289640)
          ERIK M. KENERSON (OH Bar No. 82960)
          BRITTANY KEIL (D.C. Bar No. 500054)
          Assistant United States Attorneys
          JEROME J. TERESINSKI (PA Bar No. 66235)
          Special Assistant United States Attorney
          601 D Street NW, Washington, D.C. 20530
          (202) 740-4595 // Conor.Mulroe@usdoj.gov

          KATHLEEN CAMPBELL (MD Bar No. 9812170031)
          JENNIFER BURKE (MD Bar No. 9706250061)
          Trial Attorneys, Counter Terrorism Section
          National Security Division
          950 Pennsylvania Avenue NW, Washington, D.C. 20530


For the defendant:

*/s/ Brooke S. Rupert*
BROOKE S. RUPERT (VA Bar No. 79729)
WHITNEY E.C. MINTER (VA Bar No. 47193)
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Brooke_Rupert@fd.org
(703) 600-0800 (telephone)

LAURA KOENIG (Va. Bar No. 86840)
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
Laura_Koenig@fd.org