UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:22-cr-392 (DLF) |
| ) | |
| ABU AGILA MOHAMMAD ) | |
| MAS'UD KHEIR AL-MARIMI, ) | |
| Defendant. ) | |

**MR. AL-MARIMI'S NOTICE OF ADDITIONAL EVIDENCE
IN SUPPORT OF SUPPRESSION HEARING RECORD**

Pursuant to the Court's February 20, 2026, Minute Order, Mr. Al-Marimi herein files the following supplemental evidence in support of his suppression motion in ECF No. 159:

1. Regarding additional information about televised reports of the "confessions" of the military pilots and the female air traffic controller involved in the crash of Libyan Arab Airlines Flight 1103 ("Flight 1103"), Mr. Al-Marimi submits the following:

    a. Jamal testified that during the first days of his interrogations with the men imprisoned at Hisham Msimir's militia headquarters, a television program aired about Flight 1103 that included "confessions" from the military pilots and the female air traffic controller involved in the crash of Flight 1103. *See* First Day PM Tr. at 17.

    b. At the suppression hearing, the defense submitted a copy of and discussed with the Court the BBC's January 4, 2013, article titled "Calls to re-open Libya plane 'crash' investigation" attached hereto as Exhibit

1

19[1]. *See* 2/11/26 PM Tr. at 34-35; 2/12/26 AM Tr. at 4-5. That January 4, 2013, BBC report indicated that "[a]fter 20 years of silence, Majid Tayari has spoken out in a BBC interview to challenge the official version of events." Ex. 19 at 2. In that article, there is no mention of the other military pilot involved, Ahmed Abu Sneina, or the female air traffic controller, Mariam Al Machaa, being interviewed.

   c. At the suppression hearing, the defense referred to an Al-Jazeera documentary about Flight 1103 that was posted on August 7, 2013. *See* 2/12/26 AM Tr. at 14-15. That August 7, 2013, documentary was posted to Al-Jazeera English as indicated in Exhibit 20. The English version of the Al-Jazeera Flight 1103 documentary contains interviews of both military pilots and the female air traffic controller[2] involved and can be accessed here: https://www.aljazeera.com/video/al-jazeera-world/2013/8/7/flight-1103.

      i. The female air traffic controller—Mariam Al Machaa—is interviewed starting about 18 minutes and 40 seconds into the film, and again at the following timestamps:

---

[1] The defense has continued with the sequential numbering of exhibits marked/submitted at the suppression hearing in this supplemental filing. Further, Exhibit 19 is produced using Microsoft Edge's "immersive reader" tool to eliminate ads. The article originates from https://www.bbc.com/news/world-africa-20907193. Exhibit 19 is the same in substance as the paper copy marked "Exhibit 2/12/26 BBC" that the defense handed to the Court on 2/12/2026. *See* 2/12/26 AM Tr. at 4-5.

[2] In the documentary linked to Exhibit 20, the interviews with both of the military pilots and the female air traffic controller are in Arabic, but English subtitles are included for their portions of the documentary.

2

    1. about 20 minutes and 23 seconds;

    2. about 22 minutes and 40 seconds;

    3. about 31 minutes and 43 seconds;

    4. about 32 minutes and 33 seconds; and

    5. about 33 minutes and 22 seconds.

  ii. The first military pilot—Abdul Majid Taiari—is interviewed starting about 36 minutes and 23 seconds into the film, and again at the following timestamps:

    1. about 37 minutes and 30 seconds;

    2. about 38 minutes and 03 seconds;

    3. about 38 minutes and 21 seconds;

    4. about 38 minutes and 44 seconds; and

    5. about 39 minutes and 25 seconds.

  iii. The second military pilot—Ahmed Abu Sneina—is interviewed starting about 36 minutes and 59 seconds into the film, and again at the following timestamps:

    1. about 37 minutes and 46 seconds;

    2. about 38 minutes and 11 seconds;

    3. about 38 minutes and 40 seconds; and

    4. about 39 minutes and 10 seconds.

d. An Arabic Al-Jazeera documentary about Flight 1103 was posted to Al-Jazeera's webpage on or about June 29, 2013, as indicated in Exhibit

22[3]. The Arabic version of the Al-Jazeera Flight 1103 documentary contains interviews of both military pilots and the female air traffic controller involved and can be accessed here: كارثة الرحلة 1103 | استقصائية | الجزيرة نت. Exhibit 22 (the Microsoft Translator English translation[4] of Exhibit 21) at 21 reports that after Al-Jazeera had "finished filming the investigation, people close to the pilots who jumped from the MiG-23 succeeded in convincing them to talk to us . . . we returned to film with them to reveal to the media for the first time the details of the crash of their military plane in conjunction with the civilian plane . . . ."

