**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| **ABU AGILA MOHAMMAD** | : | <u>**UNDER SEAL**</u> |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL**
<u>**REPLY TO DEFENDANT'S OPPOSITION TO ADMIT DOCUMENTS**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to seal its Motion in Limine to Admit Documents.  This motion relates to a deposition of a potential pretrial witness, which is properly filed under seal for the reasons stated in ECF 189 and 341-2, which the government incorporates herein by reference.

WHEREFORE, for all the foregoing reasons, as well as those stated in ECF 189 and 341-2, the United States respectfully requests that the Court issue an Order the Motion, until further Order of this Court, and the government further requests the delayed entry of those documents on the public docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Brittany Keil*_____
BRITTANY KEIL (D.C. Bar No. 500054)
ERIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY Bar No. 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 821-7533
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

I hereby certify that on this, the 17th day of March, 2026, I will cause a copy of this pleading and associated documents to be served on counsel for the defendant via email.

 */s/ Brittany Keil*_____
Brittany Keil
Assistant United States Attorney

2