**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| **v.** | **: Criminal No.  22-CR-392 (DLF)** |
| | **:** |
| **ABU AGILA MOHAMMAD** | **:** |
| **MAS'UD KHEIR AL-MARIMI,** | **:** |
| | **:** |
| **Defendant.** | **:** |

**<u>FOURTH CIPA § 4 ORDER (DELETIONS)</u>**

**UNCLASSIFIED ORDER APPROVING DELETION OF CLASSIFIED INFORMATION FROM DISCOVERY PURSUANT TO CIPA § 4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

This matter has come before the Court on the Government's Fourth Classified *In Camera*, *Ex Parte* Motion for an Order Pursuant to § 4 of the Classified Information Procedures Act (CIPA), and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, filed June 23, 2025 (Fourth CIPA Motion). Having reviewed the government's Fourth CIPA Motion and attachments and the relevant law, and being fully advised in the premises, the Court concludes that good cause exists for granting, in part, the motion of the United States. After *ex parte, in camera* inspection and consideration of the government's motion and attachments, the Court concludes that:

1.      On June 23, 2025, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, filed its Fourth CIPA motion *ex parte*, *in camera* and under seal, pursuant to § 4 of CIPA 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1). The Fourth CIPA Motion addresses certain classified materials (collectively, "the Classified Information").

2.      In the Fourth CIPA Motion, the government seeks authorization, pursuant to 18 U.S.C. App. 3 § 4 and Fed. R. Crim. P. 16(d)(1), to "delete" from discovery certain Classified Information (the "Classified Information for Deletion"). The Classified Information for Deletion is not relevant and helpful to the defense, and the unauthorized disclosure of this information at this time reasonably could be expected to cause serious damage to the national security.

3.      Through one or more declarations of a United States Government official that the government submitted with the Fourth CIPA Motion, the government has properly invoked its classified information and national security privilege with respect to the Classified Information.

4.      The Fourth CIPA Motion was properly filed *ex parte*, *in camera*, for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1). The Court has conducted an *ex parte*, *in camera*, review of the classified Fourth CIPA Motion, declaration, and attachments.

5.      Additionally, on October 14, 2025; October 15, 2025; and November 5, 2025, the Court held three classified, *ex parte*, *in camera,* under seal hearings with counsel for the government.  Those hearings were recorded, and transcripts of those hearings shall be retained in accordance with established security procedures until further order of this Court.

6.      The disclosure of the Classified Information at this time reasonably could be expected to cause serious, and in some cases exceptionally grave, damage to the national security of the United States.

7.      The "relevant and helpful" standard applied to CIPA § 4 by *United States v. Yunis*, 867 F.2d 617 (D.C. Cir. 1989) (and originally articulated in *United States v. Roviaro*, 353 U.S. 53 (1975)), is the appropriate standard by which to analyze the discoverability of classified information where, as here, the government has properly invoked the national security and classified information privilege.  To this end, the Court finds that, in applying the *Yunis/Roviaro*

2

standard, the Classified Information for Deletion is not "relevant and helpful" to the defense. This order also applies to each of the government's discovery obligations under Federal Rule of Criminal Procedure 16, and *Brady v. Maryland*, *Giglio v. United States*, and their progeny.

Accordingly, pursuant to § 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1), IT IS HEREBY ORDERED that:

1. The Fourth CIPA Motion is hereby GRANTED in part.

2. The Classified Information for Deletion shall be deleted from discovery and shall not be disclosed to the defendant, his counsel, or the public.

3. The Fourth CIPA Motion and attachments, and the transcripts of the October 14, 2025; October 15, 2025; and November 5, 2025, hearings are hereby SEALED and shall be retained in accordance with established security procedures until further order of this Court.

**SO ORDERED this 26th day of March, 2026.**

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE