# Attachment A

## Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 100 series | Pan Am corporate images / videos | | | | |
| 201 | LURN 8840- Photos of searches- Bellingham. | | | | |
| 202 | LURN 8853- A Sector Photos | | | | |
| 203 | LURN 8854- B Sector Photos | | | | |
| 204 | LURN 8857- C Sector Photos | | | | |
| 205 | LURN 8858- D Sector Photos | | | | |
| 206 | LURN 8859- E Sector Photos | | | | |
| 207 | LURN 8860 - F Sector Photos | | | | |
| 208 | LURN 8861- G Sector Photos | | | | |
| 209 | LURN 8862- H Sector Photos | | | | |
| 210 | LURN 8863 - I Sector Photos | | | | |
| 211 | LURN 9092- AVE4041 pieces photos | | | | |
| 212 | LURN 9102- Longtown Evidence Storage Photos | | | | |
| 213 | LURN 9103- Longtown Fuselage Storage Photos | | | | |
| 214 | LURN 9104- Reconstruction Photos | | | | |
| 215 | Sector A, B, C map LURN 8563 | | | | |
| 216 | Sector G Map LURN 8573 | | | | |
| 217 | Sector H Map LURN 8581 | | | | |
| 218 | Sector I Map LURN 8808 | | | | |
| 219 | Sector K LURN 8842 | | | | |
| 220 | Lockerbie Street Map LURN 9114 | | | | |
| 221 | Air Traffic Control Audio - PZ542 MAXELL AUDIO TAPE | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 222 | Air Traffic Control Audio - PZ541 MAXELL AUDIO TAPE | | | | |
| 223 | Air Traffic Control Audio - DM171 BASF AUDIO TAPE | | | | |
| 224 | Air Traffic Control - PZ550 DIGITAL WORKING COPY | | | | |
| 225 | Air Traffic Control - PZ551 DIGITAL WORKING COPY | | | | |
| 226 | Air Traffic Control DM170 BASF AUDIO TAPE | | | | |
| 227 | Air Traffic Control DM72 BASF AUDIO TAPE | | | | |
| *301* | *RARDE report* | *ID'ed but not offered at Feraday depo* | | | |
| *302.001-302.396* | *Master Set of RARDE photos* | | | | |
| 302.003 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.012 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.013 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.014 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.015 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.023 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.024 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.030 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.039 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.040 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.041 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.044 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.045 | Photograph from RARDE report | Admitted at Feraday depo | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 302.049 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.057 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.058 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.099 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.100 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.101 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.102 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.103 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.105 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.107 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.110 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.111 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.112 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.113 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.114 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.116 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.118 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.119 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.120 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.123 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.129 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.132 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.134 | Photograph from RARDE report | Admitted at Feraday depo | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 302.136 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.138 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.139 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.140 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.141 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.145 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.151 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.153 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.156 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.158 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.232 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.233 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.245 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.246 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.266 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.267 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.269 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.270 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.283 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.284 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.285 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.309 