**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 22-cr-392 (DLF) |
| | ) | |
| ABU AGILA MOHAMMAD | ) | |
| MAS'UD KHEIR AL-MARIMI, | ) | |
| Defendant. | ) | |

**MR. AL-MARIMI'S CONSENT MOTION TO EXEND DEADLINE FOR**
**FILING JURY INSTRUCTIONS**

Abu Agila Al-Marimi, through counsel and with no objection from the government, moves this Court for a one-week extension of the deadline to file jury instructions, from July 30, 2026, to August 6, 2026.   In support of this motion, Mr. Al-Marimi states the following:

1. Pursuant to ECF No. 484, paragraph 15, the parties are required by July 30, 2026, to jointly file the full text of all standard jury instructions from the "Red Book" they wish to include in the final instructions. That filing must also include: (1) any proposed modifications to the standard instructions, redlined; (2) any proposed nonstandard jury instructions with supporting legal authority; and (3) any objections to proposed instructions (standard and nonstandard) with supporting legal authority.

2. The parties have met and conferred regarding the jury instructions. The parties expect to reach agreement on a substantial number of instructions. Currently, there remain areas of dispute; however, the parties believe that additional time to confer may allow them to narrow or refine those disputes

1

before submission, resulting in a more concise yet comprehensive presentation for the Court.

3. Given the current briefing and hearing schedule, August 6, 2026, represents a reasonable and workable deadline for the parties to present the Court with a complete jury instruction submission.

4. The requested one-week extension will not affect any other deadlines or the trial date.

5. Undersigned counsel have conferred with the government about this request, and Mr. Erik Kenerson has indicated that the government has no objection to this request.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court extend the deadlines for filing jury instructions to August 6, 2026.

Respectfully submitted,

ABU AGILA MOHAMMAD MAS'UD
KHEIR AL-MARIMI

By: _____/s/_____

Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia   22314

2

(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia  23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)