**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 22CR392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| **Defendant.** | ) | |

**ORDER EXTENDING DEADLINE FOR FILING JURY INSTRUCTIONS**

Upon consideration of Mr. Al-Marimi's Consent Motion to Extend Deadline

for Filing Jury Instructions, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED, the deadline for the parties to file jury instructions

shall be extended from July 30, 2026, to August 6, 2026.


Date: July _____, 2026.