**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO CONTINUE DEADLINES**

On August 7, 2026, the Court asked the government to file responses to the defendant's August 6, 2026, CIPA Section 5 filings (Dkts. 588, 589) on or before Wednesday, August 12. The parties have met and conferred regarding possible stipulations with respect to these filings, and the parties believe that it may be possible to significantly narrow the issues for the Court to consider with respect to these filings. The government therefore asks this Court to permit it to file its responses on or before August 18, 2026.

Wherefore the government requests that the Court grant an extension of time until August 18, 2026 to file responses to the defendants August 6, 2026, CIPA Section 5 filings.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  ***/s/ Jocelyn Ballantine***
JOCELYN BALLANTINE (CA Bar No, 208267)
Assistant United States Attorney
601 D Street NW, Washington, D.C. 20530
(202) 252-7252 // Jocelyn.Ballantine2@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
Trial Attorney, Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW, Washington, D.C. 20530