**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED ORDER**

On August 7, 2026, the Court asked the government to file responses to the defendant's August 6, 2026, CIPA Section 5 filings (Dkts. 588, 589) on or before Wednesday, August 12. Based on the government's representations, it is nearby ordered that the government shall file its responses no later than August 18, 2026.

IT IS SO ORDERED.

DATED: _____    BY:_____
                                                        THE HONORABLE JUDGE DABNEY L. FRIEDRICH