**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 22CR392 (DLF)** |
| | **)** | |
| **ABU AGILA MOHAMMAD** | **)** | |
| **MAS'UD KHEIR AL-MARIMI,** | **)** | |
| **Defendant.** | **)** | |

**DEFENDANT'S MOTION TO CONTINUE FILING DEADLINE**

COMES NOW the defendant, by counsel, Laura J. Koenig, Whitney E.C. Minter and Brooke S. Rupert, Assistant Federal Public Defenders, and moves this Honorable Court to continue the current filing deadline for Mr. Al-Marimi's list of proposed exhibits.   In support of this Motion, defendant states as follows:

1.     The government has moved this Court to compel Mr. Al-Marmi to provide his exhibit list noting that "this case is due to start with jury selection in just over two weeks" and that "the defense indicated on August 9, 2026 that it was not willing to provide that list absent a court order." ECF 605 at 2.

2.     But the government has been on notice since this Court's December 22, 2025 pretrial scheduling order [ECF 254] that Mr. Al-Marimi intended to file his exhibit list only after being ordered to do so by this Court. ECF 254 at 6-7.   The government submitted a joint proposed scheduling order on June 5, which contained the same language.[1]

---

[1]     "The government and the defense, *if so ordered*, shall exchange updated exhibit lists and shall exchange any new or amended exhibits. The parties shall exchange digital copies

3.  On August 10 at 10:24 pm, the government moved to compel Mr. Al-Marimi to provide his exhibit list.  The Court granted that motion the next morning and ordered that the list be provided by the government's requested date of August 14.

4.  As this Court is aware, there have been a considerable number of pleadings filed throughout this case, including in the recent months and weeks.  Indeed, the defense has filed four pleadings in the first three days of this week, including a multi-part, joint filing that required considerable consultation with the government.

5.  Mr. Al-Marimi fully intends to comply with the Court's order to provide a exhibit list, with the understanding that such a list may need a reasonable degree of revision as the trial progresses.  But, in order to provide the most robust and useful list possible prior to the start of trial, a continuance is required.

6.  Accordingly, Mr. Al-Marimi seeks a brief continuance to August 21, in order to provide the most comprehensive exhibit list possible, at this time.

7.  A proposed order is attached.

For all of the foregoing reasons, the defendant respectfully requests that the Court continue the August 14 filing deadline for a defense exhibit list and order that Mr. Al-Marimi provide his exhibit list under the terms laid out in the

of pre-marked exhibits." ECF 481-1 at 5 (emphasis added).

December 22, 2025 and June 9, 2026 [ECF 484] pretrial orders by August 21, 2026.

Respectfully submitted
By Counsel,
Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Whitney E.C. Minter
Va. Bar # 47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia     22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia   23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)