**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO COURT ORDER REGARDING MOTION TO RECONSIDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for leave to submits the attached supplemental response to the Court's Minute Order of August 12, 2026, regarding the government's motion to reconsider, ECF 574. On August 12, 2026, the Court ordered the government to address various issues related to the government's motion for the Court to reconsider its ruling with respect to 18 U.S.C § 3505, with a due date of August 14, 2026. The government submitted its response on that date. *See* ECF 625.

The attached proposed supplement makes arguments regarding authentication of the documents at issue under Fed. R. Crim. P. 24, Fed. R. Civ. P. 44, and Fed. R. Evid. 902(4). Between August 12 and 14, the government consulted with other sections within the Department of Justice, including the Office of International Affairs, regarding those arguments. That consultation was ongoing through earlier today, August 15, 2026. As a result, undersigned counsel did not include those arguments ECF 625 because government counsel wanted to ensure that its arguments were sufficiently supported before making them to this Court. After that consultation, the government would like to present those arguments for the Court's consideration. Accordingly, the government moves for leave to file the attached supplement laying out its position.

The government submits that because it is submitting this proposed supplement less than 24 hours after filing its response to the Court's order, and because that supplement is less than three pages long, accepting the late filing would not substantially prejudice any party or the Court's consideration of the issue. Accordingly, the government respectfully request that the Court accept the attached supplement for filing.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ***/s/ Erik Kenerson***
ERIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY Bar No. 5289640)
BRITTANY KEIL (D.C. Bar No. 500054)
CHARLES R. JONES (D.C. Bar Number 1035541)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
601 D Street NW, Washington, D.C. 20530
(202) 252-7201 // Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys, Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW, Washington, D.C. 20530