**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court upon the government's Motion for Leave to File Supplemental Response to Court Order Regarding Motion to Reconsider. For the reasons stated in that motion, the motion is GRANTED. The clerk's office shall docket the government's supplement filed at ECF _____.

____________________________________
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE