**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:22-cr-392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| **Defendant.** | ) | |

**MR. AL-MARIMI'S MOTION TO CONTINUE TRIAL**

Mr. Al-Marimi respectfully moves this Honorable Court to generally continue the current trial date in this case and schedule a status conference next week. This continuance is necessary to investigate newly-discovered evidence previously unknown to both parties until August 21, 2026. The government disclosed this evidence to the defense on Saturday, August 22, 2026. Constitutional and ethical obligations require the defense to investigate this development. Defense counsel met with Mr. Al-Marimi on Sunday, August 23, 2026. Mr. Al-Marimi consents to this motion and has authorized the defense to relay his consent to an extension of the Speedy Trial Act timeframe consistent with this request.

Respectfully submitted,

**ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI**

By: /s/

Whitney E.C. Minter
Va. Bar #47193

Brooke Sealy
Rupert Va. Bar
#79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)