**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD** | : | |
| **MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through undersigned Defense Counsel, hereby move the Court to continue the status conference, presently set for September 1, 2026, for approximately two weeks. In support of this request, the parties state that they continue to work in good faith to follow up on the newly discovered evidence that led to the motion to continue the trial date. In light of that ongoing follow-up, the parties are not yet prepared to propose a concrete schedule, but they anticipate that they will be able to do so in the next two weeks. Accordingly, the parties request that the Court continue the status conference for approximately two weeks, at which time the parties anticipate being prepared to discuss a proposed schedule more concretely.

The government requests to exclude time under the Speedy Trial Act, for the reasons the Court has previously articulated, through the new date. Defense counsel represented to government counsel that the defense consents to excluding time under the Speedy Trial Act through the new date.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

***/s/ Whitney Minter***
WHITNEY E.C. MINTER
Va. Bar # 47193
BROOKE SEALY RUPERT
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

LAURA KOENIG
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)

***/s/ Erik Kenerson***
ERIK M. KENERSON (OH Bar No. 82960)
BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar No. 5289640)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530