**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-392 (DLF)** |
| | : | |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court upon the parties' joint motion to continue status conference. For the reasons stated in that motion, the motion is GRANTED. The status conference presently scheduled for September 1, 2026, is VACATED and rescheduled for _______________ at ________, in Courtroom 24A. For the reasons previously stated on the record in this case, time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through ________________, as the Court finds that the ends of justice served by the granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

________________________________________
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE