**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| **Defendant.** | : | |

# PRETRIAL ORDER

In order to administer the trial of the above-captioned criminal case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in this case in the most efficient manner, it is hereby ORDERED that counsel will comply with each of the following procedures and requirements.

1. Trial. Jury selection will commence on **January ___, 2027,** in Courtroom 24. The following deadlines shall govern pretrial proceedings:

2. The defense shall file any reply in support of its Position Regarding Rule 613(b) and Forgetful Witnesses, ECF 647, by September 18, 2026.

3. The government shall file a response to defendant's further motions in limine regarding government trial exhibits, ECF 646, on September 24, 2026, and the defense shall file any reply on October 1, 2026.

4. [ Discovery Language ].

5. The defense shall provide notice to the government of the identities of the individuals the defense intends to depose pursuant to Fed. R. Crim. P. 15 by September 25, 2026. The parties shall file any motions to conduct depositions pursuant to Fed. R. Crim. P. 15 no later than September 30, 2026. Any oppositions to those motions shall be filed no later than October 14, 2026, and any replies shall be filed no later than October 21, 2026.

6. The parties shall meet and confer on a schedule for any deposition ordered under Fed. R. Crim. P. 15, and shall include a proposed briefing schedule prior to any deposition the Court orders.

7. The government shall file any reply to defendant's supplemental response regarding Rule 902(4) and MLAT productions, ECF 660, on or before October 8, 2026.

8. The Court will hold a non-evidentiary hearing on October 15 and October 16, 2026, if necessary, regarding outstanding matters that are fully briefed as of that date.

9. No later than October 19, 2026, the defendant shall file any motions to suppress statement(s) and any motion to reopen the motion to suppress the statement taken by Jamal. The government shall file its opposition(s) thereto no later than November 2, 2026, and the defendant shall file any reply no later than November 9, 2026. The Court will schedule a hearing on any motions to suppress statement(s) or reopen the Jamal suppression litigation the week of November 30, 2026.

10. The government shall file any motion to reconsider the Court's ruling in ECF 648 on or before October 20, 2026. Any defense response will be due no later than November 3, 2026, and any government reply will be due no later than November 10, 2026.

11. The parties shall provide expert notice for experts they reasonably expect to call in their case-in-chief and motion to suppress by October 23, 2026.[1]

12. The parties shall file any motions regarding new experts noticed for the motion to suppress and/or trial no later than November 3, 2026. Responses shall be filed no later than November 17, 2026, and any replies shall be filed no later than November 24, 2026.

13. The parties shall notice any responsive or rebuttal experts by November 13, 2026. Motions related to responsive or rebuttal experts shall be filed by December 3, 2026. Responses shall be filed no later than December 16, 2026, and replies shall be filed no later than December 23, 2026. Any hearing on these motions will take place during the week of January ____, 2027.

---

[1] Pursuant to the Court's guidance at the September 15, 2026, hearing, the defense shall provide general categories of potential expert witness testimony by September 30, 2026.

14. The defense shall file an updated exhibit list no later than November 10, 2026. The government shall file any objections to the defense exhibits by November 20, 2026. The defense shall file its response to those objections by December 4, 2026, and the government shall file any reply by December 11, 2026.

15. The defense shall file any motion in limine related to the government's expert witness from the Stasi archives by November 5, 2026. The government shall file any response on November 19, 2026, and any reply shall be filed on November 25, 2026.

16. Counsel shall appear on December 14-17, 2026, at 10:00 a.m. for pretrial motions hearings, including a hearing on any outstanding motions, if necessary and to address other pretrial issues, including objections to proposed voir dire questions, exhibits, jury instructions, and the verdict form.

17. Counsel shall appear on January ___, 2027, at 10:00 a.m. for a final pretrial conference to address any outstanding issues.

Signed: September ____, 2026

______________________________
DABNEY L. FRIEDRICH
United States District Judge