**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:22-cr-392 (DLF)** |
| | ) | |
| **ABU AGILA MOHAMMAD** | ) | |
| **MAS'UD KHEIR AL-MARIMI,** | ) | |
| **Defendant.** | ) | |

**MR. AL-MARIMI'S MOTION TO CONTINUE PREVIOUSLY SERVED WITNESS SUBPOENAS TO NEW TRIAL DATE**

Mr. Al-Marimi moves the Court to order that the witness subpoenas the defense previously served for the August 26, 2026, trial date are continued to the new trial date of January 19, 2027. Once served, a witness has continuing duty to remain subject to the Court's authority until otherwise released. *See, e.g.*, *United States v. Snyder*, 413 F.2d 288, 289 (9th Cir. 1969) (citing *Blackmer v. United States*, 284 U.S. 421, 443 (1932) ("It was the duty of the petitioner to respond to the subpoena and to remain in attendance until excused by the court or by the government's representatives.")); *United States v. Kaneshiro*, 2024 WL 1142673, at *1 (D. Haw. Mar. 15, 2024) ("The duty to respond to a subpoena is a continuing one; delays due to continuations do not negate the witness's obligation to obey the subpoena.").

Because the Court has now rescheduled the trial in this case to begin on January 19, 2027, *see* Oct. 5, 2026, Minute Order, the defense seeks an order from the Court consistent with the authority cited above that the witness subpoenas

that the defense previously served for the August 26, 2026, trial date are continued by order of the Court to the new trial date of January 19, 2027. Mr. Al-Marimi makes this request pursuant to his Sixth Amendment right to compel the attendance of witnesses at trial in his favor. U.S. Const. amend. VI.

Respectfully submitted,

**ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI**

By: /s/

Whitney E.C. Minter
Va. Bar #47193
Brooke Sealy Rupert
Va. Bar #79729
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)

Laura Koenig
Va. Bar #86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)