**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT REGRADING PROPOSED PRETRIAL LITIGATION SCHEDULE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant by and through undersigned Defense Counsel, hereby submit the attached proposed order as directed by Minute Order dated October 5, 2026.

Accordingly, the parties respectfully request that the Court sign the attached proposed pretrial litigation order.

Respectfully submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY

***/s/ Whitney E.C. Minter***
WHITNEY E.C. MINTER (VA Bar No. 47193)
BROOKE S. RUPERT (VA Bar No. 79729)
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Whitney_Minter@fd.org
(703) 600-0800 (telephone)

LAURA KOENIG (Va. Bar No. 86840)
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800 (telephone)
(804) 648-5033 (facsimile)
Laura_Koenig@fd.org (email)

***/s/ Brittany Keil***
BRITTANY KEIL (D.C. Bar No. 500054)
RIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY Bar No. 5289640)
CHARLES R. JONES (D.C. Bar No. 1035541)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 252-7763
Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys
Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 2053