**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-cr-392 (DLF)** |
| **v.** | : | |
| | : | |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**PRETRIAL ORDER**

Consistent with the parties' proposed amended pretrial order, Dkt. 678, and in order to administer the trial of the above-captioned criminal case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in this case in the most efficient manner, it is hereby ORDERED that the parties shall comply with the following procedures and dates absent further order of the Court:

1. Trial. Jury selection will commence on **January 19, 2027, at 9:30 a.m.,** in Courtroom 24.

2. The government shall endeavor to disclose all Rule 16 discovery by October 23, 2026. Any new evidentiary items collected by the government after that date will be promptly disclosed to the defense, and, if appropriate, to the Court, as contemplated by Fed. R. Crim. P. 16(c) and as discussed at the October 5, 2026 Status Conference.

3. The parties shall file any motions to conduct depositions pursuant to Fed. R. Crim. P. 15 no later than September 30, 2026. Any oppositions to those motions shall be filed no later than October 14, 2026, and any replies shall be filed no later than October 21, 2026.

4. The parties shall meet and confer on a schedule for any deposition ordered under Fed. R. Crim. P. 15 and shall include a proposed briefing schedule prior to any deposition the Court orders.

5. The government shall file any reply to defendant's supplemental response regarding Rule 902(4) and MLAT productions, ECF 660, on or before October 8, 2026.

6. The Court will hold a non-evidentiary hearing at 10:00 a.m. on October 15 and October 16, 2026, if necessary, regarding outstanding matters that are fully briefed as of that date.

7. No later than October 26, 2026, the defendant shall file any motions to suppress statement(s) and any motion to reopen the motion to suppress the statement taken by Jamal. The government shall file its opposition(s) thereto no later than November 9, 2026, and the defendant shall file any reply no later than November 16, 2026. The Court will schedule a hearing on any motions to suppress statement(s) or reopen the Jamal suppression litigation beginning on December 1, 2026.

8. The government shall file any motion to reconsider the Court's ruling in ECF 648 on or before October 20, 2026. Any defense response will be due no later than November 3, 2026, and any government reply will be due no later than November 10, 2026.

9. The parties shall provide expert notice for experts they reasonably expect to call in their case-in-chief and motion to suppress by October 23, 2026.

10. The parties shall file a joint update regarding CIPA by October 30, 2026.

11. The parties shall file any motions regarding new experts noticed for the motion to suppress and/or trial no later than November 3, 2026. Responses shall be filed no later than November 17, 2026, and any replies shall be filed no later than November 24, 2026.

12. The parties shall notice any responsive or rebuttal experts by November 13, 2026. Motions related to responsive or rebuttal experts shall be filed by November 30, 2026. Responses shall be filed no later than December 10, 2026, and replies shall be filed no later than December 17, 2026. Any hearing on these motions will take place during the week of January 4, 2027.

13. The parties shall exchange updated exhibit lists no later than November 10, 2026. The parties shall file any objections to the newly noticed exhibits by November 20, 2026. Responses to those objections shall be due by December 4, 2026, and the parties shall file any replies by December 11, 2026.

14. The defense shall file any motion in limine related to the government's expert witness from the Stasi archives by November 5, 2026. The government shall file any response on November 19, 2026, and any reply shall be filed on November 25, 2026.

15. Counsel shall appear on December 14–17, 2026, at 10:00 a.m. for pretrial motions hearings, including a hearing on any outstanding motions if necessary and to address other pretrial issues, including objections to proposed voir dire questions, exhibits, jury instructions, and the verdict form. In the event that additional time is necessary, counsel shall appear on December 7–10, 2026, at 10:00 a.m.

16. Counsel shall appear on January 6 and 7, 2027, at 10:00 a.m. for a final pretrial conference to address any outstanding issues.

Dabney L. Friedrich

DABNEY L. FRIEDRICH
United States District Judge

October 7, 2026