**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING CONSOLIDATED EXPERT NOTICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of its compliance with the deadline for consolidated expert witness disclosures.

On October 30, 2026, the government provided the defense with consolidated expert notice for Peter Claiden (Attachment A) and Chrisopher Protheroe (Attachment B).[1]

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ***/s/ Brittany Keil***

BRITTANY KEIL (D.C. Bar No. 500054)
CONOR MULROE (NY Bar No. 5289640)
ERIK M. KENERSON (OH Bar No. 82960)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
United States Attorney's Office
601 D Street NW, Washington, D.C. 20530
(202) 252-7763 // Brittany.Keil@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys, Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW, Washington, D.C. 20530

[1] The Government also produced Exhibit 8 to the defense, but is not filing that on the public docket.