**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 22-cr-392 (DLF)** |
| **ABU AGILA MOHAMMAD MAS'UD KHEIR AL-MARIMI,** | : | |
| **Defendant.** | : | |

**GOVERNMENT AND DEFENSE JOINT STATUS REPORT TO THE COURT REGARDING THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned Defense Counsel, hereby respectfully inform the Court that the parties have come to an agreement regarding all matters that are currently pending that had been filed pursuant the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3 (2006), and the parties do not anticipate additional CIPA litigation.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

***/s/ Whitney C. Minter***
WHITNEY E. C. MINTER
VA Bar No. 47193
BROOKE SEALY RUPERT
Va. Bar No. 79729
Assistant Federal Public Defender
Attorneys for Mr. Al-Marimi
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 // whitney_minter@fd.org

LAURA KOENIG
Va. Bar No. 86840
Assistant Federal Public Defender
Attorney for Mr. Al-Marimi
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
(804) 343-0800
laura_koenig@fd.org

***/s/ Erik M. Kenerson***
ERIK M. KENERSON (OH Bar No. 82960)
CONOR MULROE (NY BAR NO. 5289640)
BRITTANY KEIL (D.C. Bar No. 500054)
Assistant United States Attorneys
JEROME J. TERESINSKI (PA Bar No. 66235)
Special Assistant United States Attorney
601 D Street NW, Washington, D.C. 20530
(202) 252-7201 // Erik.Kenerson@usdoj.gov

KATHLEEN CAMPBELL (MD Bar No. 9812170031)
JENNIFER BURKE (MD Bar No. 9706250061)
Trial Attorneys, Counter Terrorism Section
National Security Division
950 Pennsylvania Avenue NW,
Washington, D.C. 20530