U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

July 21, 2026

*via email*

Whitney C. Minter
Brooke Rupert
Laura Koenig
Assistant Federal Public Defenders
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314

*Re:* *United States v. Abu Agila Mohammad Mas'ud Kheir Al'Marimi*
Case No. 22-cr-392 (DLF)

Dear Counsel:

By this letter, the government provides notice in the above-captioned case of its intent to call Dr. Karsten Jedlitschka as a witness. Dr. Jedlitschka's testimony will relate to the archival Stasi documents that have been the subject of pretrial litigation.

By providing this notice, we do not concede that Dr. Jedlitschka's anticipated testimony constitutes expert opinion for which notice is required under Fed. R. Crim. Pro. 16(a)(1)(G). Understanding that you may hold a contrary position, we provide this disclosure so that you may file any motions you deem necessary.

Accordingly, the pages that follow contain a complete statement of all opinions the government will elicit from Dr. Jedlitschka in its case-in-chief, which are based on his training, experience, and research; (2) his qualifications, in the form of a *curriculum vitae*, and (3) a list of all publications he has authored in the previous 10 years. Dr. Jedlitschka has not previously testified as a witness in any court proceeding.

Please do not hesitate to contact us if you wish to discuss this expert notice.

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Conor Mulroe
Assistant United States Attorney

## I. STATEMENT OF THE EXPERT'S OPINIONS

The following pages contain Dr. Jedlitschka's statement of his potential testimony, first in German and then in English translation.

### A. Background

After the conclusion of the Second World War, Germany was divided into two states. The Federal Republic of Germany, or “West Germany,” was a capitalist democracy aligned with western powers including the United States. The German Democratic Republic (GDR), or “East Germany,” was a communist dictatorship aligned with the Soviet Union.

The “Stasi,” whose official name was *Ministerium für Staatssicherheit* (“MfS”), was an intelligence serve and secret police in East Germany. They existed to serve the Socialist Unity Party of Germany (“SED”), which controlled the government of the GDR.

### B. The Stasi’s Purposes and Methods

Although the Stasi had police powers, they were separate from the normal police force and acted mainly as an intelligence agency that collected information about GDR citizens and foreigners for intelligence purposes. Their ultimate mission was not to serve the public, but to act as the “shield and the sword” of the SED, strengthening the party and protecting it against its perceived enemies, including by seeking to neutralize dissent through violence and repression.

To promote their effectiveness, the Stasi conducted extensive surveillance and collected enormous amounts of information about large segments of the GDR population as well as foreigners. The types of information gathered could vary widely, from minor details about border crossings to nearly complete biographical documentation of large segments of individuals’ lives.

Much of the information collected by the Stasi came from so-called “unofficial informants,” or “IMs,” who were East Germany citizens recruited as sources. The Stasi also collected a great number of documents. They had access to documents from other parts of the East German government, including the Foreign Ministry. They also had access to documents from businesses like hotels and airlines. Indeed, the main airline of East Germany, Interflug, and the main hotel chain serving foreigners, Interhotel, were owned by the government, making it easy for the Stasi to obtain information about the customers of these businesses.

As an intelligence agency, the Stasi considered it very important that their internal records be accurate. They viewed their role as protecting the party from its enemies, so it was critical to possess reliable information about potential threats so they could be monitored and addressed.

### C. The Archives

The Stasi’s demise came suddenly in the autumn of 1989, when hundreds of thousands of East German citizens took to the streets and toppled the communist dictatorship in the Peaceful Revolution. Stasi employees hastily destroyed records and files, the incriminating evidence of

forty years of intelligence-gathering activity. They shredded, dissolved, or burned huge numbers of documents, but plumes of smoke revealed their attempts. Civil rights activists occupied Stasi buildings and stopped the destruction. These efforts saved immense mountains of records, loose and jumbled documents, miles of shelving full of archives files, and more than 15,500 bags of shredded material.

When the GDR was dissolved and Germany was re-unified, the government and public considered it important that the Stasi's files be preserved, for several reasons.

First, it was important that individual citizens of the former GDR have the ability to learn how they had been surveilled and victimized by the Stasi.

Second, it was important that the files be available for academic and historical research purposes.

Third, it was important that the files be available for use as evidence in the investigation and prosecution of crimes committed by the Stasi.

To accomplish these goals, the Federal Commissioner for Stasi Records (BStU, now the Stasi Records Archive) was set up in 1990, following German reunification. Its headquarters is located in Berlin, at the former headquarters of the MfS, and it has twelve local branches organized according to the former East German districts. Since June 2021, the Stasi Records Archive has been part of the German National Archives (Bundesarchiv), which preserves Germany's national archival heritage at a total of 23 locations.

A special law, the Stasi Records Act (Stasi-Unterlagen-Gesetz, or StUG) of 20 December 1991, guarantees, particularly for the Stasi records, the public's right to information and the individual's right to privacy to this day. The StUG also requires that the archive documents in the Stasi Records Archive be stored and indexed in accordance with the usual archival standards.

In the course of the Peaceful Revolution in the fall of 1989, as briefly mentioned above, the Stasi offices in Berlin and the districts were gradually occupied by courageous citizens and the documents there were secured. Destruction operations that had begun were stopped and the offices and registries of the Stasi were sealed by the citizens' committees in order to secure the documents and prevent losses.

The BStU that was then created took over the Stasi properties and buildings together with the stored documents and then formed its new offices there – in Berlin as well as in the twelve districts of the GDR. In most cases, the archive stacks identical to those of the Stasi were used for this purpose, especially in Berlin, where the Stasi had built modern archive stacks in 1984. If documents were relocated, this was done under the protection and meticulous observance of the provenance in order to preserve the exact context of the transmission, to rule out manipulation and thus to preserve the integrity and authenticity of these documents.

The BStU houses roughly 325,000 linear feet of paper records (files, documents, maps, technical drawings), including 48 million index cards, approximately 154,000 linear feet of documents stored on microfiche, and almost 16,000 bags of shredded Stasi files.

The Stasi also used all kinds of audiovisual records, such as almost 2 million images (photographs, negatives, slides), around 26,000 sound, video, and film recordings on a variety of media, and forty-four Stasi data projects.

The Stasi Records Archive uses strict safeguards to ensure the integrity and authenticity of the records. The stacks and buildings are guarded by their in-house security service. Access to the documents is strictly controlled. The archivists work according to the highest archival standards. Employees are only allowed to access the documents required by their duties. The stacks were and are guarded by their in-house security service. Access to Stasi records is regulated or secured by a special law, the Stasi Records Act. This law regulates in detail the possibilities of inspecting and using Stasi documents for the purposes of personal file inspection, reviews and official use, as well as evaluation for media and research purposes.

Every use is closely supervised, monitored and meticulously documented to ensure that documents are not damaged or tampered with. The preservation of the documents in their original condition is extremely important so that the Stasi Records Archive can fulfill its mission. It is therefore important, among other things, to ensure that victims of the Stasi can obtain accurate and reliable information about how and to what extent they were monitored and persecuted, and that the documents can be used as evidence of criminal activity in court.

**D. Relevant documents**

Pursuant to requests for assistance sent from the Scottish and U.S. authorities to the government of Germany, the BStU searched its files and provided certain records for use in this prosecution. Several of those records are briefly described below.

1. <u>The "Hotel Report," from "OPK Rinde"</u>

I have reviewed a document labeled "**Exhibit 605**." I recognize this as a copy of a Stasi document from the Archives. This is apparent to me because of the document's distinctive appearance as a type I recognize. Also, each page has a stamp with the letters "BSTU," which indicates it was officially provided by the Archives.

This document is an "OPK file," which stands for "Operative Personen Kontrolle" – a type of file compiled by the Stasi about a person of interest whom they observed and surveilled. The codename of this OPK is "Rinde." As shown on the page stamped BSTU 0005, the subjects of this OPK were Ahmad Abdel Rahman and Salem Khader, who were suspected of being associated with the Syrian intelligence service. The goal of the OPK was to clarify their membership in Syrian intelligence

and to prevent them from doing anything against the GDR. As shown on the page stamped BSTU 0006, as a result of the OPK, a travel ban was implemented.

On the pages stamped BSTU 0085 through 0089 (which are marked separately as **Exhibit 609**), the OPK file contains registration cards from the Hotel Metropol. As noted above, it was routine for the Stasi to obtain business records such as these, and many examples of similar cards can be found in the Archives. Hotel registration cards of this type were a routine part of how hotels in the GDR did business. Guests would fill the cards out when they arrived at the hotels.

On the pages stamped BSTU 0104 through 0108 (which are marked separately as **Exhibit 608**), the OPK file contains an "Information Report." This was a common type of document that the Stasi would place in the file to document information as it was obtained. On its last two pages, the Information Report contains information about Abdulhakim Shadi and Abouagele Masud. It reports that Masud and Shadi received visas from the Libyan People's Bureau. It also reports that Masud and Shadi stayed together in room 526 of the Hotel Metropol from April 4 to 5, 1986. The report does not say where the information about the Hotel Metropol came from, but based on my experience with Stasi records, it is reasonable to conclude that the information came directly from the hotel's registration cards like the ones discussed above. I understand that the prosecutors refer to this document as the "Hotel Report."

2. The "Visitors List," from "OPK Box"

I have reviewed a document labeled "**Exhibit 604**," which I recognize as an application for a visa that was submitted to the East German Foreign Ministry for a person named "Musbah Omar Abulgasem." As noted above, it was common for the Stasi to obtain records from other parts of the government, including the Foreign Ministry. I have seen many similar documents stored in the Archives.

I have reviewed a 490-page document labeled "**Exhibit 602**" that, on the page stamped BSTU-000003, has the title "BOX." Based on its contents, this file relates to the bombing of the La Belle discotheque in West Berlin in 1986. West Berlin was not part of East Germany and was therefore outside the normal criminal jurisdiction of the East Germany authorities.

Page BSTU-000051 explains that it is beyond doubt that members of the Libyan People's Bureau prepared terrorist attacks in West Berlin and that similar activities could not be ruled out in the future, which posed a risk of politically discrediting the GDR. Page BSTU-000052 states that the Stasi were to mobilize all operational resources to clarifying the actual background of the attack and develop measures to curb the activities of those involved in planning terrorist attacks – in other words, to prevent such attacks from happening again in the future.

On pages BSTU-000087 through BSTU-00093, the file contains a "Note" about requested entries into the country addressed to members of "SLAVJ/VB," or the Libyan People's Bureau (which

was how Libya referred to its embassies at that time). The Note contains 62 names with information like passport numbers and birthdates (if available). Entry number 61 on the list, "ABULGASM, Musbah Omar," appears to contain identical information to the visa request described just above. Based on my experience with Stasi documents, it is reasonable to conclude that the "Note" was created by summarizing the details of this visa request and other visa requests of the same kind, which the Stasi were able to receive from the Foreign Ministry. I understand that the prosecutors refer to this document as the "Visitors List."

3. The Flight Record

I have reviewed a document labeled "**Exhibit 611,**" with the text "INTERFLUG *** RESI *** 22-APR-86" in the upper-left corner and the stamp BSTU-0046 in the upper-right. Interflug was the state-owned airline of East Germany. As noted above, it was common for the Stasi to obtain records from airlines and make the records part of their files. Because of the BSTU stamp, I recognize this Interflug document as having come from the Stasi files. The Stasi relied on airline records for accurate information because they wished to keep track of people entering and leaving the country. I understand that the prosecutors refer to this document as the "Flight Record."

* * *

I am confident that the documents discussed above, and indeed all of the documents in the Archives, are authentic documents from the Stasi's records. I have never heard of a fabricated document being placed into the Archives, and I do not see how this could possibly happen given the security measures that are in place.

### A. Hintergrund

Nach dem Ende des Zweiten Weltkriegs wurde Deutschland in zwei Staaten geteilt. Die Bundesrepublik Deutschland, oder "Westdeutschland", war eine kapitalistische Demokratie, die mit westlichen Mächten, einschließlich der Vereinigten Staaten, verbündet war. Die Deutsche Demokratische Republik (DDR), oder "Ostdeutschland", war eine kommunistische Diktatur, die mit der Sowjetunion verbündet war.