- i. The female air traffic controller—Mariam Al Machaa—is interviewed starting about 18 minutes and 53 seconds into the film, and again at the following timestamps:
    1. about 20 minutes and 11 seconds;
    2. about 22 minutes and 35 seconds;
    3. about 32 minutes and 01 seconds;

---

[3] Exhibit 21 is the original Arabic version of the June 29, 2013, Al-Jazeera posting of the Arabic version of Al-Jazeera's Flight 1103 documentary. Exhibit 22 is a rough English translation of the same Arabic webpage from Exhibit 21 that was made using Microsoft Translator in the Microsoft Edge browser.

[4] The defense has not yet had time to obtain certified copies of an English translation of Exhibit 21, but Google Translate reports that same paragraph reads in English as "Voiceover: After we finished filming the investigation, those close to the pilots who jumped from the MiG-23 succeeded in convincing them to speak to us. The pilot was in Tripoli, while we met Abu Sanina in a place he stipulated we not mention. We returned to film with them so they could reveal to the media, for the first time, the details of their military plane crashing simultaneously with the civilian plane. Flight 1103 was flying at an altitude of 1000 meters, waiting for permission to land. The Mard 1-4 training plane was given permission to take off and was asked to turn left and then cross the end of runway 27 to continue its flight towards the training area known as Al-Jarabuli."

       4. about 32 minutes and 52 seconds; and

       5. about 33 minutes and 40 seconds.

  ii. The first military pilot—Abdul Majid Taiari—is interviewed starting about 39 minutes and 47 seconds into the film, and again at the following timestamps:

       1. about 40 minutes and 57 seconds;

       2. about 41 minutes and 29 seconds;

       3. about 41 minutes and 48 seconds;

       4. about 42 minutes and 11 seconds; and

       5. about 42 minutes and 56 seconds.

  iii. The second military pilot—Ahmed Abu Sneina—is interviewed starting about 39 minutes and 12 seconds into the film, and again at the following timestamps:

       1. about 40 minutes and 21 seconds;

       2. about 41 minutes and 13 seconds;

       3. about 41 minutes and 38 seconds;

       4. about 42 minutes and 07 seconds; and

       5. about 42 minutes and 41 seconds.

e. The defense is not aware of any earlier television program aired about Flight 1103 that included "confessions" from the military pilots and the female air traffic controller involved in the crash of Flight 1103 than the June 29, 2013, Al-Jazeera documentary in Arabic.

2. Regarding additional information about the timing of Fawzi Abdel A'al receiving a new posting to the Libyan embassy in Bahrain, Mr. Al-Marimi submits the following:

   a. Jamal testified that he did not tell Fawzi Abdel A'al—the government official who had assigned Jamal to interrogate Mr. Al-Marimi and the other men imprisoned at Hisham Msemir's militia headquarters—about what Jamal learned during those interrogations because "after a short period of time"—"months"—after Jamal's interrogation of Mr. Al-Marimi, Mr. Abdel A'al, who had been the Minister of the Interior in Libya, was transferred to the Libyan embassy in Bahrain. *See* Second Day PM Tr. at 84-85.

   b. Fawzi Abdel A'al was appointed Minister of the Interior for Libya on or about November 22, 2011. *See* Exhibit 29.

   c. Mr. Abdel A'al resigned as Minister of the Interior on or about August 26, 2012. *See* Exhibit 23.

   d. Mr. Abdel A'al withdrew his resignation as Minister of the Interior on or about August 28, 2012. *See* Exhibit 24.

   e. On October 30, 2012, the General National Congress granted a vote of confidence to the interim government of Prime Minister Ali Zeidan, which listed Ashour Suleiman Saleh Shuwail as the Minister of the Interior. *See* Exhibit 25.

    f. An Integrity Commission had challenged Mr. Sulaiman Shuwail's appointment, but Mr. Sulaiman Shuwail was sworn in as Minister of the Interior by December 4, 2012. *See* Exhibit 26. Thus, Mr. Abdel A'al was no longer Minister of the Interior for Libya no later than December 4, 2012.

    g. At the end of 2012, Prime Minister Zeidan nominated Fawzi Abdel A'al to be Libya's ambassador to Bahrain. *See* Exhibit 27.

    h. The General National Congress had approved the appointment of some of the men Prime Minister Zeidan had nominated as ambassadors by February 7, 2013. *See* Exhibit 30. It is not clear, however, whether Mr. Abdel A'al was included in the men the General National Congress had approved by February 7, 2013. *Id.*

    i. On November 13, 2013, the King of Bahrain, Hamad bin Isa Al Khalifa, received the credentials of Mr. Abdel A'al and other countries' ambassadors, accepting them as ambassadors to Bahrain. *See* Exhibit 28 (Arabic announcement); Exhibit 28a (rough English translation of Exhibit 28 using Microsoft Translator).

    Respectfully submitted,

    ABU AGILA MOHAMMAD MAS'UD
    KHEIR AL-MARIMI

    By: _____/s/_____
    Whitney E.C. Minter
    Va. Bar # 47193
    Brooke Sealy Rupert

Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
laura_Koenig@fd.org (email)