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.310 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 302.311 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.313 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.318 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.325 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.326 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.329 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.330 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.332 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.333 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.334 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.335 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.339 | Photograph from RARDE report (timer related) | Admitted at Feraday depo | | | |
| 302.348 | Photograph from RARDE report (timer related) | **Reserved** at Feraday depo | | | |
| 302.391 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.392 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.393 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.394 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| 302.395 | Photograph from RARDE report | Admitted at Feraday depo | | | |
| *303.000* | *AAIB report* | | | | |
| 304.001 | Model showing fracture lines | | | | |
| 304.002 | Two -dimensional layout of plane | | | | |
| 304.003 | Forward cargo hold diagram | | | | |
| *305.000* | *Feraday RARDE Examination Notes* | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *306.000* | *Interim FAI Report* | | | | |
| *307.000* | *Feraday Folder Notes* | | | | |
| *308.000* | *Spectra Printouts* | | | | |
| *309.001-309.058* | *FAA photos Test 7* | | | | |
| 309.011 | FAA photos Test 7 | Admitted at Feraday depo | | | |
| 309.054 | FAA photos Test 7 | Admitted at Feraday depo | | | |
| *310.000* | *DC616 - Report on Test Explosions April 1989* | | | | |
| 311.000 | Test 5 video | Admitted at Feraday depo | | | |
| 312.000 | Photo of Explosive test | Admitted at Feraday depo | | | |
| 313.000 | 2021 Handwriting Report | | | | |
| 400 series | Map of Libya, Photograph(s) of Qaddafi, recorded speeches (subject to Court's Rule 403 ruling) | | | | |
| 500 | Arabic-Language Statements | Admitted at Jamal Depo, subject to ongoing motions | | | |
| 500-j | Arabic-Language Statements as highlighted during depo | Admitted at Jamal Depo, subject to ongoing motions | | | |
| 500-t | All Libyan Interviews (English translation) | | | | |
| 501 | Def. Statement - Holes Version redacted | | | | |
| 502 | Full packet of materials from Libya | | | | |
| 502-t | Full packet of materials from Libya (translated) | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 502-tr | Full packet of materials from Libya (translated)-redacted | | | | |
| 503 | Screenshot of Prison Location | Admitted at Jamal Depo, subject to ongoing motions | | | |
| 503-J | Screenshot of Prison Location (Jamal highlights) | Admitted at Jamal Depo, subject to ongoing motions | | | |
| 504 | Screenshot of Prison Location (zoomed out) | Admitted at Jamal Depo, subject to ongoing motions | | | |
| 504-j | Screenshot of Prison Location (zoomed out) (Jamal highlights) | Admitted at Jamal Depo, subject to ongoing motions | | | |
| *505* | *Photo ID'd by Jamal* | | | | |
| *506-t* | *Jamal Statement to Scots 2020-Redacted* | | | | |
| 507 | Photo of Al-Marimi and Megrahi | | | | |
| 508 | Defendant ID Video from My Brother's Bomber | | | | |
| *509* | *Reimbursements to Jamal* | | | | |
| *510* | *Jamal Redacted Arabic CV as produced 2025-07-17* | | | | |
| 601 | Photos of scene | | n/a | n/a | n/a |
| *602* | *OPK Box - Full file (for identification only)* | | *n/a* | *n/a* | *n/a* |
| 603 | Stasi "Visitors List" (from Box file) | Subject to pending ECF 147 | n/a | n/a | n/a |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 604 | Abulgasem visa request | Subject to pending ECF 147 | n/a | n/a | n/a |
| *605* | *OPK Rinde - Full file (for identification only)* | | *n/a* | *n/a* | *n/a* |
| *606* | *4/10/86 typed report from Rinde file* | | *n/a* | *n/a* | *n/a* |
| *607* | *4/10/86 handwritten report from Rinde file* | | *n/a* | *n/a* | *n/a* |
| 608 | 4/15/86 typed report from Rinde file | Subject to pending ECF 147 | n/a | n/a | n/a |
| 609 | Hotel Metropol cards from Rinde file | Subject to pending ECF 147 | n/a | n/a | n/a |
| *610* | *Masud and Shadi MfS cards* | | *n/a* | *n/a* | *n/a* |
| 611 | Interflug manifest ("Flight Record") | Subject to pending ECF 147 | n/a | n/a | n/a |
| 701 | Eagle Knitware delivery notes for invoice 119/88 dated Nov. 10, 1988 for Mary's House order and Gauci's order 0156 dated Nov. 9, 1988 (M2-28) | 1/12/26 tr. 38 - Provisionally admissible as business record | 8761 | 421 | DC93 |
| *702* | *Eagle Knitwear Delivery note to Mary's House for invoice no. 148/87 (M2-24)* | *1/12/26 tr. 38 - Provisionally admissible as business record* | *10470* | *472* | *CS 192* |
| 703 | Eagle Knitwear receipt November 7, 1988 (M2-25) | 1/12/26 tr. 38 - Provisionally admissible as business record | 10471 | 473 | CS193 |