Die "Stasi", deren offizieller Name Ministerium für Staatssicherheit (MfS) lautete, war ein Nachrichtendienst und eine Geheimpolizei in Ostdeutschland. Sie existierten, um der Sozialistischen Einheitspartei Deutschlands (SED) zu dienen, die die Regierung der DDR kontrollierte.

### B. Ziele und Methoden der Stasi

Obwohl die Stasi Polizeibefugnisse hatte, war sie von der normalen Polizei getrennt und fungierte hauptsächlich als Nachrichtendienst, der Informationen über DDR-Bürger und Ausländer zu Geheimdienstzwecken sammelte. Ihre ultimative Mission war es nicht, der Öffentlichkeit zu dienen, sondern als "Schild und Schwert" der SED zu fungieren, die Partei zu stärken und sie gegen ihre vermeintlichen Feinde zu schützen, unter anderem indem sie versuchten, Dissens durch Gewalt und Repression zu neutralisieren.

Um ihre Wirksamkeit zu fördern, führte die Stasi umfangreiche Überwachung durch und sammelte enorme Mengen an Informationen über große Teile der DDR-Bevölkerung sowie über Ausländer. Die Art der gesammelten Informationen konnte stark variieren, von kleinen Details über Grenzübergänge bis hin zu nahezu vollständigen biografischen Dokumentationen großer Lebensbereiche von Menschen.

Ein Großteil der von der Stasi gesammelten Informationen stammte von sogenannten "inoffiziellen Mitarbeitern" oder "IMs", also ostdeutsche Bürger, die als Quellen rekrutiert wurden. Die Stasi sammelte auch eine große Anzahl von Dokumenten. Sie hatten Zugang zu Dokumenten aus anderen Teilen der ostdeutschen Regierung, einschließlich des Außenministeriums. Sie hatten auch Zugang zu Dokumenten von Unternehmen wie Hotels und Fluggesellschaften. Tatsächlich gehörten die Hauptfluggesellschaft der DDR, Interflug, und die Haupthotelkette für Ausländer, Interhotel, der Regierung, was es der Stasi erleichterte, Informationen über die Kunden dieser Unternehmen zu erhalten.

Als Geheimdienst hielt die Stasi es für sehr wichtig, dass ihre internen Aufzeichnungen korrekt waren. Sie sahen ihre Rolle darin, die Partei vor ihren Feinden zu schützen, daher war es entscheidend, verlässliche Informationen über potenzielle Bedrohungen zu haben, damit diese überwacht und angegangen werden konnten.

### C. Die Archive

Der Untergang der Stasi kam plötzlich im Herbst 1989, als Hunderttausende ostdeutsche Bürger auf die Straße gingen und die kommunistische Diktatur in der Friedlichen Revolution stürzten. Stasi-Mitarbeiter vernichteten hastig Unterlagen und Akten, die belastenden Beweise für vierzig Jahre Informationsbeschaffung. Sie schredderten, lösten auf oder verbrannten riesige Mengen von Dokumenten, doch Rauchwolken verrieten ihre Versuche. Bürgerrechtsaktivisten besetzten Stasi-Gebäude und stoppten die Zerstörung.

Diese Bemühungen retteten gewaltige Berge von Unterlagen, lose und durcheinandergeworfene Dokumente, Meilen von Regalen voller Archivakten und mehr als 15.500 Säcke mit geschreddertem Material. Als die DDR aufgelöst und Deutschland wiedervereinigt wurde, hielten Regierung und Öffentlichkeit es aus mehreren Gründen für wichtig, die Akten der Stasi zu bewahren.

Erstens war es wichtig, dass einzelne Bürger der ehemaligen DDR die Möglichkeit haben zu erfahren, wie sie von der Stasi überwacht und zum Opfer gemacht wurden.

Zweitens war es wichtig, dass die Akten für akademische und historische Forschungszwecke verfügbar waren.

Drittens war es wichtig, dass die Akten als Beweismittel bei der Untersuchung und Strafverfolgung von von der Stasi begangenen Straftaten zur Verfügung standen.

Um diese Ziele zu erreichen, wurde 1990 nach der deutschen Wiedervereinigung der Bundesbeauftragte für Stasi-Unterlagen (BStU, heute Stasi-Unterlagen-Archiv) eingerichtet. Der Hauptsitz befindet sich in Berlin, im ehemaligen Hauptsitz der MfS, und sie verfügt über zwölf Außenstellen, die nach den ehemaligen ostdeutschen Bezirken organisiert sind. Seit Juni 2021 ist das Stasi-Unterlagen-Archiv Teil des deutschen Nationalarchivs (Bundesarchiv), das an insgesamt 23 Standorten das nationale archivalische Erbe Deutschlands verwahrt. Ein Sondergesetz, das Stasi-Unterlagen-Gesetz (StUG) vom 20. Dezember 1991, garantiert bis heute speziell für die Überlieferungen der Stasi das Informationsrecht der Öffentlichkeit und das Recht des Einzelnen auf Privatsphäre. Die StUG verlangt außerdem, dass im Stasi-Unterlagen-Archiv die Archivunterlagen nach den üblichen archivfachlichen Standards verwahrt und erschlossen werden.

Im Zuge der Friedlichen Revolution im Herbst 1989 waren, wie oben bereits kurz erwähnt, die Dienststellen der Stasi in Berlin und den Bezirken nach und nach von mutigen Bürgern besetzt und die dortigen Unterlagen gesichert worden. Begonnene Vernichtungsaktionen wurden gestoppt und die Diensträume und Registraturen der Stasi wurden von den Bürgerkommitees versiegelt, um die Unterlagen zu sichern und Verluste zu verhindern. Der dann geschaffene BStU übernahm die Liegenschaften und Gebäude der Stasi zusammen mit den verwahrten Unterlagen und bildete dort

dann seine neuen Dienststellen – in Berlin wie in den zwölf Bezirken der DDR. Meist wurden hierfür sogar die identischen Archivmagazine wie die der Stasi genutzt, insbesondere in Berlin, wo die Stasi 1984 ein modernes Archivmagazin errichtet hatte. Sofern Unterlagen umgelagert wurden, erfolgte dies unter Schutz und akribischer Beachtung der Provenienz, um den Überlieferungszusammenhang exakt zu erhalten, Manipulationen auszuschließen und so die Integrität und Authentizität dieser Unterlagen zu erhalten.

Das Stasi-Unterlagen-Archiv verwahrt insgesamt knapp 112,5 km Schriftgut(Akten, Dokumente, Karten, technische Zeichnungen), darunter auch über 48 Millionen Karteikarten, etwa 47 km Dokumente, die auf Mikrofiche gespeichert sind, und fast 16.000 Säcke mit geschredderten Stasiakten. Die Stasi nutzte außerdem alle Arten von audiovisuellen Aufzeichnungen, wie knapp 2 Millionen Bilder (Fotografien, Negative, Dias), rund 26.000 Ton-, Video- und Filmaufnahmen auf verschiedenen Medien sowie vierundvierzig Stasi-Datenprojekte.

Das Stasi-Unteragen-Archiv verwendet strenge Schutzmaßnahmen, um die Integrität und Authentizität der Unterlagen zu gewährleisten. Die Magazine und Gebäude werden durch einen eigenen Haussicherungsdienst bewacht. Der Zugang zu den Dokumenten ist streng kontrolliert. Die Archivare arbeiten nach höchsten archivfachlichen Standards. Mitarbeiter dürfen nur auf die Dokumente zugreifen, die durch ihre Pflichten erforderlich sind. Die Magazine wurden und werden durch einen eigenen Haussicherungsdienst bewacht. Der Zugang zu Stasi-Unterlagen ist durch ein Spezialgesetz, das Stasi-Unterlagen-Gesetz, geregelt bzw. abgesichert. Dieses Gesetz regelt detailliert die Möglichkeiten der Einsichtnahme und Nutzung der Stasi-Unterlagen für die Zwecke der persönlichen Akteneinsicht, von Überprüfungen und amtlicher Nutzung sowie der Auswertung für Belange von Medien und Forschung. Jede Nutzung wird eng betreut, überwacht und akribisch dokumentiert, um sicherzuzustellen, dass Unterlagen nicht beschädigt oder manipuliert werden. Die Erhaltung der Dokumente im Originalzustand ist äußerst wichtig, das Stasi-Unterlagen-Archiv seine Mission erfüllen kann. Es ist daher unter anderem wichtig, sicherzustellen, dass Opfer der Stasi exakte und verlässliche Informationen darüber erhalten können, wie und in welchem Umfang sie überwacht und verfolgt wurden, und dass die Dokumente als Beweis für kriminelle Aktivitäten vor Gericht verwendet werden können.

### D. Relevante Dokumente

Gemäß Hilfsanfragen der schottischen und US-Behörden an die deutsche Regierung durchsuchte die BStU ihre Akten und stellte bestimmte Unterlagen für diese Strafverfolgung zur Verfügung. Mehrere dieser Aufzeichnungen werden unten kurz beschrieben.

1. <u>Der "Hotelbericht" aus "OPK Rinde"</u>

Ich habe ein Dokument mit der Aufschrift "Exhibit 605" überprüft. Ich erkenne dies als eine Kopie eines Stasi-Dokuments aus dem Archiv. Das ist mir offensichtlich, weil das Dokument als ein Typ

charakteristisch ist, den ich erkenne. Außerdem trägt jede Seite einen Stempel mit den Buchstaben "BSTU", was darauf hinweist, dass sie offiziell vom Archiv bereitgestellt wurde.

Dieses Dokument ist eine "OPK-Akte", was für "Operative Person Kontrolle" steht – eine Art Akte, die von der Stasi über eine Person von Interesse zusammengestellt wurde, die sie beobachtet und überwacht haben. Der Codename dieses OPK ist "Rinde". Wie auf der Seite mit dem Stempel BSTU 0005 zu sehen, waren die Zielpersonen dieses OPK Ahmad Abdel Rahman und Salem Khader, die verdächtigt wurden, mit dem syrischen Geheimdienst verbunden zu sein. Das Ziel der OPK war es, ihre Zugehörigkeit zum syrischen Geheimdienst zu klären und zu verhindern, dass sie etwas gegen die DDR unternehmen. Wie auf der mit BSTU 0006 gestempelten Seite zu sehen ist, wurde infolge des OPK ein Reiseverbot verhängt.

Auf den Seiten mit BSTU 0085 bis 0089 (die separat als Exhibit 609 gekennzeichnet sind), enthält die OPK-Akte Registrierungskarten vom Hotel Metropol. Wie oben erwähnt, war es für die Stasi üblich, Geschäftsunterlagen wie diese zu beschaffen, und viele Beispiele ähnlicher Karten sind im Archiv zu finden. Hotelregistrierungskarten dieser Art waren ein routinemäßiger Bestandteil der Geschäftstätigkeit in Hotels in der DDR. Die Gäste füllten die Karten aus, wenn sie in den Hotels ankamen.

Auf den Seiten mit BSTU 0104 bis 0108 (die separat als Exhibit 608 gekennzeichnet sind), enthält die OPK-Akte einen "Informationsbericht". Dies war eine gängige Art von Dokument, das die Stasi in die Akte legte, um Informationen zu dokumentieren, sobald sie erlangt wurden. Auf den letzten beiden Seiten enthält der Informationsbericht Informationen über Abdulhakim Shadi und Abouagele Masud. Dort steht, dass Masud und Shadi Visa vom libyschen Volksbüro erhalten haben. Es wird außerdem berichtet, dass Masud und Shadi vom 4. bis 5. April 1986 gemeinsam im Zimmer 526 des Hotel Metropol übernachteten. Der Bericht sagt nicht, woher die Informationen über das Hotel Metropol stammen, aber basierend auf meiner Erfahrung mit Stasi-Unterlagen ist es angemessen anzunehmen, dass die Informationen direkt von den Hotelregistrierungskarten wie den oben besprochenen stammen. Ich verstehe, dass die Staatsanwälte dieses Dokument als den "Hotelbericht" bezeichnen.