| 704 | Eagle Knitwear Delivery note to Mary's House November 10, 1988 (M2-26) | 1/12/26 tr. 38 - Provisionally admissible as business record | 10472 | 474 | CS194 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *705* | *Eagle Knitwear Delivery note to Mary's House February 19, 1985 (M2-27)* | *1/12/26 tr. 38 - Provisionally admissible as business record* | *10473* | *M2-27* | *CS195* |
| 706 | Order form for Woven SLALOM labels via Universal Import and Export LTD. (M2-22) | 1/12/26 tr. 38 - Provisionally admissible as business record | 8941 | | |
| 707 | Slalom logo (M2-23) | 1/12/26 tr. 38 - Provisionally admissible as business record | | | |
| 708 | JOHNSONS CLOTHING DOCUMENTS RELATING TO MANUFACTURE AND PRODUCTION OF BLUE / WHITE PINSTRIPE SLALOM SHIRT | 1/12/26 tr. 38 - Provisionally admissible as business record | 8945 | 512 | DC394 |
| 709 | CORRESPONDENCE BETWEEN MIZZI AND JOHNSONS [QUANTITY OF CORRESPONDENCE, ORDER FORMS, GOODS RECEIVED NOTES, WORKERS LISTS ETC BETWEEN ALF MIZZI AND SONS, JCI SALES LTD AND JOHNSONS CLOTHING LTD | 1/12/26 tr. 38 - Provisionally admissible as business record | 8933 | 510 | DC373 |
| 710 | JOHNSONS CLOTHING DELIVERY NOTE NO 2265 PERTAINING TO BLUE / WHITE PINSTRIPE SLALOM SHIRTS | 1/12/26 tr. 38 - Provisionally admissible as business record | 8944 | 513 | DC391 |
| 711 | JOHNSONS CLOTHING DELIVERY NOTE NO 2444 PERTAINING TO GREY SLALOM SHIRT | 1/12/26 tr. 38 - Provisionally admissible as business record | 8943 | 511 | DC390 |

Attachment A
Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 712 | Yorkie Delivery Note to Messrs Gauci, Ref No. 18345 November 11, 1988 | 1/12/26 tr. 38 - Provisionally admissible as business record | 8649 | 424 | DC55 |
| 713 | Page of Yorkie sales book shows Gauchi regisration number 1705 | 1/12/26 tr. 38 - Provisionally admissible as business record | 8650 | 492 | DC56 |
| 714 | Gauci 1705 page with fabric samples stapled. | 1/12/26 tr. 38 - Provisionally admissible as business record | 8651 | 491 | DC57 |
| 715 | Underwear ltd invoice for T shirts for delivery to Big Ben Shops dated 01/26/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 9015 | 1782 | DC447 |
| 716 | Invoice for 16 men's Pyjamas sold to Mary's House dated 10/31/88 (Also napkins, bathmats and towels) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9889 | 501 | DC1632 |
| 717 | Invoice for 8 men's Pyjamas sold to Mary's House dated 11/25/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 9888 | 500 | DC1361 |
| 718 | Invoice for 21 mens Pyjamas sold to Mary's Hosue dated 12/20/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 10474 | 476 | CS196 |
| 801 | Air Malta KM231 December 14,1988 Passenger list (M2-14) | 1/12/26 tr. 38 - Provisionally admissible as business record | 8306 | 1040 | DC 958 |

Attachment A
Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 802 | Air Malta weelky Mayfly schedule December 14, 1988 for the week of 12/28/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 8912 | 917 | DC343 |
| 803 | Air Malta weekly flight schedule for all airlines. | 1/12/26 tr. 38 - Needs more explanation before finding that it is a business record | 9136 | 920 | DC598 |
| 804 | KM230 10/10/88 accepted paax | 1/12/26 tr. 38 - Provisionally admissible as business record | 9338 | 1018 | DC 1112 |
| 805 | LN 142 Manifest, 12.4.88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 9393 | 1033 | DC 1231 |
| 806 | Air Malta Passenger Manifest KM230 Oct 10, 1988 (M2-10) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9907 | 1019 | DC1647 |
| 807 | Air Malta KM230 Dec 17, 1988,edited and accepted passenger list | 1/12/26 tr. 38 - Provisionally admissible as business record | 9914 | 1041 | DC1654 |
| 808 | Air Malta KM140 10/10/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 9918 | 1021 | DC1658 |
| *809* | *Air Malta KM180 12/21/88 Ramp/aircraft progress report departure slip* | *1/12/26 tr. 38 - Provisionally admissible as business record* | *10119* | *930* | *DC1716* |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 810 | Air Malta Passenger Manifest KM231 12/20/88 | 1/12/26 tr. 38 - Provisionally admissible as business record | 10123 | 1043 | DC1721 |
| *811* | *KM180 Pax list Dec 21, 1988* | *1/12/26 tr. 38 - Provisionally admissible as business record* | | *M2-17* | |
| 812 | Holiday Inn arrival sheet for December 7, 1988 Abdlbaset Room 423 | 1/12/26 tr. 38 - Provisionally admissible as business record | 8277 | 755 | DC889 |
| *813* | *Holiday Inn Registration card October 18-20* | *1/12/26 tr. 38 - Provisionally admissible as business record* | *9731* | *739* | *DC1557* |
| 814 | Photocopy of airside pass issed to LAA staff in 1989 (M2-1) | 1/12/26 tr. 38 - Provisionally admissible as business record | 8302 | 894 | DC934 |
| 815 | LN147 December 7, 1988 Passenger manifest (M2-8) | 1/12/26 tr. 38 - Provisionally admissible as business record | 8304 | 1034 | DC945 |
| 816 | LAA LN143 December 18, 1988 passenger list (M2-5) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9393 | 1033 | DC1231 |
| 817 | LN533 December 29, 1988 (M2-7) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9393 | 1033 | DC1231 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 818 | Winter Time Tables for LAA flights (M2-2) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9451 | 557 | DC1338 |