2. <u>Die "Besucherliste" aus "OPK Box"</u>

Ich habe ein Dokument mit der Aufschrift "Exhibit 604" geprüft, das ich als einen Antrag auf ein Visum erkenne, der beim ostdeutschen Außenministerium für eine Person namens "Musbah Omar Abulgasem" eingereicht wurde. Wie oben erwähnt, war es üblich, dass die Stasi Unterlagen aus anderen Regierungsbereichen, einschließlich des Außenministeriums, erhielt. Ich habe viele ähnliche Dokumente gesehen, die im Archiv aufbewahrt werden.

Ich habe ein 490-seitiges Dokument mit der Aufschrift "Exhibit 602" geprüft, das auf der Seite mit dem Stempel BSTU-000003 den Titel "BOX" trägt. Basierend auf ihrem Inhalt bezieht sich diese Akte auf den Bombenanschlag auf die Diskothek La Belle in West-Berlin im Jahr 1986. West-

Berlin gehörte nicht zu Ostdeutschland und lag daher außerhalb der normalen strafrechtlichen Zuständigkeit der DDR-Behörden.

Seite BSTU-000051 erklärt, dass es zweifelsfrei ist, dass Mitglieder des Libyschen Volksbüros Terroranschläge in West-Berlin vorbereiteten und dass ähnliche Aktivitäten in Zukunft nicht ausgeschlossen werden konnten, was die Gefahr einer politischen Diskreditierung der DDR darstellte. Seite BSTU-000052 besagt, dass die Stasi alle operativen Ressourcen mobilisieren sollte, um den tatsächlichen Hintergrund des Anschlags zu klären und Maßnahmen zu entwickeln, um die Aktivitäten derjenigen einzudämmen, die an der Planung terroristischer Anschläge beteiligt sind – mit anderen Worten, um solche Anschläge in Zukunft zu verhindern.

Auf den Seiten BSTU-000087 bis BSTU-00093 enthält die Akte eine "Notiz", die an Mitglieder von "SLAVJ/VB" oder dem libyschen Volksbüro (so wie Libyen damals seine Botschaften bezeichnete) adressiert wurde, bezüglich beantragter Einreisen ins Land. Die Notiz enthält 62 Namen mit Angaben wie Passnummern und Geburtsdaten (sofern verfügbar). Einreisenummer 61 auf der Liste, "ABULGASM, Musbah Omar", scheint identische Informationen wie der oben beschriebene Visumantrag zu enthalten. Basierend auf meinen Erfahrungen mit Stasi-Dokumenten ist es angemessen anzunehmen, dass die "Notiz" erstellt wurde, indem die Details dieses Visumantrags und anderer ähnlicher Visumanträge, die die Stasi vom Außenministerium erhalten konnte, zusammengefasst wurde. Ich verstehe, dass die Staatsanwälte dieses Dokument als die "Besucherliste" bezeichnen.

3. Das Flugprotokoll

Ich habe ein Dokument mit der Beschriftung "Exhibit 611" geprüft, mit dem Text "INTERFLUG *** RESI *** 22-APR-86" in der oberen linken Ecke und dem Stempel BSTU-0046 oben rechts. Interflug war die staatliche Fluggesellschaft der DDR. Wie oben erwähnt, war es üblich, dass die Stasi Unterlagen von Fluggesellschaften erhielt und diese ihren Unterlagen hinzufügte. Wegen des BSTU-Stempels erkenne ich dieses Interflug-Dokument als aus den Stasi-Akten stammend. Die Stasi verließ sich auf Fluggesellschaftsdaten für genaue Informationen, weil sie die Ein- und Ausreise von Personen verfolgen wollte. Ich verstehe, dass die Staatsanwälte dieses Dokument als das "Flugprotokoll" bezeichnen.

* * *

Ich bin zuversichtlich, dass die oben besprochenen Dokumente und tatsächlich alle Dokumente im Archiv authentische Dokumente aus den Unterlagen der Stasi sind. Ich habe noch nie gehört, dass ein gefälschtes Dokument in die Archive gelegt wurde, und ich sehe nicht, wie das angesichts der bestehenden Sicherheitsmaßnahmen passieren könnte.

## II. QUALIFICATIONS

The following pages contain Dr. Jedlitschka's *curriculum vitae*.

# CURRICULUM VITAE

## zur Person

ArchD Dr. Karsten Jedlitschka, M.A.
geb. 12.08.1972 in Augsburg
römisch-katholisch
verheiratet, eine Tochter

## Schulbildung

| | |
|---|---|
| 1979-1983 | Grundschule in Wörthsee |
| 1983-1992 | *Rhabanus-Maurus-Gymnasium St. Ottilien* (humanistisches Gymnasium mit neusprachlichem Zweig); Abschluss mit Abitur (1,4) |

## Grundwehrdienst

| | |
|---|---|
| 1.10.1992-30.9.1993 | Ableisten des Grundwehrdienstes beim *Gebirgsmusikkorps 8* in Garmisch-Partenkirchen |

## Hochschulstudium

| | |
|---|---|
| Seit WS 1993/94 | Studiengang Lehramt Gymnasium Deutsch/Geschichte (vertieft) und Magisterstudiengang Neuere und Neueste Geschichte/Mittelalterliche Geschichte/Deutsche Sprache und Literatur des Mittelalters an der Universität München |
| Sommer 1999 | Abschluss *Magister Artium* (1,00 = mit Auszeichnung) |
| Frühjahr 2000 | Ablegen der *Ersten Staatsprüfung für das gymnasiale Lehramt in Bayern* in den Fächern Deutsch und Geschichte (1, 57) |
| September 2000-April 2001, Januar-März 2002 | *Visiting Scholar* an der *Princeton University, Department of History* für das akademische Jahr 2000/2001 (*oversea study*-Stipendium der *Studienstiftung des deutschen Volkes*) |
| Februar 2004 | Promotion Universität München *magna cum laude* (1,0); Doktorvater: Prof. Dr. Winfried Schulze, Universität München (Promotionsstipendium der *Studienstiftung des deutschen Volkes*) |

## Stipendien

Verschiedene Stipendien der *Studienstiftung des deutschen Volkes*

## Fremdsprachen

Alte Sprachen: Latein, Griechisch

Moderne Sprachen: Englisch, Französisch (Grundkenntnisse), Italienisch (Grundkenntnisse)

## Beruflicher Werdegang

| | |
|---|---|
| 1.10.1995-30.9.1999 | Studentische Hilfskraft bei der *Stiftung Historisches Kolleg München/Center for Advanced Study* für die Professoren Werner Eck (Köln), Dietmar Willoweit (Würzburg), Wolfgang Reinhard (Freiburg) und Harold James (Princeton). |
| 1997/1998 | Freie Mitarbeit beim Verlag *C.H. Beck* München im Rahmen der Übersetzungen von Otto Pflanze: Bismarck and the development of Germany, 3 Bde, Princeton 1990 und David Clay Large: Where Ghosts walked. Munich's Road to the Third Reich, New York 1997. |
| 1.10.1999-30.4.2000 | Wissenschaftliche Hilfskraft am *Lehrstuhl Prof. Dr. Winfried Schulze*, Universität München |
| 1.5.2003-30.4.2005 | Referendariat *Sächsisches Hauptstaatsarchiv Dresden* und *Archivschule Marburg;* Zweite Staatsprüfung für den höheren Archivdienst mit „gut" (12 Punkte) |
| 1.5.-31.12.2005 | *Deutsches Historisches Institut* in Rom, Archiv |
| 1.1.2006-31.10.2007 | *Nationale Akademie der Wissenschaften Leopoldina* in Halle/Saale, Leiter Archiv |
| 1.11.2007-12.03.2017 | *BStU,* Abteilung Archiv, Referatsleiter AR 1 Grundsatz und stellv. Abteilungsleiter AR |
| 15.10.-30.11.2014 | *Büro Bundeskanzler a.D. Dr. Helmut Kohl* (vorübergehende Abordnung zum Bundeskanzleramt) |
| seit 13.03.2017 | *BStU,* Abteilung Auskunft, Referatsleiter AU 5 Anträge für Zwecke der Forschung und der politischen Bildung sowie von Presse, Rundfunk und Film und stellv. Abteilungsleiter AU |

## Gremienarbeit

Mitglied im „Arbeitskreis Bewertung" des *Verbandes deutscher Archivarinnen und Archivare - VdA* von 2008-2017

Mitarbeit in Auswahlkommissionen und im Mentoring-Programm der *Studienstiftung des deutschen Volkes* seit 2006

## Besondere Neigungen und Interessen

*Klassische Musik:* Fagott und Klarinette, Gesang (Mitwirkung in Chören und Orchestern, gegenwärtig 1. Fagottist bei der *cappella academica* der Humboldt-Universität zu Berlin)

*Alpine Sportarten:* Bergsteigen, Mountain-Biking, Alpin- und Tourenskilauf

Falkensee, im Mai 2026

gez. Dr. Karsten Jedlitschka

## I. PUBLICATIONS

The following pages contain a list of Dr. Jedlitschka's publications.

# Publikationen und Vorträge

## Monographien & Herausgeberschaften

Wissenschaft und Politik. Der Fall des Münchner Historikers Ulrich Crämer (1907-1992), Berlin: Duncker&Humblot 2006.

zusammen mit Matthias Erben und Andreas Thulin: Akademisches Orchester Halle. 50 Jahre universitäres Musizieren, Halle 2007.

Das Archiv der Deutschen Akademie der Naturforscher Leopoldina (Acta Historica Leopoldina, Supplement 4), Stuttgart: Wissenschaftliche Verlagsgesellschaft 2007 [116 S.], 2. erg. Aufl. 2008.

Singuläres Erbe. Die archivalischen Hinterlassenschaften der Staatssicherheit (Universitätsreden 94), Saarbrücken 2013.

zusammen mit Philipp Springer (Hgg.): Das Gedächtnis der Staatssicherheit. Die Kartei- und Archivabteilung des MfS, Göttingen 2015.

zusammen mit Jens Niederhut und Philipp Springer (Hgg.): Verschluss-Sachen. Dokumente, Fotos und Objekte aus dem Archiv der Staatssicherheit, Berlin 2017.

## Aufsätze

Wilhelm von Humboldts „Ideen zu einem Versuch, die Grenzen der Wirksamkeit des Staats zu bestimmen" (1792). Die Freiheit des Einzelnen gegenüber dem Staat. Praktikables Leitbild für eine Umgestaltung unseres Bildungssystems?, in: Vom Betreuungsstaat zur Bürgergesellschaft – Kann die Gesellschaft sich selbst regeln und erneuern? VII. Kongress „Junge Kulturwissenschaft und Praxis" der Hans Martin Schleyer-Stiftung vom 14.-16. Juni 2000, Köln 2000, S. 112/113.

Auch Werner Albring begründete den guten Ruf der TU Dresden. Sammlung wissenschaftlicher Überlieferungen im Universitätsarchiv, in: Dresdner Universitätsjournal 14 (2003), Nr. 17, S. 5.

Bewertungs- und Archivierungskonzept zu den Unterlagen des Sächsischen Landesamtes zur Regelung offener Vermögensfragen [19 S., Mskr., Dresden 2003].

Hermann Moritz Kastner, in: Sächsische Biografie, herausgegeben vom Institut für Sächsische Geschichte und Volkskunde e.V. [2005], wissenschaftliche Leitung: Martina Schattkowsky, Online-Ausgabe: http://www.tu-dresden.de/isgv/.

Die Ständige Konferenz der Innenminister und -senatoren der Länder. Konzept einer archiv- und länderübergreifenden Überlieferungsbildung, in: Alexandra Lutz (Hg.): Neue Konzepte für die archivische Praxis. Ausgewählte Transferarbeiten des 37. und 38. wissenschaftlichen Kurses an der Archivschule Marburg, Marburg 2006, S. 189-221.