| 819 | LN145 flight manifest 12/9/88 (M2-6) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9913 | 1038 | DC1653 |
| 820 | LAA LN147 12/21/88 passenger list (M2-4) | 1/12/26 tr. 38 - Provisionally admissible as business record | 9915 | 947 | DC1655 |
| 821 | Hilton Hotel card, Elwarshfani 1.10.86 | 1/12/26 tr. 38 - Provisionally admissible as business record | | | |
| 822 | Holiday Inn registration card for Abdelbaset Mohmed, October 9-10, and blank card. | 1/12/26 tr. 38 - Provisionally admissible as business record | 8256 | 743 | DC819 |
| 823 | Holiday Inn checkout for December 9, 1988, Abdelbaset room 255 | 1/12/26 tr. 38 - Provisionally admissible as business record | 8276 | 758 | DC887 |
| 824 | Air Malta Disembarkation card stampted 8 Oct 1988 Abouagela Mohamed Masud arrived from Tripoli | | 8259 | 605 | DC835 |
| 825 | Malta Embarkation card for Departure stamped 10 Oct 1988 Abouagela M Masud | | 8260 | 608 | DC836 |
| 826 | AirMalta disembarkation card in the name of Abdelbaset Ali Mohmed arrival stamp 8 Oct. 1988 from Tripoli | | 8254 | 604 | DC800 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 827 | LAA embarkation card in the name of Abdelbaset A. Mohmend departure stamp 10 Oct 1988, flight LN 140 | | 8253 | 610 | DC799 |
| 828 | Air Malta disembarkation card Abouagila Masoud, flight 231, arrival stamp 12/14/88 | | 9155 | 639 | DC654 |
| 829 | Malta embarkation card for Abouagila Masoud Departure Dec 21, 2988 Flight no. 147 | | 9156 | 646 | DC655 |
| 830 | Air Malta disembarkation card Aboagila Masoud, flight 231 Stamped 12/7/88 | | 9153 | 630 | DC652 |
| 831 | Malta embarkation card Abouagila Masoud departure stamp 12/9/88 Flight LN 145 to Tripoli | | 9154 | 631 | DC653 |
| 832 | LAA disembarkation card Abdelbaset Ali Mohmed arrival stamp 12/7/88 staying at Jerma hotel. | | 9157 | 629 | DC670 |
| 833 | Malta embarkation card departure stamp 12/9/88 Flight 649 Abdelbaset Ali Mohmed | | 9152 | 633 | DC643 |
| 834 | SwissAir disembarkation card for Malta, Abdelbaset Ali Mohmed arrival stamp Dec 17, 1988 | | 9158 | 640 | DC671 |
| 835 | Malta embarkation card Abdelbaset Ali Mohmed departure stamp 12/17/88 flight KM230 | | 9159 | 641 | DC674 |
| 836 | Air Malta disembarkation card from Flight KM231 from Tripoli 12/20/88 Ahmed Khalifa Abdusamad | | 8269 | 643 | DC845 |
| 837 | Lufthansa embarkation card on 21 Dec 1988 for Ahmed Khalifa Abdusamad flight 147 | | 8270 | 645 | DC846 |
| 838 | IRO card - Fhimah 10.5.88, Departure | | 8299 | 602 | DC928 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 839 | DC1090 DISEMBARKATION CARD FHIMAH KHALIFA 06/10/1988 | | 9334 | 603 | DC1090 |
| 840 | EMB CARD RE LAMEN KHALIFA FHIMAH 28/10/1988 | | 8298 | 613 | DC927 |
| 841 | EMB CARD RE LAMEN KHALIFA FHIMAH 03/11/1988 | | 8293 | 615 | DC922 |
| 842 | IRO card - Fhimah Nov 4 1988 (and possibly "A. Mohamed" card) | | 8296 | 616 | DC925 |
| 843 | EMB CARD RE LAMEN KHALIFA FHIMAH 12/11/1988 | | 8292 | 619 | DC921 |
| 844 | EMB CARD RE LAMEN KHALIFA FHIMAH 30/11/1988 | | 8297 | 626 | DC926 |
| 845 | Malta disembarkation card Lamen Khalifa Fhimah arrival stamp Dec. 4, 1988 on Flight LN142 from Tripoli to Malta. | | 8294 | 627 | DC923 |
| 846 | Malta disembarkation card Lamen Khalifa Fhimah, flight LN143 from Tripoli, on December 18, 2988 | | 8300 | 642 | DC929 |
| 847 | Air Malta disembarkation card from Flight KM231 from Tripoli 12/20/88 Lamen Khalifa Fhimah | | 8295 | 644 | DC924 |
| 848 | Malta embarkation card Lamen Khalifa Fhimah departure stamp December 29, 1988 | | 8301 | 647 | DC930 |
| *849* | *EMB CARD 11/10/1988 RE NASSR AHMED SALEM* | | *9449* | *611* | *DC1306* |
| *850* | *MALTA EMB CARD ABDUSSALAM MAGHRABI 10/10/1988* | | *8252* | *609* | *DC797* |
| *851* | *DC1295 EMB CARD 09/10/1988 RE NASSR AHMED SALEM DUP OF 796* | | *9348* | *606* | *DC1295* |
| *852* | *MALTA EMB CARD ABDUSSALAM MAGHRABI 09/10/1988* | | *8251* | *607* | *DC796* |
| *853* | *EMB CARD 10/11/1988 RE NASSR AHMED SALEM* | | *9433* | *617* | *DC1233* |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *854* | *EMB CARD 11/11/1988 RE NASSR AHMED SALEM* | | *9434* | *618* | *DC1283* |
| *855* | *EMB CARD 16/11/1988 RE NASSR AHMED SALEM* | | *9435* | *620* | *DC1284* |
| *856* | *EMB CARD 16/11/1988 RE NASSER SALEM* | | *9436* | *621* | *DC1285* |
| *857* | *EMB CARD 06/12/1988 MOHAMED SADIQ A ADDALA* | | *9455* | *628* | *DC1345* |
| *858* | *EMB CARD 09/12/1988 MOHAMED SADIQ A ADDALA* | | *9454* | *632* | *DC1344* |
| *859* | *DISEMB CARD 12/12/88 ABDUSALAM ABDUSALAM* | | *9427* | *634* | *DC1276* |
| *860* | *EMB CARD 13/12/88 ABDUSALAM M ABDUSALAM* | | *9424* | *637* | *DC1273* |
| *861* | *DISEMB CARD 12/12/1988 TAYEB AHMED AHMED* | | *9426* | *635* | *DC1275* |
| *862* | *EMB CARD 13/12/1988 TAYEB M M AHMED TAYEB* | | *9423* | *638* | *DC1272* |
| *863* | *DISEMB CARD 12/12/1988 ABDALLA F FADLALLAH* | | *9425* | *636* | *DC1274* |
| 864 | Fhimah Airside Pass | | | | |
| 865 | Fhimah Diary 12.15.88 | | | | |
| 865-t | Fhimah Diary 12.15.88 - translated | | | | |
| 866 | Check-in Sheet | | | | |