Das Archiv des Deutschen Historischen Instituts in Rom, in: Der Archivar 59 (2006), S. 196-198.

Allgäu-Forscher mit braunen Wurzeln. Eine neue Biographie lässt Ulrich Crämer in einem anderen Licht erscheinen, in: Allgäuer Zeitung Nr. 166 vom 21.7.2006.

Professor von Hitlers Gnaden: Der Münchner Neuzeithistoriker Ulrich Crämer (1907-1992), in: Elisabeth Kraus (Hg.): Die Universität München im Dritten Reich. Aufsätze. Teil I, München 2006, S. 299-344.

Das Archiv des Deutschen Historischen Instituts in Rom. Geschichte und Bestände, in: Quellen und Forschungen aus italienischen Archiven und Bibliotheken 86 (2006), S. 1-40.

Quellen aus über 350 Jahren Wissenschaftsgeschichte. Das Archiv der Deutschen Akademie der Naturforscher Leopoldina in Halle (Saale): Entwicklung, Beständeprofil, Zugang, in: Archivalische Zeitschrift 89 (2007), S. 147-170.

Die „Parteiamtliche Prüfungskommission zum Schutze des nationalsozialistischen Schrifttums". Zensurfelder und Arbeitsweise am Beispiel des Münchner Lektors Ulrich Crämer, in: Archiv für Geschichte des Buchwesens 62 (2008), S. 213-226.

The archive of the German Academy of Sciences Leopoldina in Halle (Saale): more than 350 years of the history of science, in: Notes&Records of the Royal Society 62 (2008), S. 237-244.

Delegation der BStU beim IPN in Warschau, in: Der Archivar 61 (2008), S. 176.

Old boys network. Der „Verband der nicht-amtierenden (amtsverdrängten) Hochschullehrer" und seine Lobbypolitik in Bayern am Beispiel der Universität München, in: Elisabeth Kraus (Hg.): Die Universität München im Dritten Reich. Aufsätze. Teil II, München 2008, S. 571-613.

Ein vergessenes Kapitel des transatlantischen Pazifismus - Die New History Society (1929-1958), in: Elisabeth Kraus (Hg.): Die Universität München im Dritten Reich. Aufsätze. Teil II, München 2008, S. 381-388.

Archivtagung „Erschließung und Zugang" im Archiv der BStU-Zentralstelle, in: Der Archivar 61 (2008), S. 394.

Der Münchner Romanist Hans Rheinfelder (1898-1971). Humanitärer Pazifist und christlicher Humanist, in: Zeitschrift für bayerische Landesgeschichte 72 (2009), S. 129-149.

zusammen mit Ralf Blum: Filme der Staatssicherheit. Viertes Nutzerforum der Bundesbeauftragten für die Unterlagen des Staatssicherheitsdienstes der ehemaligen DDR, in: Archivar 62 (2009), S. 426/427.

Fifth International Conference on the History of Records and Archives (I-CHORA 5) vom 1.-3. Juli 2010 in London, in: Archivar 63 (2010), S. 437/438.

zusammen mit Stephan Wolf: Den Akten der Staatssicherheit auf der Spur. Bilanz nach zwei Jahrzehnten, in: Jahrbuch der Juristischen Zeitgeschichte 11 (2010), S. 115-140.

Kunst und Wissenschaft. Zoologische Illustrationen in den Nova Acta im Archiv der Deutschen Akademie der Naturforscher Leopoldina, in: Katrin Dziekan/Ute Pott (Hgg.):

Lesewelten – Historische Bibliotheken. Büchersammlungen des 18. Jahrhunderts in Museen und Bibliotheken Sachsen-Anhalts, Halle 2011, S. 150-162.

ABM-utvikling Konferenz 2010 in Oslo, in: Archivar 64 (2011), S. 216/217.

Sichtungen. Die DDR in den Archiven, in: Anja Bohnhof: Zu den Akten, Potsdam/Dresden 2011, S. 3-6.

Stasi-Archiv multimedial, in: Archivar 64 (2011), S. 310-312.

Allmacht und Ohnmacht. Das Zentralarchiv der Staatssicherheit, in: Archive unter Dach und Fach. Bau, Logistik, Wirtschaftlichkeit. 80. Deutscher Archivtag in Dresden, red. Heiner Schmitt, Fulda 2011, S. 175-192.

Archivierte Diktatur. Die Überlieferungen der DDR-Staatssicherheit, in: Scrinium 65 (2011), S. 61-79.

Arhiv Stasija - preteklost in sedanjost (The Stasi Archives. Past & Present), in: Primeri razlinčnih praks v slovenskih arhivih: zbornik referatov. 25. zborovanje Arhiviskega društva Slovenije, Ljubljana 2011, S. 19-31.

Die „Geheime Ablage“ der Abteilung XII (Zentrale Auskunft/Speicher) des Ministeriums für Staatssicherheit, in: Irmgard Christa Becker/Volker Hirsch/Annegret Wenz-Haubfleisch (Hgg.): Neue Strukturen - bewährte Methoden? Was bleibt vom Archivwesen der DDR. Beiträge zum 15. Archivwissenschaftlichen Kolloquium der Archivschule Marburg (Veröffentlichungen der Archivschule Marburg, Institut für Archivwissenschaften, 53), Marburg 2011, S. 107-125.

zusammen mit Stephan Wolf: 20 Jahre Bewegung. Beständezuwächse und Abgaben in den Archiven des Bundesbeauftragten für die Unterlagen des Staatssicherheitsdienstes der ehemaligen DDR, in: Archivalische Zeitschrift 92 (2011), S. 27-59.

zusammen mit Matthias Buchholz et. al.: Überlieferungsbildung im Verbund. Positionspapier des Arbeitskreises „Archivische Bewertung“ im VdA – Verband deutscher Archivarinnen und Archivare, in: Archivar 65 (2012), S. 6-11.

The Lives of Others: East German State Security Service’s archival legacy, in: American Archivist 75 (Spring/Summer 2012), S. 81-108.

Arkanum der Macht. Die Geheime Ablage im Zentralarchiv der Staatssicherheit, in: Vierteljahrshefte für Zeitgeschichte 60 (2012), S. 279-290.

The Documentation of Communist Security Authorities. Internationale Konferenz zu den Überlieferungen kommunistischer Geheimpolizeien in Warschau, in: Archivar 66 (2013), S. 70-72.

zusammen mit Stephan Wolf: Die Stasi-Unterlagen-Behörde – Archivische Bildungsarbeit als „Schule der Demokratie“, in: Jens Aspelmeier (Hg.): Transparenz für die Bürger? Perspektiven historischer Öffentlichkeits- und Bildungsarbeit in Archiven. Beiträge zum 17. Archivwissenschaftlichen Kolloquium der Archivschule Marburg, Marburg 2014, S. 205-238.

Managing Stasi Archives. Special tasks and challenges, in: The Documentation of Communist Authorities. Materials of the International Conference Warsaw, 4-5 October 2012, ed. Wladyslaw Stepniak, Warschau 2014, S. 106-123.

„Staatsgeheimnisse von zentraler Bedeutung". Die „Geheime Ablage" der Abteilung XII, in: Karsten Jedlitschka/Philipp Springer (Hgg.): Das Gedächtnis der Staatssicherheit. Die Kartei- und Archivabteilung des MfS, Göttingen 2015, S. 151-165.

Speicher einer Diktatur. Zu Bau und Geschichte des Zentralarchivs der Staatssicherheit in Berlin-Lichtenberg, in: Karsten Jedlitschka/Philipp Springer (Hgg.): Das Gedächtnis der Staatssicherheit. Die Kartei- und Archivabteilung des MfS, Göttingen 2015, S. 335-360.

1960. Im Fadenkreuz der Stasi – Die XVII. Olympischen Spiele in Rom, in: Karsten Jedlitschka/Jens Niederhut/Philipp Springer (Hgg.): Verschluss-Sachen. Dokumente, Fotos und Objekte aus dem Archiv der Staatssicherheit, Berlin 2017, S. 53-56.

1984. Professionell in die finale Krise – Das neue Zentralarchiv der Stasi, in: Karsten Jedlitschka/Jens Niederhut/Philipp Springer (Hgg.): Verschluss-Sachen. Dokumente, Fotos und Objekte aus dem Archiv der Staatssicherheit, Berlin 2017, S. 149-152.

Drei Jahrzehnte Aufarbeitung. Die Nutzung der Stasi-Überlieferungen durch Forschung und Medien, in: RECHTsicher – Archive und ihr rechtlicher Rahmen. 89. Deutscher Archivtag in Suhl (= Tagungsdokumentationen zum Deutschen Archivtag, Band 24), Fulda 2020, S. 121-135.

**Rezensionen**

Gümbel, Annette: „Volk ohne Raum". Der Schriftsteller Hans Grimm zwischen nationalkonservativem Denken und völkischer Ideologie (Quellen und Forschungen zur hessischen Geschichte 134), Darmstadt/Marburg 2003, in: Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 109 (2004), S. 357-359.

Menk, Gerhard: Gustav Könnecke (1845-1920). Ein Leben für das Archivwesen und die Kulturgeschichte (Hessische Forschungen zur geschichtlichen Landes- und Volkskunde 42), Marburg 2004, in: Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 110 (2005), S. 376/377.

Brodhäcker, Karl: „Wir wollen zu Land ausfahren". Bündische Jugend – Politische- und Vereins-Jugend in Alsfeld nach dem 1. Weltkrieg bis 1933. Geschichts- und Museumsverein, Alsfeld 2004, in: Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 110 (2005), S. 359/360.

Keiderling, Thomas (Hg.): F.A. Brockhaus 1805–2005. Die Festschrift, 2 Bde., Mannheim 2005, in: Zeitschrift für Unternehmensgeschichte 51 (2006), S. 244/245.

Mierau, Peter: Nationalsozialistische Expeditionspolitik. Deutsche Asien-Expeditionen 1933–1945 (Münchner Beiträge zur Geschichtswissenschaft, Band 1), München 2006, in: Historische Literatur 4 (2006), Heft 4, S. 224-226. (= H-Soz-u-Kult am 12.12.2006).

Matheus, Michael (Hg.): Deutsche Forschungs- und Kulturinstitute in Rom in der Nachkriegszeit (Bibliothek des Deutschen Historischen Instituts in Rom 112), Tübingen 2007,

in: Quellen und Forschungen aus italienischen Archiven und Bibliotheken 88 (2008), S. 628/629.

Scholten, Jens: Zwischen Markt und Parteiräson. Die Unternehmensgeschichte des »Vorwärts« 1948 bis 1989, Essen 2008, in: Zeitschrift für Unternehmensgeschichte 54 (2009), S. 230/231.

Toellner, Richard – Müller, Uwe – Parthier, Benno – Berg, Wieland (Hg.): Die Gründung der Leopoldina – Academia Naturae Curiosorum – im historischen Kontext. Johann Laurentius Bausch zum 400. Geburtstag. Leopoldina-Symposium vom 29. September bis 1. Oktober 2005 (Acta Historica Leopoldina 49), Stuttgart 2008, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), S. 259-261.

Garke-Rothbart, Thomas: „… für unseren Betrieb lebensnotwendig“. Georg von Holtzbrinck als Verlagsunternehmer im Dritten Reich. Mit einer Einführung von Siegfried Lokatis (Archiv für Geschichte des Buchwesens 7), München 2008, in: Historische Literatur 8 (2010), Heft 2, S. 185-187 (=H-Soz-u-Kult, 12.04.2010).

Lehr, Stefan: Ein fast vergessener „Osteinsatz“. Deutsche Archivare im Generalgouvernement und im Reichskommissariat Ukraine (Schriften des Bundesarchivs 68), Düsseldorf 2007, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), S. 274-276.

Willoweit, Dietmar (Hg.): Denker, Forscher und Entdecker. Eine Geschichte der Bayerischen Akademie der Wissenschaften in historischen Porträts, München 2009, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), S. 634-636.