| 867 | Fhimah Diary Arabic | | | | |
| 867 - t | Fhimah Diary Arabic- translated | | | | |
| 868 | Luqa Airport Photos LURN 8173 | | | | |
| 869 | Photos of Malta and Luqa Airport LURN 10033 | | | | |
| 870 | LN 147 21 Dec pax list by sequence. | | 8268 | 987 | DC844 |
| 901 | Megrahi Czech visa 10.18.88 | Submitted for 3505 ruling on 5/15/26 | 9506 | 776 | DZ2 |
| 902 | Megrahi Czech visa 12.16.88 | Submitted for 3505 ruling on 5/15/26 | 9507 | 777 | DZ3 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 903 | Account reminder form to Libya | 1/12/26 tr. 40 - Provisionally admissible as business record | | 779 | DZ5 |
| 904 | Intercontinental Hotel Bill 10.1988 | 1/12/26 tr. 40 - Provisionally admissible as business record | | 780 | DZ6 |
| 905 | Letter from Libyan Military Procurement Office | 1/12/26 tr. 40 - Provisionally admissible as business record | | 781 | DZ7 |
| 906 | Account reminder form to Libya | 1/12/26 tr. 40 - Provisionally admissible as business record | | 784 | DZ10 |
| 907 | Intercontinental Hotel invoice 12.1988 | 1/12/26 tr. 40 - Provisionally admissible as business record | | 785 | DZ11 |
| 908 | Letter to intercontinental hotel from LPB | 1/12/26 - Needs evidence that hotel routinely retained letters | | 786 | DZ12 |
| *909* | *Megrahi Czech visa 6.20.85* | | *9505* | *CP775* | *DZ1* |
| *910* | *Blank Czech visa application* | | *9508* | *CP778* | *DZ4* |
| 911 | Travel Summary Exhibit | | | | |
| 1001 | Frankfurt demonstrative/summary | | n/a | n/a | n/a |
| 1002 | Frankfurt airport photos | | 8927 | 1053 | DW8 |
| 1003 | Frankfurt airport video(s) | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1004 | Interline writers' sheet | 1/12/26 tr. 41 - Provisionally admissible as business record | 10056 | 1092 | DW128 |
| 1005 | Baggage coders' worksheet | 1/12/26 tr. 41 - Provisionally admissible as business record | 10114 | 1061 | DW136 |
| 1006 | Printout from "KIK" baggage computer system | 1/12/26 tr. 41 - Provisionally admissible as business record | 10034 | 1060 | DW135 |
| 1007 | List of interline stations | 1/12/26 tr. 41 - Provisionally admissible as business record | 9030 | 1790, p4 | DW7 |
| 1008 | Passenger manifest for FRA-LHR leg of PA103 | 1/12/26 tr. 42 - Provisionally admissible as business record | 8744 | 199 | PZ251 |
| 1009 | Baggage dispatch log sheet (Kasteleiner's Worksheet) | 1/12/26 tr. 41 - Provisionally admissible as business record | 9031 | 1062 | DW7B |
| 1010 | X-Ray Report | | 9061 | 1076 | DW26 |
| 1011 | Flight coupons for FRA-LHR leg of PA103 | 1/12/26 tr. 42 - Provisionally admissible as business record | 8769 | 1151 | PZ321 |
| 1012 | Telex to Daniel Soneson 3/10/88 | 1/12/26 tr. 41 - Provisionally admissible as business record | 9032 | 1170 | PZ521 |

Attachment A
Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1013 | Telex from Daniel Soneson 3/28/88 | 1/12/26 tr. 42 - Provisionally excluded for double hearsay; tr. 52 - reserved ruling on ancient docs pending add'l briefing | 9033 | 1171 | PZ522 |
| 1014 | Pan Am operations bulletin | 1/12/26 tr. 42 - Provisionally admissible as business record | 9430 | 1058 | DG25 |
| 1015 | Pan Am operations bulletin 2 | 1/12/26 tr. 42 - Provisionally admissible as business record | 9431 | 1057 | DG26 |
| *1016* | *List of Pan Am loading crews 12/21/1988* | *1/12/26 tr. 42 - Provisionally admissible as business record* | *9093* | *1055* | *DW51* |
| 1017 | Daily report for Frankfurt Airport computer system | 1/12/26 tr. 41 - Provisionally admissible as business record | 9057 | 1063 | DW19 |
| *1018* | *FA32 Duty Log* | *1/12/26 tr. 41 - Provisionally admissible as business record* | *9148* | *1064* | *DW72* |
| 1019 | KIK computer system daily reports for 12/21-22/1988 | 1/12/26 tr. 41 - Provisionally admissible as business record | 9058 | 1065 | DW20 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1020 | KIK computer system daily eval for 12/21/1988 | 1/12/26 tr. 41 - Provisionally admissible as business record | 9059 | 1066 | DW21 |
| *1021* | *Duty Team Roster* | | *9145* | *1067* | *DW68* |
| *1022* | *Load Plan for FRA-LHR leg of PA103* | *1/12/26 tr. 42 - Provisionally admissible as business record* | *9064* | *1070* | *DW41* |
| *1023* | *Email re Helsinki Warning* | | *10045* | *1081* | *DW117* |
| *1024* | *Pan Am Telexes re Helsinki Warning* | *1/12/26 tr. 42 - Provisionally excluded for double hearsay; tr. 52 - reserved ruling on ancient docs pending add'l briefing* | *10046* | *1082* | *DW118* |
| *1025* | *Text of Helsinki Warning* | | *10048* | *1084* | *DW120* |
| *1026* | *Pan Am Procedures re Helsinki Warning* | *1/12/26 tr. 42 - Provisionally admissible as business record* | *10051* | *1087* | *DW123* |
| *1027* | *Passenger Transfer Messages* | | *10053* | *1089* | *DW125* |
| 1028 | Schematic of Frankfurt luggage system | 1/12/26 tr. 41 - Provisionally admissible as business record | 10142 | 1099 | DW139 |
| *1029* | *KIK computer system daily "MINUS ZIA" printout* | | *10141* | *1629* | *DW138* |
| *1030* | *KM-180 on blocks report* | | *9146* | *1068* | *DW69* |