Schreyer, Hermann: Das staatliche Archivwesen der DDR. Ein Überblick (Schriften des Bundesarchivs Bd. 70), Düsseldorf 2008, in: Historische Zeitschrift 292 (2010), S. 277/278.

Helle Köpfe. Die Geschichte der Bayerischen Akademie der Wissenschaften 1759-2009. Ausstellung des Bayerischen Hauptstaatsarchivs. München 28.3.-5.7.2009. Bearb. von Reinhard Heydenreuther und Sylvia Krauß (Ausstellungskataloge der Staatlichen Archive Bayerns, 51), München 2009, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), S. 962-964.

Hruza, Karel (Hg.): Österreichische Historiker 1900-1945. Lebensläufe und Karrieren in Österreich, Deutschland und der Tschechoslowakei in wissenschaftsgeschichtlichen Porträts, Wien 2008, in: Historische Zeitschrift 293 (2011), S. 243-245.

Weigand, Katharina (Hg.): Münchner Historiker zwischen Politik und Wissenschaft. 150 Jahre Historisches Seminar der Ludwig-Maximilians-Universität (Beiträge zur Geschichte der Ludwig-Maximilians-Universität 5), München 2010, in: Zeitschrift für Bayerische Landesgeschichte 74 (2011), S. 974-976.

Menne-Haritz, Angelika/Hofmann, Rainer (Hgg.): Archive im Kontext. Öffnen, Erhalten und Sichern von Archivgut in Zeiten des Umbruchs. Festschrift für Prof. Dr. Hartmut Weber zum 65. Geburtstag (Schriften des Bundesarchivs, 72), Düsseldorf 2010, in: Zeitschrift für Bayerische Landesgeschichte 74 (2011), S. 872-873.

Flachenecker, Helmut/Fuchs, Franz (Hgg.): Anfänge der geschichtlichen Forschung an der Universität Würzburg. 150 Jahre Historisches Institut/100 Jahre Kunstgeschichtliches Institut, Regensburg 2010, in: Zeitschrift für Bayerische Landesgeschichte 75 (2012), S. 295-297.

Virmond, Wolfgang (Hg.): Die Vorlesungen der Berliner Universität 1810-1834 nach dem deutschen und lateinischen Lektionskatalog sowie den Ministerialakten, Berlin, Akademie 2011, XXIV, 848 S., 228 €, in: Historische Zeitschrift 295 (2012), S. 212.

Maas, Utz: Verfolgung und Auswanderung deutschsprachiger Sprachforscher 1933-1945. Bd. 1: Dokumentation. Bibliographische Daten A-Z; Bd. 2: Auswertungen. Verfolgung – Auswanderung – Fachgeschichte – Konsequenzen, Tübingen: Stauffenberg Verlag 2010 [1208S. + CD-ROM], in: Historische Zeitschrift 295 (2012), S. 562-64.

Müller, Uwe/Weber, Danny: Salutem et felicitatem! Gründung und internationale Ausstrahlung der Leopoldina. Ausstellung zum 325. Jahrestag ihrer Privilegierung 1687 durch Kaiser Leopold I. (Acta Historica Leopoldina 61 = Veröffentlichungen des Stadtarchivs Schweinfurt 26), Halle (Saale) 2012, 204 S., zahlr. Abb., in: Zeitschrift für Bayerische Landesgeschichte 76 (2013), S. 299-300.

Eckert, Astrid M.: The Struggle fort he Files. The Western Allies and the Return of German Archives after the Second World War (Publications of the German Historical Institute), Washington, D.C./Cambridge/New York: Cambridge University Press 2012; XV, 427 S., in: Historische Zeitschrift 297 (2013), S. 565-66.

Michael Hochedlinger: Österreichische Archivgeschichte. Vom Spätmittelalter bis zum Ende des Papierzeitalters. (Historische Hilfswissenschaften.) Wien/München, Böhlau/Oldenbourg 2013, in: Historische Zeitschrift 299 (2014), S. 719-721.

Matthias Berg: Karl Alexander von Müller. Historiker für den Nationalsozialismus (Schriftenreihe der Historischen Kommission bei der Bayerischen Akademie der Wissenschaften, Bd. 88), Göttingen 2014, in: Historische Zeitschrift 301 (2015), S. 557-559.

Notker Hammerstein: Die Johann Wolfgang Goethe-Universität Frankfurt am Main. Bd. 3: Ihre Geschichte in den Präsidentenberichten 1972–2013. Göttingen 2014, in HZ 302/3 (2016), S. 872-873.

Eckart Henning: Archivalien und Archivare Preußens. Ausgewählte Aufsätze, Berlin 2013, in: HZ 303/1 (2016), S. 158-159.

Sebastian Brandt/Christa-Irene Klein/Nadine Kopp u. a. (Hrsg.), Universität, Wissenschaft und Öffentlichkeit in Westdeutschland (1945 bis ca. 1970). Stuttgart, Steiner 2014, in: HZ 304/1 (2017), S. 283-285.

Historiker und Archivar im Dienste Preußens. Festschrift für Jürgen Kloosterhuis. Hrsg. von Hans-Christof Kraus und Frank-Lothar Kroll. Duncker & Humblot GmbH, Berlin 2015, in: Archivar 70 (2017), Heft 1, S. 76-77.

Isabel Schmidt, Nach dem Nationalsozialismus. Die TH Darmstadt zwischen Vergangenheitspolitik und Zukunftsmanagement (1945–1960). Darmstadt, Wissenschaftliche Buchgesellschaft 2015, in: HZ 304/3 (2017), S. 871-872.

Sven Kriese (Hrsg.), Archivarbeit im und für den Nationalsozialismus. Die preußischen Staatsarchive vor und nach dem Machtwechsel von 1933. Berlin, Duncker & Humblot 2015, in: HZ 305/1 (2017), S. 265-266.

Trude Maurer, „… und wir gehören auch dazu.“ Universität und „Volksgemeinschaft“ im Ersten Weltkrieg. 2 Bde., Göttingen, Vandenhoeck & Ruprecht 2015, XXIV, 1214 S, in: HZ 305/2, S. 578-581.

Marcel Lepper/Ulrich Raulff (Hgg.): Handbuch Archiv. Geschichte, Aufgaben, Perspektiven, Stuttgart 2016, in: HZ 306/1 (2018), S. 141–142.

Henrik Eberle, „Ein wertvolles Instrument.“ Die Universität Greifswald im Nationalsozialismus. Köln/Weimar/Wien, Böhlau 2015, in: HZ 306/2 (2018), S. 604-606.

Beatrix Dietel, Die Universität Leipzig in der Weimarer Republik. Eine Untersuchung zur sächsischen Hochschulpolitik. Geschichte und Politik in Sachsen, Leipzig 2016, in: Historische Zeitschrift 307/1 (2018), S. 269–271.

Guenter Lewy, Harmful and Undesirable. Book Censorship in Nazi Germany. Oxford, Oxford University Press 2016, in: Historische Zeitschrift 307/1 (2018), S. 274-275.

Die Kabinettsprotokolle der Bundesregierung. Hrsg. für das Bundesarchiv v. Michael Hollmann. Bd. 25: 1972. Bearb. v. Christine Fabian u. Uta Rössel unt. Mitwirk. v. Christoph Seemann. Berlin/Boston, De Gruyter 2017, in: HZ 308/1 (2019), S. 274-275.

Michele Barricelli/Jung, Michael/Schmiechen-Ackermann, Detlef u. a. [Hrsg.], Ideologie und Eigensinn. Die Technischen Hochschulen in der Zeit des Nationalsozialismus. (Schriften zur Didaktik der Demokratie, Bd. 1.) Göttingen, Wallstein 2017, in: HZ 308/2 (2019), S. 843-844.

Andreas Hansert, Das Senckenberg-Forschungsmuseum im Nationalsozialismus. Wahrheit und Dichtung. Göttingen, Wallstein 2018, in: HZ 309/1 (2019), S. 231-232.

Anna-Maria Seemann, Parallelverlage im geteilten Deutschland. Entstehung, Beziehungen und Strategien am Beispiel ausgewählter Wissenschaftsverlage (Schriftmedien, Bd. 6.) Berlin/Boston, De Gruyter 2017, in: HZ 309/1 (2019), S. 271-272.

Norbert Becker/Katja Nagel, Verfolgung und Entrechtung an der Technischen Hochschule Stuttgart während der NS-Zeit. Stuttgart, Belser 2017, in: HZ 309/1 (2019), S. 229-231.

Tobias Winter, Die deutsche Archivwissenschaft und das ‚Dritte Reich‘. Disziplingeschichtliche Betrachtungen von den 1920ern bis in die 1950er Jahre. (Veröffentlichungen aus den Archiven Preußischer Kulturbesitz, Forschungen, Bd. 17.) Berlin, Duncker & Humblot 2018, in: HZ 309/2 (2019), S. 560-561.

Sören Flachowsky, „Zeughaus für die Schwerter des Geistes“. Die Deutsche Bücherei in Leipzig 1912–1945. Göttingen, Wallstein 2018; Christian Rau, „Nationalbibliothek“ im geteilten Land. Die Deutsche Bücherei 1945–1990. Göttingen, Wallstein 2018, in: HZ 309/2 (2019), S. 557-559.

Karin Orth, Vertreibung aus dem Wissenschaftssystem. Gedenkbuch für die im Nationalsozialismus vertriebenen Gremienmitglieder der DFG. (Beiträge zur Geschichte der Deutschen Forschungsgemeinschaft, Bd. 7.) Stuttgart, Steiner 2018, in: HZ 309/2 (2019), S. 553-554.

Adolf Brenneke, Gestalten des Archivs. Nachgelassene Schriften zur Archivwissenschaft. Hrsg. v. Dietmar Schenk. (Veröffentlichungen des Landesarchivs Schleswig-Holstein, Bd. 113.) Hamburg, Hamburg University Press 2018, in: HZ 310/2 (2020), S. 439-440.

Anton F. Guhl, Wege aus dem „Dritten Reich". Die Entnazifizierung der Hamburger Universität als ambivalente Nachgeschichte des Nationalsozialismus. (Hamburger Beiträge zur Wissenschaftsgeschichte, Bd. 26.) Göttingen, Wallstein 2019, in: HZ 310/3 (2020), S. 810-811.

Philip Haas/Martin Schürrer, Was von Preußen blieb. Das Ringen um die Ausbildung und Organisation des archivarischen Berufsstandes nach 1945. (Quellen und Forschungen zur hessischen Geschichte, Bd. 183.) Marburg, Historische Kommission für Hessen 2020, in: HZ 312/2 (2021), S. 573-575.

Peter Ulrich Weiß, Deutsche Zentralarchive in den Systemumbrüchen nach 1933 und 1945. (Geschichte der Gegenwart, Bd. 30.) Göttingen, Wallstein 2022, in: HZ 317/2 (2023), S. 527-529.

**Vorträge**

Das Archiv des Deutschen Historischen Instituts in Rom. Geschichte und Bestände. Vortrag vor dem Beirat des DHI Rom am 16. März 2006 in Rom.

Mehr als 350 Jahre Wissenschaftsgeschichte. Die Bestände des Archivs der Deutschen Akademie der Naturforscher Leopoldina in Halle/Saale. Vortrag am 14. Juli 2007 anlässlich eines Leopoldina-Symposiums.

Der Einsatz digitaler Technik in den Archiven des BStU. Stand und Perspektiven. Vortrag auf der Tagung *Experiences of post-communist countries with former Security Services Archives* 25-27. Mai 2009 in Prag.

Ad Usum publicum. Die Überlieferung der DDR-Staatssicherheit in den Archiven des BStU. Möglichkeiten von Zugang und Nutzung. Vortrag auf der Tagung *Experiences of post-communist countries with former Security Services Archives* vom 25-27. Mai 2009 in Prag.

Management and Technology of Recordkeeping in the Archives of the GDR State Security Service. Vortrag auf der *Fifth International Conference on the History of Records and Archives (I-CHORA 5)* vom 1.-3. Juli 2010 in London.