| 1032 | Photos of Frankfurt Airport | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1031* | *Alert security aircraft activity report* | *1/12/26 tr. 41 - Provisionally admissible as business record* | *9060* | *1056* | *DW23* |
| 1101 | PA103 closeout sheet | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1102 | PA103 Cargo load sheet | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1103 | PA103 Final weight and balance sheet | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1104 | PA103 Final load distribution document | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1105 | PA103 Load plan | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1106 | PA103 Actual load plan | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1107 | PA103 Prelim load info | 1/12/26 tr. 43 - Provisionally admissible as business record | | | |
| 1108 | Disembarkees from PA103 at LHR | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1109 | No Show Passengers Frankfurt to London | | | | |
| 1110 | No Show Passengers LHR to JKF | | | | |
| 1111 | Daily Interline Sheet 12.21.88 - LURN 18326 | | | | |
| 1112 | Aircraft Movement Sheet | | | | |
| 1113 | Site Plan LHR - LURN 8697 | | | | |
| 1114 | Full Passenger List PA103 - LURN 8732 | | | | |
| 1115 | Sketch Plan Baggage Flows Interline Terminals LHR - LURN 8749 | | | | |
| 1116 | PA103 Flight Coupons. | | | | |
| 1117 | Gate Plan K14 and k16 - LURN 8773 | | | | |
| 1118 | ATC Movement Log Departures LHR 12.21 - LURN 8779 | | | | |
| 1119 | Heathrow Airport Plan - LURN 8998 | | | | |
| 1120 | Heathrow Photos | | | | |
| 1201 | Report titled "Voyage de Reconnaissance | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1201-t | Prof. Holes Translations of Shegwara Docs - combined | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1202 | Report dated 24 July 1989 Sent to CISS Senussi | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1203 | Action Plan dated 22 September 1988 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1204 | Report on CISS Headed Paper Dated 4 October 1988 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1205 | Top Secret Report on Shipment of Explosives Dated 1 January 1987 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1206 | Report on desert tests on explosives in July 1988 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1207 | Several Documents from Sept, Oct, and Nov 1988 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1208 | Top Secret Note by CISS Dated 10 October 1988 | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1209 | Report dated 19 October | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1210 | Stubs of Airline Tickets and Hotel Bookings | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1211 | Note from Libya Secret Service for Payment of $10,000 to Fhimah | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1212 | Note from Secret Service for Payment of $5,000 to Abu Agila Kheir | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1213 | Notes from Libyan Secret Service for Payment to Various Individuals | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1214 | Telegrams Sent to Embassy | Subject of ECF 341-2; Court anticipates hearing outside jury's presence | | | |
| 1301 | Toshiba printed circuit board use list | 1/12/26 tr. 47 - Provisionally admissible as business record | 8916 | CP148 | DC353 |
| 1302 | Toshiba country code list | 1/12/26 tr. 47 - Provisionally admissible as business record | 9992 | CP155 | DE37 |
| 1303 | Toshiba sales reports | 1/12/26 tr. 47 - Provisionally admissible as business record | 9993 | CP156 | DP38 |
| 1304 | Toshiba summary exhibit | | | | |
| 1305 | LURN10458 CP158 DC1770 - Selected Portions of Microfiche Sales Reports | | 10458 | CP158 | DC1770 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1306 | LURN 8597 CP145 PT1 - Owner's Manual - Toshiba RT-SF16 | | 8597 | CP145 | PT1 |
| 1307 | LURN 34673 DC30 - Toshiba Client Address List | | 34673 | n/a | DC30 |
| 1308 | LURN 32819 DC351 Toshiba Handwritten Sales Summary | | 32819 | n/a | DC351 |
| 1309 | LURN 33422 DC 572 Exemplar of Packaging for RT-SF16 (1) | | 33422 | n/a | DC572 |
| *1400* | *Inventory of search (Senegal)* | | | | |
| *1401* | *Arrest report (Senegal)* | | | | |
| *1402* | *Police red folder with notes (Senegal)* | | | | |
| *1403* | *Record of prisoner transfer (Senegal)* | | | | |
| *1404* | *DE50 Record of release* | | | | |
| *1405* | *Magistrate's file* | | | | |
| *1406* | *Marzouk's fingerprints* | | | | |
| *1407* | *El Saber's fingerprints* | | | | |
| *1408* | *Destruction of munitions report* | | | | |
| *1409* | *Approval of request to destroy munitions* | | | | |
| *1413* | *Death Certificate of Jean Baptiste Collin* | | | | |
| 1501-2 | Receipt - Badri and MEBO - Radio stuff in Jan 1989 and Sept 1987 | Offered in Meister depo (Tr.39) | | CS3431 | |
| 1502 | Fax from MEBO to Ezzadin May 23 1989 offering armored vehicles, signed by Meister | Offered in Meister depo (Tr.35) | | CS344 | |
| *1503* | *Hotel Metropol pass to Bollier Oct 1985* | | | *CS345* | |
| *1505* | *Letter from Bollier Oct 1990 re: sale of timers* | | | *DP101* | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1506* | *Invoice from Compona for 15 crystals* | | *9170* | *CP295* | *DP104* |