Allmacht und Ohnmacht. Das Zentralarchiv der Staatssicherheit in Berlin-Lichtenberg. Vortrag auf dem *80. Deutschen Archivtag* vom 29. September – 2. Oktober 2010 in Dresden.

The Stasi Archives – History, tasks, and challenges. Keynote auf der *Jahreskonferenz der Norwegian Archive, Library and Museum Authority (ABM-utvikling)* vom 11./12. Oktober 2010 in Oslo.

Die „Geheime Ablage" im Zentralarchiv des Ministeriums für Staatssicherheit. Vortrag auf dem 15. archivwissenschaftlichen Kolloquium der Archivschule Marburg *Das Archivwesen der DDR. Was bleibt? Eine Bilanz 20 Jahre nach der deutschen Einheit,* 23./24.11.2010 in Marburg.

Erinnerungsort Stasi-Archiv. Vortrag auf dem Jour fixe des BStU am 11.5.2011 in Berlin.

The Stasi Archives. Past & Present. Keynote auf dem 25. Archivkongress des *slowenischen Archivarverbandes* vom 10.-12.10.2011 in Ptuj (Slowenien).

Berufsfeld Archiv. Das Beispiel des BStU. Vortrag im Rahmen der Vortragsreihe „Berufswege für Geistes- und Sozialwissenschaftler/innen“ an der Humboldt-Universität Berlin, 30.11.2011.

Singuläres Erbe. Die Archive der Stasi. Vortrag an der Universität des Saarlandes, 31.1.2012 in Saarbrücken.

Rom im Fadenkreuz der Stasi. Das Beispiel der XVII. Olympischen Spiele 1960. Vortrag am *Deutschen Historischen Institut* in Rom, 2.5.2012.

Managing Stasi Archives. Special Tasks & Challenges. Vortrag auf der Konferenz „The Documentation of Communist Security Authorities” (12. „Jerzy Skowronek“-Kolloquium), 4./5. 10. 2012 in Warschau.

BStU – Archivische Bildungsarbeit als „Schule der Demokratie“. Vortrag zusammen mit Stephan Wolf auf dem 17. Archivwissenschaftlichen Kolloquium der Archivschule Marburg mit dem Thema „Transparenz für den Bürger? Perspektiven historischer Öffentlichkeits- und Bildungsarbeit in Archiven, 15./16.11.2012 in Marburg.

Archives & Power. The Stasi legacy. Keynote auf der Tagung des *Norway Arts council*, 13./14.11.2013 in Bergen (Norwegen).

The Lives of Others. Stasi’s Archival Legacy/Archivierte Diktatur. Das Erbe der DDR-Staatssicherheit. Vorträge auf der Tagung „Technology meets Scholarship, or how Handwritten Text Recognition will revolutionize access to archival collections“, 19.-21.1.2016 in Marburg/Lahn.

Das Stasi-Unterlagen-Archiv. Erbe der Friedlichen Revolution. Vortrag im Rahmen des Kolloquiums „Revolution(en)“ des Historischen Seminars im Wintersemester 2017/2018, 5.12.2017 *Bergische Universität Wuppertal*.

Die Verwendung von Stasi-Unterlagen für die politische und historische Aufarbeitung sowie durch Presse und Rundfunk. Besonderheiten und Herausforderungen. Vortrag auf dem *89. Deutschen Archivtag* in Suhl. Rechtsicher – Archive und ihr rechtlicher Rahmen, 17.-20.9.2019.

Power of Archives. The Stasi legacy. Vortrag und Diskussion am *Goethe Institut* in Bukarest im Rahmen der mit dem *Frontline Club* Bukarest organisierten Veranstaltungsreihe „30 Jahre Mauerfall“, 12.11.2019.

Archivgeschichte und NS-Akten, in: *111 km Akten.* Der Podcast des Stasi-Unterlagen-Archivs, Folge 4 vom 29.4.2020.

Ans Tageslicht gekommen. Der Fall Benno Ohnesorg und andere Geheimnisse aus dem Stasi-Archiv. Vortrag in der Reihe „Festung Archiv“ des Polnischen *Pilecki-Instituts* am 23.09.2021.

Grundrechtskonforme Balance. Recherche und Zugang im Stasi-Unterlagen-Archiv. Vortrag auf dem *Forum Archivrecht* „Rechtsfragen der Erschließung. Probleme und Lösungen“ an der *Archivschule Marburg*, 17.10.2022.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Abbreviations:

| | |
|---|---|
| [ ] | Exegesis |
| Secondary language | *English* |
| *[sic]* | As it appears in the source |

**Name of Document File:** **Jedlitschka CV 2026 (003).pdf**
**Pages:** **2 pages**

Curriculum Vitae

**Personal details**
Archive Director Dr. Karsten Jedlitschka, M.A.
DOB 8/12/1972 in Augsburg, Roman-catholic
Married, one daughter

**Education**

| | |
|---|---|
| 1979-1983 | Elementary school in Wörthsee |
| 1983-1992 | Rhabanus-Maurus-Gymnasium St. Ottilien (humanistic secondary school with modern language branch), graduated with Abitur (1.4) |

**Basic military service**

| | |
|---|---|
| 10/1/1992 – 9/30/1993 | Basic military service at the Gebirgsmusikkorps 8 in Garmisch-Partenkirchen |

**University education**

| | |
|---|---|
| Since winter semester 1993/94 | Major in teaching secondary school German/ history (detailed) and M.A. in early modern and modern history/ medieval history/ German language and literature of the Middle Ages at Munich University |
| Summer 1999 | Graduated Magister Artium (1.00 = with honors) |
| Spring 2000 | First State Exam for teaching secondary school in Bavaria in the subjects German and History (1.57) |

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

| | |
|---|---|
| September 2000 – April 2001, January – March 2002 | *Visiting Scholar at Princeton University*, *Department of History* for the academic year 2000/2001 (*oversea study* scholarship of the German Academic Scholarship Foundation) |
| February 2004 | Doctorate Munich University magna cum laude (1.0); Advisor: Prof. Dr. Winfried Schulze, Munich University (Doctorate scholarship of the German Academic Scholarship Foundation) |

**Scholarships**
Various scholarships of the German Academic Scholarship Foundation

**Foreign languages**
Classical languages: Latin, Greek
Modern languages: English, French (basic knowledge), Italian (basic knowledge)

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

**Professional career**

| | |
|---|---|
| 10/1/1995 – 9/30/1999 | Student assistant at the Stiftung Historisches Kolleg München/*Center for Advanced Study* for the professors Werner Eck (Cologne), Dietmar Willoweit (Würzburg), Wolfgang Reinhard (Freiburg) and Harold James (Princeton). |
| 1997/1998 | Freelance work at the publisher C.H. Beck Munich in the context of the translations of Otto Pflanze: *Bismarck and the development of Germany*, 3 vol., Princeton 1990 and David Clay Large: *Where Ghosts walked. Munich's Road to the Third Reich*, New York 1997. |
| 10/1/1999 – 4/30/2000 | Research assistant at the Chair Prof. Dr. Winfried Schulze, Munich University |
| 5/1/2003 – 4/30/2005 | Internship Saxon Main State Archive Dresden and Archive School Marburg, Second State Exam for the Higher Archival Service with "good" (12 points) |
| 5/1 – 12/31/2005 | German Historical Institute in Rome, Archive |
| 1/1/2006 – 10/31/2007 | National Academy of Sciences Leopoldina in Halle/Saale, Head of Archive |
| 11/1/2007 – 3/12/2017 | Federal Commissioner for the Records of the State Security Service of the former German Democratic Republic (BStU), Archive department, Head of Division AR 1 Policy and Deputy Department Head AR |

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

| | |
|---|---|
| 10/15 – 11/30/2014 | Office Federal Chancellor ret. Dr. Helmut Kohl (temporary delegation to the Federal Chancellery) |
| Since 3/13/2017 | BStU, Information Department (AU), Head of Division AU 5 Requests for Research Purposes and Political Education, as well as the Press, Broadcasting and Film and Deputy Department Head AU |

**Committee work**
Member of the Evaluation Committee of the Association of German Archivists (VdA) – from 2008 – 2017

Participation in the selection commissions and in the mentoring program of the German Academic Scholarship Foundation since 2006

**Likes and interests**
Classical music: bassoon and clarinet, singing (participation in choruses and orchestras, currently first bassoonist at the Cappella Academica of the Humboldt University Berlin)

Alpine sports: mountaineering, mountain biking, alpine and touring skiing

Falkensee, in May 2026

Sgd. Dr. Karsten Jedlitschka

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

**Name of Document File:** **Jedlitschka Publikationen 2026.pdf**
**Pages:** **9 pages**

## Publications and presentations

### Monographs and edited volumes

Science and Politics. The Fall of Munich Historian Ulrich Crämer (1907-1992), Berlin: Duncker&Humblot, 2006.

Together with Matthias Erben and Andreas Thulin: Academic Orchestra Halle. 50 years of Playing University Music, Halle 2007.

The Archive of the German Academy of the Natural Scientists Leopoldina (Acta Historica Leopoldina, Supplement 4), Stuttgart: Wissenschaftliche Verlagsgesellschaft 2007 [116 p.], 2nd. suppl. ed. 2008.

Singular Heritage. The Archival Records of the State Security (Universitätsreden 94), Saarbrücken 2013.

Together with Philipp Springer (eds.): The Mind of the State Security (MfS). The Index and Archive Department of the MfS Göttingen 2015.

Together with Jens Niederhut und Philipp Springer (Eds.): Confidential Material. Documents, Photos, and Objects from the Archive of the State Security, Berlin 2017.

### Essays

Wilhelm von Humboldts „Ideas Regarding an Attempt to Determine the Limits of the State's Effectiveness"(1792). The Freedom of the Individual vis-à-vis the State. Practical Example for a Transformation of our Educational System? in: From Care State to the Civil Society - Can

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Society Regulate and Regenerate itself? VII. Congress 'Young Cultural Science and Practice' of the Hans Martin Schleyer Foundation from June 14-16, 2000, Cologne 2000, p. 112/113.

Werner Albring Also Established the Good Reputation of the TU Dresden. Collection of Scientific Records at the University Archive, in: Dresdner Universitätsjournal 14 (2003), No. 17, p. 5.

Evaluation and Archiving Concept for the Documents of the Saxon State Office for the Settlement of Unresolved Property Issues [19 p., Mskr., Dresden 2003].

Hermann Moritz Kastner, in: Saxon Biography, edited by the Institute for Saxon History and Folklore Studies registered association [2005], scientific lead: Martina Schattkowsky, Online edition: http://www.tu-dresden.de/isgv/.

The Standing Conference of the Interior Ministers and Senators of the States. Concept of an Archival and Transnational Records Formation, in: Alexandra Lutz (Ed.): New Concepts for Archival Practice. Selected Transfer Works of the 37th and 38th Scientific Course at the Marburg School of Archives, Marburg 2006, p. 189-221.

The Archive of the German Historical Institute in Rome, in: Der Archivar 59 (2006), p. 196198.

Allgäu Scientist with Brown Roots. A New Biography Lets Ulrich Crämer Appear in a Different Light, in: Allgäuer Zeitung No. 166 from 7/21/2006.

Professor by the Grace of Hitler: The Munich Modern Historian Ulrich Crämer (1907-1992), in: Elisabeth Kraus (Ed.): Munich University During the Third Reich. Essays. Part I, Munich 2006, p. 299-344.

The Archive of the German Historical Institute in Rome. History and Inventory, in: Sources and Research from Italian Archives and Libraries 86 (2006), p. 1-40.

Sources From More Than 350 Years of History of Science. The Archive of the German Academy of Natural Scientists Leopoldina in Halle (Saale): Development, Inventory Profile, Access, in: Archivalische Zeitschrift 89 (2007), p. 147-170.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

The „Party-Official Examining Commission for the Protection of the National Socialist Writings": Fields of Censorship and Working Method Using the Example of the Munich Editor Ulrich Crämer, in: Archiv für Geschichte des Buchwesens 62 (2008), p. 213-226.