| 1507 | Invoice from Compona for 20 crystals | Offered in Meister depo (Tr.77) | | | DP105 |
| *1508* | *Philips invoice* | | | | *DP107* |
| *1509* | *Philips invoice for 60 chips* | | | | *DP108* |
| *1510* | *Philpis invoice for 100 chips* | | | | *DP109* |
| *1511* | *Siemens Ivoice Dated 8 August 1985 (50 diodes)* | | | | *DP110* |
| *1512* | *Siemens Invoice dated 8.8.2025 (150 diodes)* | | | | *DP112* |
| 1513 | Circuit Drawing for MST-13 timer | Offered in Meister depo (Tr.84) | 9179 | CP309 | DP113 |
| 1514 | Circuit board and plan for MEBO timer | 1/12/26 tr. 44 - Provisionally admissible as business record | 9180 | CP366 | DP114 |
| 1515 | Invoice for 12 housings | 1/12/26 tr. 44 - Provisionally admissible as business record | | | DP123 |
| *1516* | *Album of Photos of MST-13 timers* | | | | |
| *1517* | *photo of circuit board from Togo Timer* | | | | |
| *1518* | *Bollier Hotel Receipt 11.12.1985* | | | | |
| 1519 | Ticket, hotel, expense report Bollier trip 12.1988. | Offered in Meister depo (Tr.114) | 9236 | CP317 | DP155 |
| 1520 | Circuit board accents and invoice dated 13 Aug 1985 | 1/12/26 tr. 44 - Provisionally admissible as business record | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1521* | *Account for 16 Olympus Timers* | | | | |
| *1522* | *Letter Delivered to US EMB Vienna (Aga Agu)* | | | | |
| *1523* | *Bollier passport issued 10.7.1976* | | | | |
| *1524* | *Photocopy of Bollier passport issued 2.4.1980* | | | | |
| 1525 | Check from Badri to MEBO | Offered in Meister depo (Tr.44) | 9245 | CP327 | DP168 |
| *1526* | *Contract between MEBO and ABH* | | *9246* | *CP328* | *DP171* |
| *1527* | *Zurich Cantonal Report on Movements* | | | | |
| *1528* | *Inventory Search of MEBO* | | | | |
| 1529 | Master Photographic Negatives MST-13s | Offered in Meister depo (Tr.93) | 9529 | CP399 | DP373 |
| 1530 | Delivery note from Thuring dated 5 Nov 1985 | 1/12/26 tr. 44 - Provisionally admissible as business record | | | |
| 1531 | Invoice dated 12 Nov 1985 | 1/12/26 tr. 44 - Provisionally admissible as business record | 9640 | 404 | DP408 |
| *1532* | *sketch of offices in Tripoli by Bollier* | | | | |
| *1533* | *Receipt for CHF 10,000 - Meister to Badri* | | *8596* | *CP379* | *DP435* |
| 1534 | Receipt for CHF 10,000 - Meister to Badri | Offered in Meister depo (Tr.42) | 9673 | CP378 | DP436 |
| *1535* | *import contract - SPLAJ armed forces* | | | | |
| *1536* | *list of names from Bollier notebook* | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1537 | Invoice from MEBO to Ezzadin dated 11.26.1987 | Offered in Meister depo (Tr.31) | 9676 | CP416 | DP443 |
| 1538 | letter Bollier to Ezzadin dated 2.6.1991 | Offered in Meister depo (Tr.125) | | | |
| 1539 | MEBO Export Declaration dated 2.10.1985 | Offered in Meister depo (Tr.29) | 8313 | CP384 | DP209 |
| *1540* | *Various documents re Libya rec'd from Bollier* | | | | |
| *1541* | *MEBO Export Declaration Dated 7.17.1984* | | *3415* | *CP387* | *DP212* |
| *1542* | *Handwritten letter on MEBO Letterhead re FELA AG* | | | | |
| *1543* | *Telex from FELA AG to Azzabi re meeting* | | | | |
| *1544* | *Photo of Megrahi signed by Bollier* | | | | |
| *1545* | *Artists sketch of Megrahi signed by Bollier* | | | | |
| 1546 | Letter of invite from Meister to FELA AG | Offered in Meister depo (Tr.45) | 9257 | CP329 | DP251 |
| 1546-t | Letter of invite from Meister to FELA AG translated | | | CP1599 | CS98 |
| *1547* | *piece of paper with names and numbers provided by Bollier* | | | | |
| *1548* | *Order forms for MST-13 circuit boards dated 8.13.1985* | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1549 | Megrahi Swiss visa application 6.21.1988 | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov | | CP699 | |
| 1550 | Megrahi Swiss Visa Application 11.16.88 | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov | | CP701 | |
| *1551* | *Megrahi Swiss Visa Application 6.23.87* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | *CP693* | |
| *1552* | *Fhimah Swiss Visa Application 12.9.90* | | | *CP712* | |
| *1553* | *Fhimah Swiss Visa Application 3.24.91* | | | | |
| *1554* | *Megrahi Hotel Registration 4.4.1987* | | | | |
| *1555* | *Megrahi Hotel Registration 4.6.87* | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1556* | *Megrahi Hotel Registration 10.7.87* | | | | |
| *1557* | *Invoice dated 9.18.85 - MEBO to ITU* | | | | |
| *1558* | *Megrahi Swiss Visa Application 10.4.87* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | *CP694* | |
| 1559 | Megrahi Swiss Visa Application 2.18.88 | 1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov | | CP696 | |
| *1560* | *Badri Hasan visa application dated 6.18.1991* | | | *CP719* | *DP453* |
| *1561* | *Megrahi Hotel Registration Card Dated 3.2.1988* | | | | |
| *1562* | *Megrahi Hotel Registration Card Dated 3.9.1988* | | | | |
| *1563* | *Megrahi Hotel Registration Card Dated 7.11.1988* | | | | |
| 1564 | Megrahi Hotel Registration Card Dated 10.18.1988 | | | | |
| 1565 | Megrahi Hotel Registration Card Dated 12.16.1988 | | | | |
| *1566* | *Swiss Police Report re Megrahi entries and exits* | | | | |