*The Archive of the German Academy of Sciences* Leopoldina in Halle (Saale*): More Than 350 Years of the History of Science, in: Notes&Records of the Royal Society* 62 (2008), p. 237-244.

Delegation of the BStU at the IPN in Warsaw, in: Der Archivar 61 (2008), p. 176.

Old Boys Network: The 'Association of the Non-Acting (Displaced) University Professors' and Its Lobby Policy in Bavaria Using the Example of the University of Munich, in: Elisabeth Kraus (Ed.): Munich University During the Third Reich. Essays. Part II, Munich 2008, p. 571-613.

A Forgotten Chapter of Transatlantic Pacifism - The New History Society (1929-1958), in: Elisabeth Kraus (Ed.): Munich University During the Third Reich. Essays. Part II, Munich 2008, p. 381-388.

Archival Conference 'Development and Access' in the Archive of the BStU Central Office, in: Der Archivar 61 (2008), p. 394.

The Munich Romanicist Hans Rheinfelder (1898-1971). Humanitarian Pacifist and Christian Humanist, in: Zeitschrift für bayerische Landesgeschichte 72 (2009), p. 129-149.

Together with Ralf Blum: Movies of the State Security. Fourth User Forum of the Federal Commissioner for the Records of the State Security Service of the Former GDR, in: Archivar 62 (2009), p. 426/427.

*Fifth International Conference on the History of Records and Archives* (I-CHORA 5) from July 1-3, 2010 in London, in: Archivar 63 (2010), p. 437/438.

Together with Stephan Wolf: On the Trail of the Files of the State Security. Result After Two Decades, in: Jahrbuch der Juristischen Zeitgeschichte 11 (2010), p. 115-140.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Art and Science. Zoological Illustrations in the Nova Acta at the Archive of the German Academy of Natural Scientists Leopoldina, in: Katrin Dziekan/Ute Pott (Eds.):
Worlds of Reading – Historical Libraries. Collections of Books of the 18th Century in Museums and Libraries of Saxony-Anhalt, Halle 2011, p. 150-162.

ABM-Utvikling Conference 2010 in Oslo, in: Archivar 64 (2011), p. 216/217.

Sightings: The GDR in the Archives, in: Anja Bohnhof: To The Files, Potsdam/Dresden 2011, p. 3-6.

Stasi Archive Multimedia, in: Archivar 64 (2011), p. 310-312.

Omnipotence and Powerlessness: The Central Archive of the State Security, in: Archives Signed and Sealed. Construction, Logistics, Profitability. 80. German Archive Day in Dresden, ed. Heiner Schmitt, Fulda 2011, p. 175-192. Archived Dictatorship. The Records of the GDR State Security, in: Scrinium 65 (2011), p. 61-79.

Archived Dictatorship: The Legacies of the GDR State Security, in Scrinium 65 (2011), p. 61-79.

Arhiv Stasija - Preteklost in Sedanjost (*The Stasi Archives. Past & Present*), in: Primeri razlinčnih praks v slovenskih arhivih: zbornik referatov. 25. zborovanje Arhiviskega društva Slovenije, Ljubljana 2011, p. 19-31.

The 'Secret Filing' of Department XII (Central Information/Storage) of the Ministry for State Security, in: Irmgard Christa Becker/Volker Hirsch/Annegret Wenz-Haubfleisch (Eds.): New Structures –Time-Proven Methods? What Remains of the Archival System of the GDR. Contributions to the 15th Archival Scientific Colloquium of the Marburg School of Archives (Publications of the Archive School, Institute for Archival Science, 53), Marburg 2011, p. 107-125.

Together with Stephan Wolf: 20 Years of Movement: Inventory Increases and Submissions in the Archives of the Federal Commissioner for the Records of the State Security Service of the Former GDR, in: Archivalische Zeitschrift 92 (2011), p. 27-59.

Together with Matthias Buchholz et. al.: Records Building Together. Position Paper of the Working Group on Archival Evaluation within the VdA-Association of German Archivists, in: Archivar 65 (2012), S. 6-11.

*The Lives of Others: East German State Security Service's Archival Legacy*, in: *American Archivist* 75 (*Spring/Summer* 2012), p. 81-108.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Arcanum of Power. The Secret Filing at the Central Archive of the State Security, in: Vierteljahrshefte für Zeitgeschichte 60 (2012), p. 279-290.

*The Documentation of Communist Security Authorities*. International Conference about Records of Communist Secret Police in Warsaw, in: Archivar 66 (2013), p. 70-72.

Together with Stephan Wolf: The Stasi Records Agency– Archival Educational Work as 'School of Democracy', in: Jens Aspelmeier (Ed.): Transparency for the Citizen? Perspectives of Historical Public Relations and Educational Work in Archives. Contributions to the 17th Archival Scientific Colloquium of the Marburg School of Archives, Marburg 2014, p. 205-238.

*Managing Stasi Archives: Special Tasks and Challenges*, in: *The Documentation of Communist Authorities. Materials of the International Conference Warsaw*, 4-5 October 2012, ed. Wladyslaw Stepniak, Warsaw 2014, p. 106-123.

„State Secrets of Central Importance ": The „Secret Filing Cabinet" of Department XII, in: Karsten Jedlitschka/Philipp Springer (Eds.): The Mind of the State Security. The Index and Archive Department of the MfS, Göttingen 2015, p. 151-165.

Storage of a Dictatorship. About the Construction and History of the Central Archive of the State Security in Berlin-Lichtenberg, in: Karsten Jedlitschka/Philipp Springer (Eds.): The Memory of the State Security. The Index and Archive Department of the MfS, Göttingen 2015, p. 335-360.

1960. In the Crosshairs of the Stasi– The XVII. Olympic Games in Rome, in: Karsten Jedlitschka/Jens Niederhut/Philipp Springer (Eds.): Confidential Material. Documents, Photos, and Objects from the Archive of the State Security, Berlin 2017, p. 53-56.

1984. Professionally into the Final Crisis – The New Central Archive of the Stasi, in: Karsten Jedlitschka/Jens Niederhut/Philipp Springer (Eds.): Confidential Material. Documents, Photos, and Objects from the Archive of the State Security, Berlin 2017, p. 149-152.

Three Decades of Processing: The Use of the Stasi Records by Research and Media, in: RECHTsicher – Archives and Their Legal Framework. 89th German Archive Day in Suhl (= Conference documentations on the occasion of the German Archive Day, volume 24), Fulda 2020, p. 121-135.

**Reviews**

Gümbel, Annette: 'Nation without Space'. The Author Hans Grimm Between National Conservative Thinking and Ethnic Ideology (Sources and Research about Hessian History 134),

Darmstadt/Marburg 2003, in the Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 109 (2004), p. 357-359.

Menk, Gerhard: Gustav Könnecke (1845-1920). A Life for the Archives and Cultural History (Hessische Forschungen zur geschichtlichen Landes- und Volkskunde 42), Marburg 2004, in the Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 110 (2005), p. 376/377.

Brodhäcker, Karl: „We Want to Drive to the Country“: Youth Movement – Political and Club Youth in Alsfeld after World war I until 1933. History and Museum Association, Alsfeld 2004, in the Zeitschrift des Vereins für Hessische Geschichte und Landeskunde 110 (2005), p. 359/360.

Keiderling, Thomas (Ed.): F.A. Brockhaus 1805–2005. The Festschrift, 2 volumes, Mannheim 2005, in: Zeitschrift für Unternehmensgeschichte 51 (2006), S. 244/245.

Mierau, Peter: National Socialist Expedition Policy. German Asia Expeditions 1933– 1945 (Münchner Beiträge zur Geschichtswissenschaft, Vol 1), München 2006, in: Historische Literatur 4 (2006), no. 4, p. 224-226. (= H-Soz-u-Kult on 12/12/2006).

Matheus, Michael (Ed.): German Research and Cultural Institutes in Rome in the Post-War Era (Library of the German Historical Institute in Rome 112), Tübingen 2007, in: Quellen und Forschungen aus italienischen Archiven und Bibliotheken 88 (2008), p. 628/629.

Scholten, Jens: Between Market and Party Discipline. The Company History of »Vorwärts« 1948 to 1989, Essen 2008, in: Zeitschrift für Unternehmensgeschichte 54 (2009), p. 230/231.

Toellner, Richard – Müller, Uwe – Parthier, Benno – Berg, Wieland (Hg.): The Founding of the Leopoldina – Academia Naturae Curiosorum – in the Historical Context. Johann Laurentius Bausch 400th Birthday. Leopoldina-Symposium from September 29, 2005 to October 1, 2005 (Acta Historica Leopoldina 49), Stuttgart 2008, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), p. 259-261.

Garke-Rothbart, Thomas: „… Essential for Our Business“. Georg von Holtzbrinck as Publisher in the Third Reich. With an Introduction by Siegfried Lokatis (Archiv für Geschichte des Buchwesens 7), Munich 2008, in: Historische Literatur 8 (2010), no. 2, p. 185-187 (=H-Soz-u-Kult, 4/12/2010).

Lehr, Stefan: An Almost Forgotten ‚Eastern Mission‘. German Archivists in the General Government and in the Reich Commissariat Ukraine (Schriften des Bundesarchivs 68), Düsseldorf 2007, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), p. 274-276.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Willoweit, Dietmar (Hg.): Thinker, Scientist, and Explorer. A History of the Bavarian Academy of Sciences in Historical Portraits, Munich 2009, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), p. 634-636.

Schreyer, Hermann: The State Archives of the GDR. An Overview. (Schriften des Bundesarchivs vol. 70), Düsseldorf 2008, in: Historische Zeitschrift 292 (2010), p. 277/278.

Clever Minds. The History of the Bavarian Academy of Sciences 1759-2009. Exhibit of the Bavarian Main State Archive. Munich 3/28-7/5/2009. Arranged by Reinhard Heydenreuther und Sylvia Krauß (Ausstellungskataloge der Staatlichen Archive Bayerns, 51), Munich 2009, in: Zeitschrift für Bayerische Landesgeschichte 73 (2010), p. 962964.

Hruza, Karel (Ed.): Austrian Historians 1900-1945. Personal Histories and Careers in Austria, Germany, and Czechoslovakia in Portraits pertaining to the History of Science, Vienna 2008, in: Historische Zeitschrift 293 (2011), p. 243-245.

Weigand, Katharina (Ed.): Munich Historians Between Politics and Science. 150 Years Historical Seminar of the Ludwig-Maximilians-University (Beiträge zur Geschichte der Ludwig-Maximilians-Universität 5), München 2010, in: Zeitschrift für Bayerische Landesgeschichte 74 (2011), p. 974-976.

Menne-Haritz, Angelika/Hofmann, Rainer (Eds.): Archives in Context. Opening, Receiving, and Securing of Archival Material in the Times of Change. Festschrift for Prof. Dr. Hartmut Weber‘s 65th Birthday (Schriften des Bundesarchivs, 72), Düsseldorf 2010, in: Zeitschrift für Bayerische Landesgeschichte 74 (2011), p. 872-873.

Flachenecker, Helmut/Fuchs, Franz (Eds.): Beginnings of Historic Research at Wuerzburg University. 150 Years Historical Institute/ 100 Years Art-Historical Institute, Regensburg 2010, in: Zeitschrift für Bayerische Landesgeschichte 75 (2012), p. 295-297.

Virmond, Wolfgang (Ed.): The Lectures of Berlin University 1810-1834 According to the German and Latin Lecture Catalogs as well as the Ministerial Records, Berlin, Akademie 2011, XXIV, 848 S., 228 €, in: Historische Zeitschrift 295 (2012), p. 212.

Maas, Utz: Persecution and Emigration of German-speaking Linguistic Researchers 1933-1945. Vol. 1: Documentation. Bibliographic Data A-Z; Vol. 2: Evaluations. Persecution – Emigration – History of Subject – Consequences, Tübingen: Stauffenberg Publisher 2010 [1208p. + CD-ROM], in: Historische Zeitschrift 295 (2012), p. 562-64.