| *1567* | *Megrahi hotel registration Dated 7.12.1987* | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1568* | *Megrahi hotel registration Dated 10.7.1987* | | | | |
| *1569* | *Megrahi hotel registration Dated7.14.1987* | | | | |
| *1570* | *Megrahi hotel registration Dated 7.27.1987* | | | | |
| *1571* | *Megrahi hotel registration Dated 9.7.1989* | | | | |
| *1572* | *Megrahi hotel registration Dated 7.13.1987* | | | | |
| *1573* | *Letter requesting visas for Megrahi and others dated 5.21.87* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | | |
| *1574* | *Letter requesting visa for Megrahi* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| *1575* | *Letter requesting visa for Megrahi* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | | |
| *1576* | *Letter requesting visa for Megrahi* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | | |
| *1577* | *Letter requesting visa for Megrahi* | *1/12/26 tr. 50 - public records certs deficient and likely not an actual public record; tr. 53 - ancient docs ruling reserved pending additional facts from gov* | | | |
| *1578* | *Swiss visa application - Marzouk 2.2.88* | | | | |
| 1579 | Phoenix Machinetechnic Records | 1/12/26 tr. 44 - Provisionally admissible as business record | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1580 | Contract signed by Meister | Offered in Meister depo (Tr.25) | | | |
| 1581 | Photo of Meister and Bollier | Offered in Meister depo (Tr.14) | n/a | n/a | n/a |
| 1582 | Photo of Meister with products | Offered in Meister depo (Tr.18) | n/a | n/a | n/a |
| 1583 | Photo of Meister with products | Offered in Meister depo (Tr.19) | n/a | n/a | n/a |
| 1584 | Photo of MEBO II ship | Offered in Meister depo (Tr.22) | n/a | n/a | n/a |
| 1601 | Control Sample Suitcase | Admitted at Feraday depo | | | DC90 |
| 1602 | Yorkie Fragments | Admitted at Feraday depo | | | PT28 |
| 1603 | Contol | Admitted at Feraday depo | | | DC42 |
| 1604 | Slalom Fragment Control | Admitted at Feraday depo | | | DC398 |
| 1605 | Slalom Fragment | Admitted at Feraday depo | | | PK1978 |
| 1606 | Slalom Shirt | Admitted at Feraday depo | | | DC400 |
| 1607 | Slalom Shirt | Admitted at Feraday depo | | | PH999 |
| 1608 | Pajamas - control | Admitted at Feraday depo | | | DC46 |
| 1609 | pajamas fragment | Admitted at Feraday depo | | | PK2218 |
| 1610 | Babygro control | Admitted at Feraday depo | | | DC34 |
| 1611 | Babygro fragment | Admitted at Feraday depo | | | PK669 |
| 1612 | Babygro fragment | | | | PK2209 |
| 1613 | Babygro fragment | | | | PT73 |
| 1614 | Babygro fragment | | | | PI1421 |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1615 | Puccini control | Admitted at Feraday depo | | | DC95 |
| 1616 | Toshiba Control | Admitted at Feraday depo | | | PR105 |
| 1617 | Manual fragment- front page | Admitted at Feraday depo | | | PK689 |
| 1618 | Manual Control | Admitted at Feraday depo | | | PR111 |
| 1619 | Slalom with PT35(b) | Admitted at Feraday depo | | | PI995 |
| 1620 | circuit board fragment | Admitted at Feraday depo | | | PT35(b) |
| 1620(b) | part of circuit board fragment | Admitted at Feraday depo | | | |
| 1621 | fragment of Samsonite suitcase | | | | PI911 |
| 1622 | fragment of Samsonite suitcase | | | | PI1353 |
| 1623 | Radio mesh fragment | | | | PT33a |
| 1624 | Radio mesh fragment | | | | PT40a |
| 1625 | fragment of toshiba circuit board | | | | AG145 |
| 1626 | MEBO timer-boxed in gray | Admitted at Meister depo | | | DP111 |
| 1627 | MEBO timer-unboxed | | | | DP84 |
| 1628 | four MEBO sample circuit boards | Admitted at Feraday depo | | | DP347 |
| 1629 | fragment of Puccini cardigan | Admitted at Feraday depo | | | PI594 |
| 1630 | fragment of timer circuit board | | | | PT35(b) |
| 1631 | Diagram for MEBO circuit board | Admitted at Meister depo | | | DP114 |
| 1632 | MEBO negatives for MST-13 circuit board | Admitted at Meister depo | | | DP373 |
| 1801 | FAA registration | | n/a | n/a | n/a |
| 1901 | Photograph of Qaddafi | | | | |
| 1902 | Photograph of Senussi | | | | |

Attachment A

Government's Preliminary Exhibit List

| Exhibit no. | Description | Status | LURN | CP | Police Ref |
|---|---|---|---|---|---|
| 1903-1 | Photograph of Said Rashid | Admitted at Meister depo (Tr.39) | | | |
| 1904-1 | Photograph of Megrahi | Admitted at Meister depo (Tr.41) | | | |
| 1904-2 | Photograph of Megrahi | Admitted at Meister depo (Tr.41) | | | |
| 1905 | Photograph of Fhimah | | | | |
| 1906-1 | Photograph of Hinshiri | Admitted at Meister depo (Tr.34) | | | |
| 1907-1 | Photograph of Badri Hassan | Admitted at Meister depo (Tr.40) | | | |
| 1907-2 | Photograph of Badri Hassan | Admitted at Meister depo (Tr.41) | | | |
| 1908 | Photograph of Nassr Ashur | | | | |
| 1921 | Abdelbaset A Mohmed Passport LURN 10112 | | | | |
| 1922 | Ahmed K Abdusamad Passport LURN 10389 | | | | |
| 1923 | Lamen Fhimah Passport LURN 10383 | | | | |
| 1924 | Lamen Fhimah Passport 547271 LURN 10384 | | | | |
| 1925 | Abdel Baset Passports LURN 10390 | | | | |
| 1926 | Fhimah Passport G232294 LURN 9417 | | | | |
| 1927 | Video of Megrahi and Mas'ud on Tarmac | | | | |