Müller, Uwe/Weber, Danny: Salutem et felicitatem! Founding and International Presence of the Leopoldina: Exhibition on the 325th Anniversary of its Privileging in 1687 by Emperor Leopold I.

(Acta Historica Leopoldina 61 = Veröffentlichungen des Stadtarchivs Schweinfurt 26), Halle (Saale) 2012, 204 S., multiple. ill., in: Zeitschrift für Bayerische Landesgeschichte 76 (2013), p. 299-300.

Eckert, Astrid M.: *The Struggle for the Files. The Western Allies and the Return of German Archives after the Second World War* (*Publications of the German Historical Institute*), Washington, D.C./Cambridge/New York: Cambridge University Press 2012; XV, 427 p., in: Historische Zeitschrift 297 (2013), p. 565-66.

Michael Hochedlinger: Austrian Archival History. From the Late Middle Ages to the End of the Paper Age. (Historical Auxiliary Sciences.) Vienna/Munich, Böhlau/Oldenbourg 2013, in: Historische Zeitschrift 299 (2014), p. 719-721.

Matthias Berg: Karl Alexander von Müller. Historian for National Socialism (Schriftenreihe der Historischen Kommission bei der Bayerischen Akademie der Wissenschaften, vol. 88), Göttingen 2014, in: Historische Zeitschrift 301 (2015), p. 557-559.

Notker Hammerstein: Johann Wolfgang Goethe University Frankfurt am Main. Vol. 3: Its History in the President's Reports 1972–2013. Göttingen 2014, in HZ 302/3 (2016), p. 872-873.

Eckart Henning: Archives and Archivists of Prussia. Selected Essays, Berlin 2013, in: HZ 303/1 (2016), p. 158-159.

Sebastian Brandt/Christa-Irene Klein/Nadine Kopp et al (Eds.), University, Science and Public in Western Germany (1945 until about 1970). Stuttgart, Steiner 2014, in: HZ 304/1 (2017), p. 283-285.

Historian and Archivist in the Service of Prussia. Festschrift for Jürgen Kloosterhuis. Edited by Hans-Christof Kraus and Frank-Lothar Kroll. Duncker & Humblot GmbH, Berlin 2015, in: Archivar 70 (2017), no. 1, p. 76-77.

Isabel Schmidt, After National Socialism. The Technical University Darmstadt between Policy of the Past and Management of the Future (1945–1960). Darmstadt, Wissenschaftliche Buchgesellschaft 2015, in: HZ 304/3 (2017), p. 871-872.

Sven Kriese (Hrsg.), Archival Work in and for the National Socialism. The Prussian State Archives Before and After the Transition of Power of 1933. Berlin, Duncker & Humblot 2015, in: HZ 305/1 (2017), p. 265-266.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

Trude Maurer, „… and We Are Also a Part of It." University and „Volksgemeinschaft" in World War I. 2 volumes, Göttingen, Vandenhoeck & Ruprecht 2015, XXIV, 1214 S, in: HZ 305/2, p. 578-581.

Marcel Lepper/Ulrich Raulff (Eds.): Handbook Archive. History, Tasks, Perspectives, Stuttgart 2016, in: HZ 306/1 (2018), p. 141–142.

Henrik Eberle, 'A Valuable Instrument.' Greifswald University during National Socialism. Köln/Weimar/Wien, Böhlau 2015, in: HZ 306/2 (2018), p. 604-606.

Beatrix Dietel, Leipzig University during the Weimar Republic. A Study about Saxon University Policy. History and Politics in Saxony, Leipzig 2016, in: Historische Zeitschrift 307/1 (2018), p. 269–271.

Guenter Lewy, *Harmful and Undesirable. Book Censorship in Nazi Germany*. Oxford, Oxford University Press 2016, in: Historische Zeitschrift 307/1 (2018), p. 274-275.

The Cabinet Minutes of the Federal Government. Edited for the Federal Archive by Michael Hollmann. Vol. 25: 1972. Processed by Christine Fabian and Uta Rössel with the collaboration of Christoph Seemann. Berlin/Boston, De Gruyter 2017, in: HZ 308/1 (2019), p. 274-275.

Michele Barricelli/Jung, Michael/Schmiechen-Ackermann, Detlef et al. [Eds.], Ideology and Willfulness. Technical Universities During the Time of National Socialism. (Writings about the Didactics of Democracy, vol. 1.) Göttingen, Wallstein 2017, in: HZ 308/2 (2019), p. 843-844.

Andreas Hansert, The Senckenberg Research Museum during National Socialism. Truth and Poetry. Göttingen, Wallstein 2018, in: HZ 309/1 (2019), p. 231-232.

Anna-Maria Seemann, Parallel Publishers in the Divided Germany. Development, Relations and Strategies using the Example of Selected Publishers of Scientific Books (Schriftmedien, vol. 6.) Berlin/Boston, De Gruyter 2017, in: HZ 309/1 (2019), p. 271-272.

Norbert Becker/Katja Nagel, Persecution and Disenfranchisement at the Technical University Stuttgart During the National Socialist Era. Stuttgart, Belser 2017, in: HZ 309/1 (2019), p. 229-231.

Tobias Winter, The German Archival Science and the 'Third Reich'. Disciplinary-Historical Observations from the 1920s to the 1950s. (Veröffentlichungen aus den Archiven Preußischer Kulturbesitz, Forschungen, vol. 17.) Berlin, Duncker & Humblot 2018, in: HZ 309/2 (2019), p. 560-561.

Sören Flachowsky, 'Arsenal for the Swords of the Mind'. The German Library in Leipzig 1912-1945. Göttingen, Wallstein 2018; Christian Rau, 'National Library' in a Divided Country. The German Library 1945–1990. Göttingen, Wallstein 2018, in: HZ 309/2 (2019), p. 557-559.

Karin Orth, Expulsion from the Scientific System: A Memorial Book for the German Research Foundation (DFG) Committee Members Expelled Under National Socialism. (Beiträge zur Geschichte der Deutschen Forschungsgemeinschaft, Vol. 7.) Stuttgart, Steiner 2018, in: HZ 309/2 (2019), p. 553554.

Adolf Brenneke, Figures of the Archive. Posthumous Writings about Archival Science. Edited by Dietmar Schenk. (Veröffentlichungen des Landesarchivs Schleswig-Holstein, vol. 113.) Hamburg, Hamburg University Press 2018, in: HZ 310/2 (2020), p. 439-440.

Anton F. Guhl, Paths out of the 'Third Reich'. The Denazification of Hamburg University as an Ambivalent Post-History of National Socialism. (Hamburger Beiträge zur Wissenschafts-geschichte, vol. 26.) Göttingen, Wallstein 2019, in: HZ 310/3 (2020), p. 810811.

Philip Haas/Martin Schürrer, What was Left of Prussia. The Struggle for the Training and Organization of the Archival Profession after 1945. (Quellen und Forschungen zur hessischen Geschichte, vol. 183.) Marburg, Historische Kommission für Hessen 2020, in: HZ 312/2 (2021), p. 573-575.

Peter Ulrich Weiß, German Central Archives During the System Changes After 1933 und 1945. (Geschichte der Gegenwart, vol. 30.) Göttingen, Wallstein 2022, in: HZ 317/2 (2023), p. 527-529.

**Presentations**

The Archive of the German Historical Institute in Rome. History and Inventory. Presentation before the Advisory Board of the German Historical Institute Rome on March 16, 2006, in Rome.

More than 350 Years History of Science. The Inventory of the Archive of the German Academy of the Natural Scientists Leopoldina in Halle/Saale. Presentation on Juli 14, 2007 on the occasion of a Leopoldina symposium.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

The Use of Digital Technology in the Archives of the BStU. Status and Perspectives. Presentation at the Conference *Experiences of Post-Communist Countries with Former Security Services Archives* May 25-27, 2009, in Prague.

Ad Usum publicum. The Heritage of the GDR State Security in the Archives of the BStU. Opportunities for Access and Use. Presentation at the conference *Experiences of Post-Communist Countries with Former Security Services Archives* from May 25-27, 2009 in Prague.

*Management and Technology of Recordkeeping in the Archives of the GDR State Security Service*. Presentation at the *Fifth International Conference on the History of Records and Archives (ICHORA 5)* from July 1-3, 2010, in London.

Omnipotence and Powerlessness. The Central Archive of State Security in Berlin-Lichtenberg. Presentation at the *80th German Archive Day* from September 29 – October 2, 2010, in Dresden.

*The Stasi Archives – History, Tasks, and Challenges. Keynote* at the Annual Conference of the Norwegian *Archive, Library and Museum Authority* (ABM-Utvikling) from October 11- 12, 2010, in Oslo.

The 'Secret Filing' at the Central Archive of the Ministry for State Security. Presentation at the 15th Colloquium pertaining to Archival Science at the Marburg School of Archives. Archives of the GDR. What Remains? An Assessment 20 Years after the German Unification, November 23-24, 2010, in Marburg.

Memorial Site Stasi Archive. Presentation at the Jour fixe of the BStU on 5/11/ 2011, in Berlin.

*The Stasi Archives. Past & Present*. Keynote at the 25th Archive Congress of the Slovenian Archivists' Association from October 10-12, 2011, in Ptuj (Slovenia).

Professional Field Archive. The Example of the BStU. Presentation in the context of the Lecture Series 'Career Paths for Humanities Scholars and Social Scientists' at the Humboldt University Berlin, 11/30/2011.

Unique Heritage. The Stasi Archives. Presentation at the University of the Saarland, 1/31/2012 in Saarbrücken.

Rome in the Crosshairs of the Stasi. The Example of XVII Olympic Games 1960. Presentation at the German Historic Institute in Rome, 5/2/2012.

File Number: [redacted]
Task ID: 2079800
Name of Document File: Jedlitschka CV 2026 (003).pdf, Jedlitschka Publikationen 2026.pdf

*Managing Stasi Archives. Special Tasks & Challenges*. Presentation at the Conference '*The Documentation of Communist Security Authorities*' (12th „Jerzy Skowronek"-Colloquium), October 4-5, 2012, in Warsaw.

BStU – Archivist Educational Work as 'School of Democracy'. Presentation together with Stephan Wolf at the 17th Archival Science Colloquium of the Marburg School of Archives with the topic Transparency for the Citizen? Perspectives of Historical Public Relations and Educational Work in the Archives, November 15-16, 2012, in Marburg.

*Archives & Power. The Stasi Legacy. Keynote* at the conference of the *Norway Arts council*, November 13-14, 2012, in Bergen (Norway).

*The Lives of Others. Stasi's Archival Legacy*/Archived Dictatorship. The Legacy of the GDR State Security. Presentations during the conference '*Technology Meets Scholarship, or How Handwritten Text Recognition Will Revolutionize Access to Archival Collections*', January 19-21, 2016, in Marburg/Lahn.

The Stasi Documents Archive. Legacy of the Peaceful Revolution. Presentation in the context of the colloquium 'Revolution(s)' of the Historical Seminar in the Winter semester 2017/2018, 12/5/2017 Bergische Universität Wuppertal.

The Use of Stasi Documents for Political and Historical Reappraisal Through the Press, as well as Through Broadcasting. Particularities and Challenges. Presentation at the 89th German Archive Day in Suhl. Legally Compliant Archiving and Its Legal Framework, September 17-20, 2019.

*Power of Archives. The Stasi Legacy*. Presentation and discussion at the Goethe Institute in Bucharest in the context of the series of events '30 Years Since the Fall of the Berlin Wall' organized with the *Frontline Club* Bucharest, 11/12/2019.

Archival History and Nazi Records, in 111 km of Files. The Podcast of the Stasi Documents Archive, Episode 4 on 4/29/2020.

To Come to Light. The Benno Ohnesorg Case and Other Secrets from the Stasi Archive. Presentation as part of the series 'Fortress Archive' of the Polish Pilecki-Institute on 9/23/2021.

Balance In Line with the Fundamental Rights. Research and Access at the Stasi Documents Archive. Presentation at the Forum Archival Law 'Legal Questions of the Analysis. Problems and Solutions' at the Marburg School of Archives, 10/17/2022.